




UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
APR 2 2 2014
APR 22 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Adam Montjoy

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Case No: 13 C 2421
(To be supplied by the Clerk of this Court)

Sgt. Gallardo
Sgt. Ross
C/o Tedesco
C/o Phillips
C/o Sable
C/o Meller

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

**AMENDED COMPLAINT**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

**I. Plaintiff(s):**

A. Name: Adam Montjoy

B. List all aliases: N/A

C. Prisoner identification number: 20110324174

D. Place of present confinement: Cook County Jail

E. Address: P.O. Box 089002 Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Sgt. Gallardo

Title: Sgt.

Place of Employment: Cook County Jail Div #9 (3to11shift)

B. Defendant: Sgt. Ross

Title: Sgt.

Place of Employment: Cook County Jail Div #9 (3to11shift)

C. Defendant: C/O Tedesco

Title: officer

Place of Employment: Cook County Jail Div #9 (3to11shift)

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

3. Plaintiff(s):

A. Name: ______

B. List all aliases: ______

C. Prisoner identification number: ______

D. Place of present confinement: ______

E. Address: ______

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

4. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

D. Defendant: C/O Phillips

Title: Officer

Place of Employment: Cook County Jail Div#9 (3to11 shift)

E. Defendant: C/O Sable

Title: Officer

Place of Employment: Cook County Jail Div#9 (3to11 shift

F. Defendant: C/O Meller

Title: Officer

Place of Employment: Cook County Jail Div#9 (3to11 shift)

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**



Revised 9/2007

"Individual and Official Capacity"
"Color of Law"

A). At all times relevant to this Complaint Defendant Sgt. Gallardo was and is a Sergeant in the Cook County Jail. Sgt. Gallardo Is Sued in his individual and official Capacity.

B) At all times relevant to this complaint Defendant Sgt Ross (Hereinafter "Ross") was and is a sergeant in the Cook County Jail. Ross is Sued in his individual and official Capacity.

C) At all times relevant to this Complaint Defendant C/O Meller (Hereinafter "Meller") was and is an officer in the cook county Jail. Meller is sued in his individual and official Capacity.

D) At all times relevant to this complaint Defendant C/O Sable (Hereinafter "Sable") was and is an officer in the Cook County Jail. Sable is Sued in his individual and official capacity.

"Individual and Official Capacity"
"Color of Law"

E) At all times relevant to this complaint Defendant c/o Phillips (Here in after "Phillips) was and is an officer in the Cook County Jail. Phillips is sued in her individual and official Capacity

F) At all times relevant to this Complaint Defendant c/o Tedesco (Here in after "Tedesco" was and is an officer in the Cook County Jail. Tedesco is sued in his individual and official capacity.

"Color of Law"

At all times relevant to this Complaint Defendants Sgt. Gallardo, Sgt. Ross, Meller, Sable, Phillips, and Tedesco were acting under the Color of State law.

Cont. page (4)

(Statement of Claim:)

① on Sept 12, 2012 at about 6:00 pm. I Adam Montjoy talked to C/o Phillips about getting me moved off the tier. At the time C/o Phillips ignored me. At around 6:40 pm I spoke with C/o phillips and the officer working 1D about me getting moved because I was told by a detainee that some detainees were going to Jump me. Both officers laughed and shut the door in my face. I then asked to speak to a sgt. but I was again ignored.

② At around 8:00 pm on Sept. 12, 2012 the dinner trays came. C/o Phillips and C/o Tedesco who was doing lunch relief on 1D came on tier 1C. I then told C/o phillips and C/o Tedesco that I needed to be moved immediately because another detainee told me that some detainees were going to Jump me. C/o Tedesco told me to "fight like a man and stop being a pussy."

③ I, Adam Montjoy said to C/o Tedesco "I need to speak to a Sgt." C/o Tedesco said that he wasn't going to call a ~~ser~~ Sgt. I then asked C/o phillips to call a Sgt. C/o phillips said "Im not calling anyone".

④ on Sept 12, 2012 I was on Division 9-1C at around 8:30 pm. I Adam Montjoy was on the phone when all of a sudden a detainee got punched in the face by another detainee. I turned towards the bubble and I saw C/o Phillips and C/o Tedesco watching. I looked back and I noticed some detainees rushing toward me. I Adam Montjoy Hung the phone up and I quickly walked toward the interlock for safety. I noticed at least 10 officers in the interlock and more were quickly piling in.

⑤ While I was continuing toward the interlock, I Adam Montjoy was cornered by two detainees that had shanks in their hands. The detainees started swinging the shanks. I threw up my arms in an attempt to cover my face and I was stabbed in my left arm. I Then tried to get to the interlock door when I saw C/o Tedesco Clapping and laughing. I saw Sgt. Galliardo watching along with at least 20 officers as more detainees started to come along.

( Statement of Claim

(6) I adam Montjoy started calling to the officers for help and they just watched and C/o Tedesco was still smiling and laughing. Sgt Galliardo was just watching not even attempting to rush in or to let me out. I then took off running because I was being surrounded by more detainees and the two detainees with shanks. As I tried to run I got stabbed in the back.

(7) I ran around the dayroom all the while being punched from all different sides by different detainees. I called out to Sgt Galliardo for help and they still hadn't run in to save me. I ran around the entire dayroom until I ended up back by the interlock. The two detainees with shanks along with about 12 other detainees surrounded me by the interlock. I turned to the door of the interlock where Sgt. Galliardo was and I said "Why haven't you run in yet. Come help me."

(8) After seeing that the officers were not going to come in the detainees with the shanks as well as the 12 other detainees attacked again and I was punched in the face and stabbed in the stomach. As I called out to Sgt. Galliardo, and the other officers for help the two detainees with shanks ran to the back of the dayroom as other detainees continued to throw punches at me Adam Montjoy and another detainee which was my celly. Sgt Galliardo and the other officers watched for at least 20 minutes. I fell to the ground due to being stabbed three times and punched by my attackers.

(9) As I was on the ground being attacked I continued to call for help to Sgt Galliardo and the other officers to no avail. Then finally after several more minutes of being attacked, my attackers ran off and then Sgt. Galliardo along with Sgt Hatton, Sgt Campos and Sgt Ross and at least 20 officers finally ran in. I was already on the ground from being attacked and I was repeatedly maced/pepper sprayed by C/o Meller C/o Tedesco C/o Sable Sgt Gallardo and Sgt Ross

(Statement of Claim (Cont.)

(10) After being maced/Pepper sprayed I rolled over on my stomach and I was maced/Pepper Sprayed again. I was clearly the victim having been stabbed 3 times once in my stomach, back, and left bicep. while those officers failed to protect me. As I Adam Montjoy layed on my stomach, bleeding from my stomach, back and left bicep and after being repeatedly Pepper sprayed /maced. I was then grabbed by my feet by officers and dragged about 10 feet and aggresively lifted off the ground, cuffed behind my back and led off the deck to a holding cell.

(11) I was seen by the paramedic then I was taken to cermack for my injuries. And from Cermack I was taken to Stroger Hospital's trauma unit. Once at the hospital I was put on an I.V. I had a couple knots on my head, my eye was black my vision blurry. I had a deep Puncture wound to my back, a small puncture wound /laceration on my abdomen and a 3 inch laceration on my left bicep. I had Severe Pain in my back, shortness of breathe and burning sensation due to the pepper spray.

(12) I was Given Chest Xrays, CT scans; morphine for my pain I remained in Stroger until about 5:00 pm Sept 13, 2012. It was learned from the test that my right lung was punctured and had collapsed. I endured more tests before I was discharged and sent back to cermak on Sept 13, 2012. I Adam Montjoy while at Cermak was prescribed Ibuprofen 600 mg for the pain and I was sent back to division 9. I was placed in division 9 on 1-F the level system a segregation part of the Jail for reasons unknown.

(13) On Sept 14, 2012 I was taken back to Cermak for another chest x-ray, I had been in severe pain and coughing up blood. Cermack doctors saw me but really didn't give me any care and I was sent back to division 9-1F. Division 9 officers and sergents watched me get stabbed and still didn't come help me. all that time passed, I could've been killed under those conditions.

# "Exhaustion of Administrative Remedies"
## Grievance Procedures

Plaintiff Adam Montjoy in this Action, used the Procedures available a Cook County Jail to try and Solve these problems.

1.) On Sept 15, 2012, Plaintiff Adam Montjoy fileda Grievance and presented a brief summary of the facts relating to this Denial of being Protected from Serious harm.

2) On Oct 10, 2012 plaintiff Adam Montjoy appealed a responding Statement of grievance written on Sept 15, 2012 and exhausted the grievance procedure involving this incident. (refer to exhibit "B")

3) On Nov 26, 2012 plaintiff Adam Montjoy filed a registered complaint against Sgt Gallardo, Sgt. Ross, C/o Phillips, C/o Meller, C/o Tedesco, and C/o Sable, and turned it into Social Services in Division 9 Ms. Hollins

Plaintiff has tried to remedy this matter through the detainee grievance process. However the Administration at the Cook County Jail has failed to properly resolve the matter.

# Exhibits

1.) Exhibit "A" which is on page #10 is a filed grievance that was turned in on (Sept 20, 2012). A pink detainee copy reciept breifly explaining the incident that took place on Sept 12, 2012.

2). Exhibit "B" which is on page #11 is a copy of appealed Grievance response.

3) Exhibit "C" which is on page # 12, is a copy of the Registered Complaint plaintiff filed on the incident. Dated (Nov 26, 2012)

4) Exhibit "D" which is on page #13 is a Declaration from Plaintiff stating what happened to him on Sept 12, 2012

5) Exhibit "E" which is on page #14 is a Declaration/Affidavit from Witness Michael Steele who was present stating what he saw and heard and what happened on Sept 12, 2012.

Div 9 E 4/2333 ~J




12:33

# COOK COUNTY SHERIFF'S OFFICE

*(Oficina del Alguacil del Condado de Cook)*

Exhibit "A"

## INMATE GRIEVANCE FORM

*(Formulario de Queja del Preso)*

☑ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #**: 2012X12587

**! This section is to be completed by Program Services staff - ONLY !** *(! Para ser llenado sólo por el personal de Program Services !)*

GRIEVANCE FORM PROCESSED AS:

- ☐ EMERGENCY GRIEVANCE
- ☑ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

*Program Services Supervisor Approving Non-Grievance (Request) Signature*

REFERRED TO:

- ☐ CERMAK HEALTH SERVICES
- ☑ SUPERINTENDENT: D. 9
- ☐ OTHER:

## INMATE INFORMATION *(Información del Preso)*

| PRINT - INMATE LAST NAME *(Apellido del Preso)*: | PRINT - FIRST NAME *(Primer Nombre)*: | ID Number *(# de Identificación)*: |
|---|---|---|
| Montjoy | Adam | 20110324174 |
| **DIVISION** *(División)*: | **LIVING UNIT** *(Unidad)*: | **DATE** *(Fecha)*: |
| 9 | 1F | 09/15/12 |

## INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso)*:

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*

PLEASE INCLUDE: Date of Incident – Time of Incident – Specific Location of Incident
*(Por Favor, Incluya: Fecha Del Incidente – Hora Del Incidente – Lugar Especifico Del Incidente)*

On Wednesday Sept 4th, 2012 at around 8:30 pm I was on Division 9 1C. I was stabbed 3 times. Once in my back, my stomach and my left bicep and I was repeatedly punched and kicked by inmates. Earlier that day I spoke with C/O Phillips about getting moved because I was told by another detainee that I would be jumped. I was ignored I asked to speak to a sgt and I was ignored. At around 8:00pm I spoke with C/O Phillips and C/O Todesco about getting moved because of a detainee's warning. I was ignored. Todesco told me "fight like a man and stop being a pussy" [illegible] C/O [illegible] a sgt. C/O Phillips and C/O Todesco along with Sgt Gallardo Sgt Hatton Sgt Ross Sgt Campos, C/O Mueller, C/O Kirlan, C/O Gonzalez, C/O Kelly, C/O Ferguson, C/O Foy, C/O Lelenicwski, C/O Saro, C/O Maselko, C/O Sable and many more at least 20 officers plus the sgts watched for about 20 minutes as I was attacked and pleading for their help. They failed to protect and prevent my injuries and they watched me get stabbed and assaulted.

**ACTION THAT YOU ARE REQUESTING** *(Acción que esta solicitado)*:

That all of the officers be held accountable for my injuries, they had more than enough time to help me and Gonzalez repeatedly maced me when I was clearly the victim and already on the ground because of my attackers. Also that their response when a stabbing is taking place is quicker [illegible] immediately.

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan Información:)*
Michael Steele, Rayvon Parker, Cortrelyon Joseph Hyn[illegible]

**INMATE SIGNATURE** *(Firma del Preso)*: Adam Montjoy

**SUPERINTENDENTS/DIRECTORS/DESIGNEES OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| G. REID | G. Reid | 09/28/12 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** | **SIGNATURE:** | **DATE REVIEWED:** |
| | | / / |

"Exhibit B"

COOK COUNTY SHERIFF'S OFFICE
(Oficina del Aguacil del Condado de Cook)

# INMATE GRIEVANCE RESPONSE / APPEAL FORM

(Petición de Queja del Preso/Respuesta/Forma de Apelación)

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 2012 X 12587

## INMATE INFORMATION

INMATE LAST NAME (Apellido del Preso): Montoya

INMATE FIRST NAME (Primer Nombre): Adam

ID Number (# de Identificación): 2011-0324174

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE

(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW/PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: [illegible]

IMMEDIATE CRW/PLATOON COUNSELOR RESPONSE (if applicable): [illegible] O.P.R. [illegible] division 9.

CRW/PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO (Example: Superintendent, Cermak Health Services, Personnel): [illegible] 9

DATE REFERRED: ___/___/___

RESPONSE BY PERSONNEL HANDLING REFERRAL: A COPY OF THIS GRIEVANCE WAS SENT TO OPR

PERSONNEL RESPONDING TO GRIEVANCE (Print): [illegible]

SIGNATURE: [illegible]

DIV./DEPT.: [illegible]

DATE: [illegible] / [illegible] / 12

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): [illegible]

SIGNATURE: [illegible]

DIV./DEPT.: [illegible]

DATE: [illegible]

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):

☐ GRIEVANCE SUBJECT CODE: ____________

☒ NON-GREIVANCE SUBJECT CODE: ____________

INMATE SIGNATURE (Firma del Preso): Adam Montoya

DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): 10 / 10 / 12

## INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* *Las apelaciones tendrán que ser sometidas dentro del los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del detenido:)* 10 / 9 / 12

INMATE'S BASIS FOR AN APPEAL: *(Base del detenido para una apelación:)* I want these officers reprimanded for failing to protect me and for their use of excessive force because of them pepper spraying me.

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? *(¿Apelación del detenido aceptada por el administrador o/su designado(a)?)* Yes (Sí) ☒ No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decision o recomendación por parte del administrador o/su designado(a):)* [illegible]

ADMINISTRATOR/DESIGNEE *(Administrador o/su Designado(a)):* [illegible]

SIGNATURE *(Firma del Administrador o/su Designado(a):):* [illegible]

DATE *(Fecha):* [illegible] / 12

INMATE SIGNATURE *(Firma del Preso):* Adam Montoya

DATE INMATE RECEIVED APPEAL RESPONSE *(Fecha en que el preso recibio respuesta a su apelación):* ___/___/___

"Exhibit C"

# SHERIFF'S OFFICE OF COOK COUNTY
## OFFICE OF PROFESSIONAL REVIEW
## COMPLAINT REGISTER

**Complainant Information**

| NAME (Last, First, M.I.): Montjoy, Adam | AGE: 24 | DATE OF BIRTH: 7/6/88 | HOME #: ( ) |
|---|---|---|---|
| HOME ADDRESS: P.O. box 089002 | CITY: Chicago | | WORK/OTHER #: |
| STATE: IL / ZIP CODE: 60608 | STATE I.D./D.L. #: 20110324174 | | STATE OF ISSUANCE: |

I HAVE BEEN NOTIFIED THAT, PURSUANT TO 50 ILCS 725/3.8(b), ANYONE FILING A COMPLAINT AGAINST A SWORN PEACE OFFICER MUST HAVE THE COMPLAINT SUPPORTED BY A SWORN AFFIDAVIT.

**Complainant Information**

DATE OF INCIDENT: Sept 12, 2012

TIME OF INCIDENT: around 8:30 pm

LOCATION OF INCIDENT: Division 9 1C Cook county Jail

PROVIDE NAMES, BADGE NUMBERS, SQUAD NUMBER or LICENSE PLATE, and/or PHYSICAL DESCRIPTION OF THE OFFICER AGAINST WHOM YOU WISH TO FILE A COMPLAINT:

C/o Phillips 3to11 shift C/o Tedesco 3to11 shift
C/o Meller 3to11 shift C/o Sable 3to11 shift
Sgt. Gallardo 3to11 shift
Sgt. Ross 3to11 shift

**Witnesses**

ARE THERE ANY WITNESSES YOU WISH TO BE CONTACTED DURING THE INVESTIGATION? [X] YES [ ] NO
IF YES, PROVIDE CONTACT INFORMATION.

| NAME | ADDRESS/CITY/STATE/ZIP | HOME PHONE # |
|---|---|---|
| Bayvion Parker | P.O. box 089002 chicago, IL 60608 | |
| Michael Steele | P.O. box 089002 chicago, IL 60608 | |
| Joseph Haynes | p.o. box 089002 chicago, IL 60608 | |
| Carter Lyons | p.o. box 089002 chicago IL 60608 | |

**Narrative**

PROVIDE A FULL DETAILED ACCOUNT OF YOUR COMPLAINT AND THE NATURE OF THE INCIDENT.

On sept 12, 2012 at about 6:00 pm I spoke with C/o Phillips about getting moved off the tier at the time C/o Phillips ignored me. At around 6:40 pm I spoke with C/o phillips about getting moved again because I was told by another detainee that some detainees were going to Jump me. She laughed and shut the door in my face. I then askd to speak to a sgt. but I was again ignored. at around 8:00 pm the dinner trays came C/o Phillips and C/o Tedesco who was doing lunch relief on 1C came on tier 1C. I again told C/o phillips and C/o Tedesco that I needed to be moved immediately because another detainee told me that some detainees were going to Jump me. C/o Tedesco told me to "Fight like a man and stop being a pussy" I said to C/o Tedesco "I need to speak to a sgt." C/o Tedesco said that he wasn't going to call a sgt. I then asked C/o Phillips to call a sgt. She said "I'm not calling anyone".

[X] CONTINUED ON REVERSE

FOR OFFICE USE ONLY
DATE COMPLAINT RECEIVED: ______ RECEIVED BY: ______

IAD/IG #: ______

Exhibit C

Complaint Narrative (Continued)

On Sept 12, 2012 on division 9 1C at around 8:30pm I, Adam Montjoy was on the phone when all of a sudden a detainee got punched in the face by another detainee. I looked towards the bubble and I saw C/O Phillips and C/O Tedesco watching. I looked back and I noticed some detainees rushing towards me, I hung the phone up and I tried to quickly get to the interlock for safety. I noticed at least 10 officers in the interlock and more were quickly running in. While I was continuing toward the interlock I was cornered by two detainees with shanks. They started swinging the shanks. I threw up my arms in an attempt to cover my face and I was stabbed in my left arm. I then tried to get to the interlock door when I saw C/O Tedesco clapping and laughing. I saw Sgt Gallardo watching along with at least 20 officers as more detainees started to come along. I started calling to the officers for help and they just watched and C/O Tedesco was still smiling and laughing. Sgt Gallardo was just watching, not even attempting to rush in or let me out. I took off running because I was being surrounded by more detainees and the two with shanks. As I tried to run I got stabbed in the back. I ran around the dayroom all the while getting punched from all sides by different detainees. I called out to Sgt Gallardo for help and they still didn't run in to save me. I ended up back by the interlock door surrounded by at least 12 detainees 2 with shanks. I said to Sgt Gallardo "why haven't you run in yet, come help me. After seeing the officers were not coming in the detainees attacked again and I was punched in the face and stabbed in the stomach. The detainees continued throwing punches at me and my celly while Sgt Gallardo and other officers watched. I fell to the ground due to being stabbed 3 times and punched by my attackers. I continued to call for help, then finally after several more minutes my attackers ran and the officers ran in. I was already on the ground from being attacked and I was repeatedly maced by Sgt Gallardo, C/O [illegible], C/O Tedesco, C/O Sables and Sgt Ross. I rolled on my stomach and I was maced again. I was clearly the victim having been stabbed 3 times while officers failed to protect me. I was dragged by my feet and aggressively lifted off the ground. I went to Cermak and then Stroger for my injuries.

PLEASE BE AWARE THAT IF YOU ALLEGE INJURIES AS A RESULT OF THIS INCIDENT, DUE TO FEDERAL PRIVACY LAWS ON THE RELEASE OF MEDICAL RECORDS, YOU MUST PROVIDE COPIES OF YOUR RELEVANT MEDICAL RECORDS REGARDING ANY EXAMINATION OR TREATMENT TO THE SHERIFF'S OFFICE INVESTIGATING UNIT TO BE MADE PART OF THE INVESTIGATION.

I have read this statement that I have voluntarily made, consisting of 2 pages, and I solemnly swear that the facts and allegations contained within are true and correct to the best of my knowledge. Adam Montjoy

(Print Name)

Complainant's Signature: [signature] Date: Sept 25, 2012

State of Illinois )
County of Cook )

Signed and sworn to before me on 9-25-12 by Adam Montjoy
(date) (name of person making statement)

(notary seal) "OFFICIAL SEAL" L. S. Pickens Notary Public, State of Illinois My Commission Expires April 12, 2016

[signature] 9/25/2012
(signature of notary public)

A person commits [illegible] when, in any [illegible] in which oath or affirmation is required, he makes a false statement, material to the issue or point in question, which he does not believe to be true. PERJURY IS A CLASS 3 FELONY.

Please mail your completed, **signed and notarized**, complaint form to:

**Cook County Sheriff's Office of Professional Review**
3026 S. California
Chicago, IL. 60608

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Exhibit "D"

ADam montjoy
plaintiff

Declaration

V.

Sgt. Gallardo
Sgt. Ross
C/o Tedesco
C/o phillips
C/O Sable
C/O Meller

Case No: 13 C2421
[To be supplied by the clerk of Cour[t]

hereby declares

On Sept 12, 2012 at about 6:00pm I Adam Montjoy talked to C/o Phillips about getting me moved off the tier. At the time C/o Phillips ignored me. At around 6:40pm I spoke with C/o Phillips and the officer working 1D about me getting moved because I was told by a detainee that some detainees were going to Jump me. Both officers laughed and shut the door in my face. I then asked to speak to a Sgt. but I was again ignored. At around 8:00pm on Sept 12, 2012 the dinner trays came C/o Phillips and C/o Tedesco who was doing lunch relief on 1D came on tier 1C. I then told C/o Phillips and C/o Tedesco that I needed to be moved immediately because another detainee told me that some detainees were going to jump me. C/o Tedesco told me to "Fight like a man and stop being a pussy." I, Adam Montjoy said to C/o Tedesco "I need to speak to a sgt." C/o Tedesco said that he wasn't going to call a sgt. I then asked C/o Phillips to call a Sgt. C/o Phillips said "I'm not calling anyone." On Sept 12, 2012 I was on Division 9 1C at around 8:30pm I, Adam Montjoy was on the phone when all of a sudden a detainee got punched in the face by another detainee. I looked towards the bubble and I saw C/o Phillips and C/o Tedesco watching. I looked back and I noticed some detainees rushing towards me. I Adam Montjoy hung the phone up and I quickly walked towa[rds] the interlock for safety. I noticed about 10 officers in the interlock and more were quickly coming in.

I declare under the penalty of perjury that the foregoing is true and correct. Executed at (Chicago, IL, C.C. D.O.C. Signature Adam Montjoy 2012-9-25

# Declaration Cont. Pg 13 2OF Exhibit "D"

While I was continuing towards the interlock I Adam Montjoy was cornered by two detainees that had shanks in their hands. The detainees started swinging the shanks. I threw up my arms in an attempt to cover my face and I was stabbed in my left arm. I then tried to get to the interlock door when I saw C/o Tedesco clapping and laughing. I saw Sgt. Gallardo watching along with at least 20 officers as more detainees started to come along. I, Adam Montjoy started calling to the officer for help and they just watched and C/o Tedesco was still smiling and laughing. Sgt. Gallardo was just watchin not even attempting to rush in or to let me out. I then took off running because I was being surrounded by more detainees and the two detainees with shanks. As I tried to run I got stabbed in the back. I ran around the dayroom all the while being punched from all different sides by different detainees. I called out to Sgt. Gallardo for help and they still hadn't run in to save me. I ran around the entire dayroom until I ended up back by the interlock. The two detainees with shanks along with about 12 other detainees surrounded me by the interlock. I turned to the door of the interlock where Sgt. Gallardo was and I said "why haven't you run in yet, come help me". After seeing that the officers were not going to come in the detainees with the shanks as well as 12 other detainees attacked again and I was repeatedly punched in the face and stabbed once in the stomach. As I called out to Sgt. Gallardo and the other officers for help. The two detainees with shanks ran to the back of the dayroom as other detainees continued to throw punches at me. Adam Montjoy and another detainee which was my celly. Sgt. Gallardo and the other officers watched for about 20 minutes. I fell to the ground due to being stabbed three times and punched by my attackers. As I was on the ground being attacked I continued to call for help to Sgt. Gallardo and the other officers to no avail. Then finally after several more minutes of being attacked my attackers ran off and then Sgt. Gallardo, along with Sgt. Hatton Sgt. Campos, Sgt Ross and at least 20 officers finally ran in. I was already on the ground from being attacked and I was repeatedly maced/pepper sprayed by C/o Meller, C/o Tedesco, C/o Sable Sgt. Gallardo and Sgt Ross. After being maced/Pepper sprayed I rolled over on my stomach and I was maced/pepper sprayed again. I was clearly the victim having been stabbed 3 times, once in my stomach, back and left bicep, while those officers failed to protect me. As I, Adam Montjoy layed on my stomach, bleeding from my stomach, back, and left bicep and after being repeatedly maced /pepper sprayed I was then grabbed by my feet by officers and dragged about 10 feet and aggressively cuffed behind my back and aggressively lifted off the ground and led off the deck to a holding Cell.

I was seen by the paramedic then I Adam Montoy. was taken to Cermack for my injuries, and from Cermak I was taken to Stroger Hospital's Trauma Unit. Once at the hospital I was put on an IV I had a couple knots on my head, my eye was black and my vision was blurry. I had a deep puncture wound to my back, a small puncture wound/laceration on my abdomen and a 3 inch laceration on my left bicep. I had severe back pain, shortness of breathe and burning sensations all over due to the pepper spray. I was given chest X-rays, CT scans, morphine for my pain. I remained in Stroger until about 5:00 pm Sept 13, 2012 It was learned from the tests that my right lung was punctured and had collapsed. I endured more tests before I was discharged and sent back to Cermak on Sept 13, 2012 I Adam Montoya while at Cermak was prescribed Ibuprofen 600mg for the pain and I was sent back to Division 9. I was placed in division 9 on 1F the level system a segregation part of the Jail for reasons unknown On Sept 14, 2012 I was taken back to Cermak for another chest X-ray, I had been coughing up blood and having severe pain. Cermak doctors saw me but really didn't give me any care and I was sent back to division 9 1F. Division 9 officers and sergeants watched me get stabbed and still didn't come help me, all that time passed I could've been killed under those conditions

# ADAM MONTJOY
# 20110324174 plaintiff

VS.

Sgt. Gallardo et, al
Defendants

United States District Court
Northern District of Illinois
Eastern District

Case # 13C2421
Honorable Judge
Marvin E. Aspin

Exhibit "E"

## Declaration/ AFFIDAVIT

On Sept, 12, 2012, I Michael Steele #20100419015 Was in Div. 9 on Tier 1C At Around 8:00pm When The Trays Arrived. I ~~[illegible]~~ Michael Steele Was Working The Dinner Tray. When I Heard Detainee Adam Montjoy #20110324174 Tell C/o Phillip & C/o Tedesco That He Needed To Be Moved off The Tier, Because he Feared he Was About to Be Attacked By Other Inmates. I then Heard C/o Tedesco Say "Fight like a man And Stop Being a Pussy," Adam Then Asked For A SGT. Tedesco & Phillip Said They Weren't Call One. I Then Continued To Pass out Trays. A while later I Saw Adam Montjoy on The Phone When A Fight Broke out. I Saw Adam Hung up The Phone And Run Toward The Interlock Because A group of people Were Rushing Toward him Then Started Attacking him With Knives. Adam Was putting his hand To Block the hits Then He Started Running Toward Me By The T.V. Me And A Few other Detainees ~~[illegible]~~ Runnin To Get out of the way. So we All Started Running Around The Day Room until We Were Cornered By the interlock. SGT Gallardo And At least 15 other Officers Just Stood There watching while We Begged And Screamed for Them To Intervene. I Then grabbed The Garbage can To ward off the Attackers. SGT Gallardo, C/o Tedesco, C/o Phillips And Several other Officers watched for At least 15 minutes Before They came in. When They finally came in we All got on the ground But They Still Maced And Dragged us out of the Shower Area. From There They Took me And other Detainees To The Patio. But They Took Adam Montjoy off the Tier

Signature

31st Day of October, 2013

OFFICIAL SEAL
CARMELLA K RICHARDSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/05/14

Carmella K. Richardson
Notary Public

"Legal Claims"

(Plaintiff Adam Montjoy realleges and incorporates by reference paragraphs (1-13))

1) Presented the facts related to this Complaint, Defendant C/o Phillips Direct Participation as to her Deliberate Indifference and personally denying detainee Adam Montjoy's right to be protected and ignoring detainee Adam Montjoy when Plaintiff told C/o Phillips that he needed to be moved off the tier due to detainees telling plaintiff Adam Montjoy that he would be Jumped on by other detainees which C/o Phillips Personally denied Plaintiffs Adam Montjoy right to be ~~protect~~ protected after Plaintiff Told Defendant Phillips that there was a substantial risk of serious Harm to his life. Defendant Phillips' Deliberate indifference to plaintiff Adam Montjoy's' safety and well being and Her failure to respond reasonably, which violated plaintiff's rights, Deprived Him Liberty, Due process of the Law, Equal Protection of the law, and Constituted Cruel and unusual punishment under the 8th and 14th Amendment of the U.S. Constitution. Defendant Phillips is directly responsible for Plaintiffs injuries. (Farmer v. Brennen, 511 U.S, 825)(1994) (refer to paragraphs 1-13)

2) Presented the facts related to this complaint Defendant C/o Tedesco direct Participation as to his deliberate indifference and personally denying Plaintiff Adam Montjoy's right to be protected, By refusing to call a Sgt. When plaintiff requested to speak to a Sgt. and by ignoring Plaintiff when plaintiff told Defendant Tedesco that he needed to be moved off the tier Due to other detainees telling Plaintiff that he would be Jumped

Continued on page 16 →

"Legal Claims"

Plaintiff Adam Montjoy realleges and incorporates by reference paragraphs (1-13)

2) On by other detainees which defendant Tedesco personally denied Plaintiff Adam Montjoy's right to be protected. After Plaintiff Adam Montjoy Told Defendant Tedesco that there was a substantial risk of serious harm to his life. Defendant Tedesco's Deliberate indifference to plaintiff Adam Montjoy Safety and well being and his failure to respond reasonably. Defendant Tedesco is directly responsible for plaintiffs injuries. which violated Plaintiffs rights, Deprived him liberty, Due process of law, equal protection of law, and Constituted Cruel and unusual punishment under the 8th and 14th Amendment of the U.S Constitution. (Farmer v. Brennan, 511 U.S. 825 (1994) (refer to paragraph 1-13)

3) Presented the facts related to this Complaint Defendant Sgt. Gallardo use of excessive force and failure to intervene violated plaintiff Adam Montjoy's rights, deprived him liberty, due process of the law, equal protection of the law and Constituted Cruel and unusual punishment under the 8th and 14th Amendments of the U.S. Constitution (refer to paragraphs 8, 9)

"Legal Claims"

Plaintiff Adam Montjoy realleges and incorporates by reference paragraphs (1-13)

4) Presented the facts related to this Complaint Defendant Sgt. Ross use of excessive force and failure to intervene Violated plaintiffs Adam Montjoys' rights, deprived him liberty, due process off law, Equal protection of the law and constituted Cruel and unusual punishment under the 8th and fourteenth (14th) Amendment of the U.S. Constitution. (refer to paragraphs 8,9)

5) Presented the facts related to this Complaint Defendant Meller use of excessive force violated plaintiffs Adam Montjoys' rights, Deprived him Liberty, due process of the law, Equal Protection of the law and Constituted Cruel and unusual punishment under the 8th and 14th Amendment of the U.S. Constitution (refer to page 8,9)

6) Presented the facts related to this Complaint Defendant Sable officers use of excessive force violated plaintiff Adam Montjoys' rights, deprived him liberty, due process of the law, equal protection of the law and Constituted Cruel and Unusual punishment under the 8th and 14th Amendments of the U.S. Constitution. (refer to paragraph 8,9)

7) Presented the facts related to this Complaint Defendant Tedescos' use of excessive force violated Plaintiff Adam Montjoys' rights, deprived him liberty, due process of the Law, equal protection of the Law and constituted cruel and unusual punishment under the 8th and 14th Amendments of the U.S. Constitution. (refer to paragraph 8, 9)

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Wherefore Plaintiff Adam Montjoy respectfully prays that this Court enter Judgement granting Plaintiff Compensatory damages in the Amount of ($250,000) thousand against each defendant Jointly and severally. Punitive damages in the Amount of ($250,000) thousand against each defendant and ~~any~~ Plaintiffs costs in this suit and any additional relief the court deems Just, Profitable, and equitable.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 1st day of April, 2014

[signature]
(Signature of plaintiff or plaintiffs)

Adam Montjoy
(Print name)

20110324174
(I.D. Number)

p.o. box 089002
Chicago, IL 60608

(Address)