## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ADAM MONTJOY, | ) | |
| | ) | |
| Plaintiff, | ) | 13 CV 2421 |
| vs. | ) | |
| | ) | |
| SGT. GALLARDO, et al. | ) | Honorable Judge |
| | ) | Marvin E. Aspen |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

NOW COME Defendants, Sergeant Galiardo, Sergeant Ross, Correctional Officer Tedesco, Correctional Officer Phillips, Correctional Officer Sabel, and Correctional Officer Meller, by their attorney, ANITA ALVAREZ, State's Attorney of Cook County, through her assistant, Michael J. A. Pasquinelli, and hereby moves this Honorable Court to grant Summary Judgment in their favor pursuant to Rule 56 of the Federal Rules of Civil Procedure. The attached Local General Rule 56.1(a) statement of material uncontested facts and memorandum of law in support of this motion set forth Defendants' position and are hereby incorporated into this motion.

WHEREFORE, Defendants pray that this Honorable Court grants their Motion for Summary Judgment.

Respectfully submitted,

ANITA ALVAREZ
State's Attorney of Cook County

By: /s/ Michael Pasquinelli
Michael Pasquinelli
Assistant State's Attorney
50 West Washington, Suite 500
Chicago, Il 60602
(312) 603-5153