# EXHIBIT B

## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ADAM MONTJOY,          )
                       )
          Plaintiff,   )
                       )
     vs.               )  No. 13 CV 2421
                       )
OFFICER GALLARDO, et al.,  )
                       )
          Defendants.  )

The deposition of ADAM MONTJOY, taken pursuant to the Federal Rules of Procedure, before Jacqueline M. Pietrzyk, Certified Shorthand Reporter No. 084-004197, at Cook County Department of Corrections, Division IX, 2834 West 31st Street, Chicago, Illinois, on Friday, January 31, 2014, commencing at 10:54 a.m., pursuant to notice and court order.

APPEARANCES:
   MR. ADAM MONTJOY
   appeared pro se;

   ANITA ALVAREZ
   COOK COUNTY STATE'S ATTORNEY, by
   MR. MICHAEL PASQUINELLI
   Assistant State's Attorney
   (500 Daley Center
   Chicago, Illinois 60602
   Michael.Pasquinelli@cookcountyil.gov)
   appeared on behalf of the defendants.

## Page 2

```
         * * * * * * *

             I N D E X

Witness:                    Page

ADAM MONTJOY
   Examination by:
   Mr. Pasquinelli.............  4


         E X H I B I T S

No.  Description          Marked/Referenced
```

1 Complaint............................. 12
2 Cook County Jail History Card.......... 23
3 Complaint Refusal on Victim's Request.. 109
4 Grievance September 15, 2012........... 117
5 Complaint Refusal on Victim's Request.. 125

```
      (Exhibits attached/scanned.)

              - - -
```

## Page 3

1  MR. PASQUINELLI: We are on the record.
2      Okay. Let the record reflect that
3  this is the deposition of Plaintiff Adam Montjoy.
4  This is in the matter of Adam Montjoy vs. Officer
5  Gallardo, et al., and this is federal case
6  No. 13 CV 2421.
7      On the record, my name is Michael
8  Pasquinelli. I'm an assistant state's attorney,
9  and I am representing the officers in this case,
10  Sergeant Gallardo, Sergeant Ross, Correctional
11  Officer Tedesco, Correctional Officer Phillips,
12  Correctional Officer Sable, and Correctional
13  Officer Meller.
14      This particular deposition is
15  being conducted in accordance with the Federal
16  Rules of Civil Procedure and the local rules of
17  the Northern District of Illinois. We've convened
18  here; we're presently at the Cook County Department
19  of Corrections Division 9, we've convened here
20  pursuant to notice and pursuant to court order.
21      The time is now 10:48 a.m., and
22  the witness is currently present, Mr. Adam Montjoy.
23  We have a court reporter present as well, and if
24  we can please swear in the witness.

## Page 4

1      (Witness sworn.)
2          ADAM MONTJOY
3  called as a witness herein, having been first duly
4  sworn, was examined and testified as follows:
5          EXAMINATION
6  BY MR. PASQUINELLI:
7      Q. Okay. Mr. Montjoy, you've been sworn.
8  Can you please state your name and spell it for the
9  record?
10      A. Adam Montjoy, A-d-a-m M-o-n-t-j-o-y.
11      Q. And Mr. Montjoy, have you ever been to
12  a deposition before?
13      A. No.
14      Q. All right. What I'm going to do is
15  explain to you how a deposition works, okay? Okay?
16      A. Okay.
17      Q. The first thing, it's important that,
18  when I ask you questions in this deposition, that
19  you verbalize your responses, okay? The lady to my
20  right is a court reporter, and she's physically
21  transcribing all the questions that I ask of you
22  and all my answers. Do you understand that?
23      A. Uh-huh.
24      Q. Okay. All of your answers that is.

You understand that, correct?
A. Yes.
Q. And it's imperative that, when you respond to my questions that I ask of you, that you orally respond, okay?
A. Yes.
Q. The court reporter cannot take down nods of the head or shakes of the head. All right?
A. Yes.
Q. Okay. So it is imperative again that, when I ask you a question, that you answer the question orally. Fair enough?
A. Yes.
Q. Okay. These are all questions that I ask of you; all these questions are required to be answered under oath.
Do you understand what that is?
A. Yes.
Q. As I said before, the person to the right of me is a court reporter, and the device that's currently in front you is a tape-recorder. The court reporter is taking everything down and will prepare a written record of everything that is said, which is called a transcript.

Do you understand that?
A. Yes.
Q. And, again, I need you to answer out loud and with words, because it's important that the court reporter gets an accurate and true record of everything that is said here today.
If you want to, you have the option to review the transcript to check to see if it's accurate and make any corrections before signing it. Do you understand that?
A. Yes.
Q. If you do not want to review the record, what you can do is what they call waive your signature. Do you understand that?
A. Yes.
Q. It is very important that you understand the questions and give accurate answers to my questions. If there's anything that you do not understand or anything that you do not know or are unsure of, please let me know, okay?
A. Okay.
Q. I know at times you may know how I'm going to finish a question or you're going to think that you know what my questions is going to

be and jump in and answer my questions, but it makes it very difficult for the court reporter if you and I are talking over each other, okay? So it's imperative that you hold off on answering my question until I finish asking the question.
Fair enough?
A. Yes.
Q. And in the event that you do not understand a question that I ask of you, and I believe it happens from time to time, what I ask you to do is please say, Mr. Pasquinelli, I don't understand the question; can you please rephrase the question for me, okay?
A. Okay.
Q. Fair enough?
A. Yes.
Q. Because in the event that, you know, if you answer the question, all of us are going to assume going forward in this litigation that you understood my question. And that's fair, correct?
A. Correct.
Q. Let me see here. Oh. In the event for whatever reason that you need a break, it's very appropriate for you to ask me, Mr. Pasquinelli,

can I have a couple minutes just to take a breather here, okay? Get up and walk around or to stretch your legs. Unfortunately, I'm not in the position to provide you with water or the restroom facilities, but in the event that you need to use the restroom facilities or you need a drink of water or something, please let me know and I'll do the best I can to accommodate you, okay?
A. Okay.
Q. Are you prepared to answer my questions truthfully today?
A. Yes.
Q. Is there any condition that you have that prevents you from answering my questions truthfully?
A. No.
Q. Are you under the influence of any drugs or alcohol today?
A. No.
Q. Have you taken any prescription medications?
A. No.
Q. Have you taken any illegal drugs?
A. No.

1     Q.  Okay. You understand that, although
2 there is no judge present here today, this is a
3 formal legal proceeding that has the same effect as
4 if a judge were here. You understand that?
5     A.  Yes.
6     Q.  And it is imperative that you tell me
7 the truth. You understand that, too.
8     A.  Yes.
9     Q.  Prior to appearing for today's
10 deposition, have you had the opportunity to review
11 any documents?
12     A.  Yes.
13     Q.  Can you please tell me what documents
14 that you reviewed in preparation for the
15 deposition?
16     A.  Just my statement of claim, my lawsuit.
17     Q.  Okay. Other than the statement of
18 claims in your lawsuits, did you review anything
19 else?
20     A.  No.
21     Q.  And you did -- you do acknowledge
22 that the state's attorney's office produced some
23 approximately 164 pages of documents related
24 to this incident, correct?

9

1     A.  Yes.
2     Q.  And we also produced approximately
3 296 pages of medical records that you requested
4 from us, correct?
5     A.  Yes.
6     Q.  And did you have an opportunity to
7 review those materials?
8     A.  Yes.
9     Q.  And an investigator from the state's
10 attorney's office showed you a copy of the video;
11 is that correct?
12     A.  Yes.
13     Q.  And it was a video related to the
14 incident in your lawsuit?
15     A.  One part of it was, but the rest of
16 it was just random stuff.
17     Q.  Okay. But it was important that we
18 showed you the part of the video that we had,
19 correct?
20     A.  Yes.
21     Q.  And the investigator did show you
22 portions of video that were related to that
23 incident; is that correct?
24     A.  Yes.

10

1     Q.  Did you review any grievances prior
2 to speaking to me today?
3     A.  No.
4     Q.  Did you file any grievances related to
5 this incident?
6     A.  Yes.
7     Q.  Can you tell me what grievances you
8 filed related to this incident?
9     A.  I filed a grievance about this whole
10 incident, as far as me telling Ms. Phillips and
11 Tedesco that I needed to be moved, and about me
12 getting pepper-sprayed by the other officers.
13     Q.  Okay. Why don't we get into the
14 lawsuit a little bit, okay?
15     You're talking about a lawsuit where
16 you allege certain officers committed some wrongs
17 to you on September 12th of 2012; is that right?
18     A.  Yes.
19     Q.  I'm going to show you what has been
20 marked -- what will be marked as Deposition Exhibit
21 No. 1.
22     (Deposition Exhibit No. 1,
23     Witness Montjoy, was marked for
24     identification 01/31/2014.)

11

1     MR. PASQUINELLI: Okay. Back on the record.
2 BY MR. PASQUINELLI:
3     Q.  Mr. Montjoy, I'm showing you what has
4 been marked as Deposition Exhibit No. 1.
5     Mr. Montjoy, this is a copy of the
6 lawsuit that you filed in this litigation; is that
7 correct?
8     A.  Yes.
9     Q.  Okay. And what I'd like you to do is
10 quickly go through the pages of that lawsuit and
11 just tell me if the information contained in that
12 lawsuit is true, accurate, and complete to the best
13 of your knowledge.
14     And just for the record, Mr. Montjoy
15 is currently going through the various pages of
16 the lawsuit, which has been marked as Deposition
17 Exhibit No. 1.
18     A.  That's it.
19     Q.  Okay. So Mr. Montjoy, Deposition
20 Exhibit No. 1, is that a fair, accurate, and
21 complete copy of the lawsuit that you filed in this
22 litigation?
23     A.  Yes.
24     Q.  And Mr. Montjoy, that lawsuit was filed

12

1   on April 2nd, 2013; is that correct?

2     A.  Yes.

3     Q.  And you filed -- you brought this

4   lawsuit while you were incarcerated within the Cook

5   County Department of Corrections; is that right?

6     A.  Yes.

7     Q.  I want to show you page ...

8     Okay.  And Mr. Montjoy, you have --

9   when you wrote the allegations contained in this

10  lawsuit, you represent that those allegations that

11  you wrote within Deposition Exhibit No. 1 are true

12  and accurate; is that correct?

13    A.  Yes.

14    Q.  And you knew it was important to

15  include important facts within the allegations that

16  you made in this lawsuit; is that right?

17    A.  Yes.

18    Q.  And you did indeed include important

19  facts of the allegations that you believe took

20  place on September 12th of 2012; is that right?

21    A.  Yes.

22    Q.  All right.  I want you to talk to me a

23  little bit about what happened on September 12th

24  of 2012, okay?  Please tell me what happened on

13

---

1   September 12th, 2012, at approximately 8:00 o'clock

2   in the evening or so.

3     A.  Do you want me to start from the point

4   where they actually attack?

5     Q.  Well, you had alleged, I believe, in a

6   the lawsuit that something happened prior to the

7   actual attack; is that right?

8     A.  That was around -- that was earlier

9   than 8:00 o'clock, though.

10    Q.  Okay.  Can you tell me what time that

11  was?

12    A.  It was around 6:00 or something like

13  that, 6:00-something.  We was coming out.

14    Q.  Give me one second.

15    All right.  So why don't we start

16  from the attack took place at approximately what

17  time?

18    A.  Around 8:00, around 8:00ish, something

19  like that, because the dinner trays had just came.

20    Q.  All right.  And prior to the attack

21  that took place at 8:00 o'clock in the evening,

22  approximately, something else happened at

23  approximately 6:00 o'clock in the evening; is that

24  right?

14

---

1     A.  Around 6:00, 6:00-something.  I don't

2   know exactly, but it was around that time, because

3   we had -- we had 18 shifts, so they let the bottom

4   deck out at like 3:00, for three hours, and then

5   we come out for three hours, so it was around

6   6:00-something when we came out.

7     Q.  Okay.  And tell me what happened at

8   around 6:00 o'clock.

9     A.  I was coming out the cell, and earlier

10  somebody had told me that I was gonna be attacked,

11  so I told Ms. Phillips that I need to speak to a

12  sergeant, that I need to be removed off the tier,

13  but she ignored me.

14    And I told her again, like, Man,

15  can I please speak to sergeant?  And I told her

16  that I was gonna be -- that somebody had told me

17  that I was going to be attacked by some inmates.

18    She just basically waved me off, you

19  know what I'm saying.

20    Then she came downstairs, and after

21  she closed the doors, and I was coming -- I was

22  walking towards her because I was trying to get,

23  you know what I'm saying --

24    Q.  Okay.

15

---

1     A.  And I asked to speak to a sergeant

2   again, and she kind of laughed me off.

3     Q.  Let's take it a step back.

4    All right.  So you're saying that

5   approximately 6:00 o'clock in the evening you spoke

6   with Officer Phillips; is that correct?  And please

7   tell me what exactly you said to Officer Phillips

8   at approximately 6:00 o'clock in the evening on

9   September 12th --

10    A.  I said that I need to be moved --

11    Q.  You got to let me finish my question,

12  okay?

13    A.  All right.

14    Q.  So please tell me what exactly you told

15  to Officer Phillips at approximately 6:00 o'clock

16  in the evening on September 12th, 2012.

17    A.  It wasn't approximately 6:00, it was

18  around 6:00 o'clock, like maybe a little after

19  6:00, it was around that time.  But I told her that

20  I need to be moved.  I told her I was -- that

21  somebody told me that I was gonna be attacked by

22  some detainees.  And I told her I need to be moved

23  so I wouldn't, you know, get hurt.

24    Q.  Did you say anything else to her?

16

1    A.  After she ignored me, I told her I need
2  to speak to a white shirt, to a sergeant.
3    Q.  And after you told her that you needed
4  to speak with a white shirt, a sergeant, did you
5  say anything else to her?
6    A.  She was -- as I was saying that, she
7  was walking, and she kind of laughed me off and
8  closed the door.
9    Q.  And who was present when you had this
10  conversation with Officer Phillips?
11    A.  I don't even remember. I was coming
12  out my cell; you know, I wasn't really trying to
13  be out loud and open, with everybody, you know,
14  listening to me.
15    Q.  Were there any officers other than
16  Ms. Phillips that were present when you had this
17  conversation with Ms. Phillips?
18    A.  I said the other officer was in the
19  interlock. She was inside. I was talking to her
20  'cause she was the only one on the inside letting
21  us out.
22    Q.  So there were no other officers
23  physically present with you when you had this
24  conversation with Ms. Phillips; is that correct?

17

1  Is that correct?
2    A.  Yes.
3    Q.  And you had this conversation directly
4  to Ms. Phillips and no one else; is that right?
5    A.  Yes.
6    Q.  And it's very imperative that you
7  think back to the best that you can and tell me
8  everything it was that you told Ms. Phillips at
9  approximately 6:00 o'clock p.m. on September 12th,
10  2012.
11    A.  I just told you.
12    Q.  Nothing more than what you just told
13  me, correct?
14    A.  I mean, something like that. You know,
15  it been two years, but it was something around
16  along those lines.
17    Q.  Did you tell Ms. Phillips who was going
18  to attack you?
19    A.  I didn't know who was gonna attack me.
20    Q.  Okay. So it's fair to say that you did
21  not tell Ms. Phillips exactly who was going to
22  attack you; is that right?
23    A.  I told her that I was gonna be
24  attacked, but I didn't indicate no names or nothing

18

1  like that.
2    Q.  But my question to you is: Did you
3  tell Ms. Phillips exactly who it was that was going
4  to attack you?
5    A.  No.
6    Q.  Did you tell Ms. Phillips exactly when
7  you were going to be attacked?
8    A.  No.
9    Q.  And did you tell Ms. Phillips how you
10  were going to be attacked?
11    A.  How else could I be attacked?
12    Q.  Well, what I'm asking you, did you tell
13  Ms. Phillips how --
14    A.  You mean --
15  THE REPORTER: Wait.
16  THE WITNESS: No.
17  BY MR. PASQUINELLI:
18    Q.  Okay. You need -- just one second. We
19  just need to get through this, Adam. All right?
20  So just I just need to go through these questions
21  with you, okay?
22  (Discussion off the record.)
23  MR. PASQUINELLI: Okay. Back on the record.
24

19

1  BY MR. PASQUINELLI:
2    Q.  Did you tell Ms. Phillips exactly how
3  you were going to be attacked?
4    A.  No.
5    Q.  And who did you hear this information
6  from?
7    A.  It was a detainee, I forget his name,
8  but one of the people that was on the deck.
9    Q.  All right. And this detainee, he told
10  you that other people were going to be attacked,
11  too; is that right?
12    A.  No, he told me. 'Cause I had just got
13  out the hole for being attacked on another deck, on
14  1B. If you look through the things, you can see
15  when I was attacked on other deck, too, from the
16  record that you're seeing. It's in there, too.
17  But like probably like two weeks before that, I
18  was attacked, and I did ten days in the hole.
19  As soon as I got out of hole, I landed on this
20  deck.
21    Q.  Okay.
22    A.  And they was telling me like, you know,
23  that this -- somebody told like, Man, they own you,
24  you know what I'm saying, they gonna try to get

20

**Page 21**

1  down on you, you know what I'm saying.

2      Q.  I see.

3      A.  It just had happened like two weeks

4  ago. I did ten days in the hole. So as soon as I

5  got out the hole, I came on this deck. I wasn't

6  even on the deck nothing but a couple days before

7  this happened.

8      Q.  Mr. Montjoy, are you familiar with the

9  organization known as the Gangster Disciples?

10      A.  Yes.

11      Q.  How are you familiar with it?

12      A.  Who ain't familiar with it? Everybody

13  know who they is.

14      Q.  Okay. Are you affiliated with them at

15  all?

16      A.  No.

17      Q.  So under oath you're telling me that

18  you're not affiliated with the Gangster Disciples.

19      A.  No, I'm not.

20      Q.  Okay. And do you know if this attack

21  that took place on September 12th, 2012, do you

22  believe it was gang-related?

23      A.  I mean, I don't know what it was about.

24  I told you I had an incident before, so it might

**Page 22**

1  have been somebody was probably mad 'cause they

2  didn't come out the way it was -- maybe they was --

3  you know, it didn't come out the way they hoped the

4  first time or something, I don't know, 'cause I

5  wasn't really hurt the first time, so ...

6      Q.  And what is the Gangster Disciples?

7      A.  A gang.

8      Q.  And do you know what they do?

9      A.  No.

10      Q.  Do you ever go by the name of AG?

11      A.  No.

12      Q.  Have you ever heard that name before?

13      A.  I heard people say, Hey, like call

14  people, like hey, or something, but no.

15      Q.  And when did you get placed into

16  custody within the Cook County Department of

17  Corrections?

18      A.  March 2011.

19      Q.  I'm going to show you what we're going

20  to mark as Deposition Exhibit No. 2.

21          (Deposition Exhibit No. 2,

22          Witness Montjoy, was marked for

23          identification 01/31/2014.)

24

**Page 23**

1  BY MR. PASQUINELLI:

2      Q.  Okay. Mr. Montjoy, I'm showing you

3  what has been marked as Deposition Exhibit No. 2,

4  which is copy of the Cook County Jail History Card.

5          Do you recognize that document?

6      A.  Yes.

7      Q.  Do you recognize your signature

8  anywhere on that document?

9      A.  Yes.

10      Q.  Can you please circle for me where

11  your signature is on that document?

12      A.  (Witness complying.)

13      Q.  And just for the record, Mr. Montjoy is

14  making a circle in three locations.

15          Okay. And this Cook County Jail

16  History Card indicates that you were entered into

17  the Cook County Department of Corrections on

18  March 24th, 2011; is that correct?

19      A.  Yes.

20      Q.  And you've provided your thumb print

21  on this Jail History Card; is that right?

22      A.  Yes.

23      Q.  And you -- have you ever been processed

24  within Cook County Department of Corrections prior

**Page 24**

1  to March 24th, 2011?

2      A.  Yes.

3      Q.  When were you previously within the

4  Cook County Department of Corrections?

5      A.  I had a case in 2009, and I had a case

6  in 2006.

7      Q.  Okay. And what happened with that case

8  in 2006?

9      A.  I beat it, acquitted.

10      Q.  And the case in 2009?

11      A.  I beat the case; then I bonded out for

12  the other one.

13      Q.  And do you know what happened to the

14  other case, the 2009 case?

15      A.  I'm still here. I still got that case

16  going on right now.

17      Q.  Okay. We're not here to talk about

18  anything about those cases, okay? I just wanted to

19  get some background information as to how many

20  times you may have been in the Cook County

21  Department of Corrections, okay?

22          And during the times previously

23  when you were in the Cook County Department of

24  Corrections and within the time that you entered

**Page 25**

1     the Cook County Department of Corrections in March

2     of 2011, have you ever filed any grievances?

3         A.   You say when?  Say it again.  I can't

4     hear you.  When?

5         Q.   The time previously to coming within

6     the Department of Corrections in 2006 and the time

7     now in 2011, have you ever filed any grievances?

8         A.   Yes.

9         Q.   Okay.  And explain for me how you go

10    about filing a grievance.

11        A.   You get a grievance from the social

12    worker and you write down when the grievance was,

13    what the issue that you have, and you turn it in.

14        Q.   And what happens once you turn it in?

15        A.   It gets processed, given a control

16    number, and it's given back to you with a response.

17    And you can appeal it if you want to; and if not,

18    you know, just go on about your business.

19        Q.   Are you required to grieve an incident

20    within a timely manner?

21        A.   Yes.  I think it's like 15 days.

22        Q.   Okay.  And are you required to appeal

23    an incident within a certain amount of time period?

24        A.   I mean, when they bring the appeal,

25

**Page 26**

1     you appeal it, whenever they bring it to you.

2        Q.   And if you don't appeal it, then you

3    waive your right to the grievance; is that right?

4        A.   I mean, I'm not sure how -- every time

5    I've appealed something, they just never come back

6    after they -- they just be like the incident over.

7    They be -- they really don't usually change once

8    they make their whatever they make, the decision

9    that they make, they usually stick by it.  If

10    you appeal it, it's just on paper, you know, just

11    like a paper trail thing, it's not really --

12        Q.   But after you file an appeal, the

13    appeal board sends you back a response; is that

14    right?

15        A.   No, they don't send you back nothing.

16        Q.   Okay.  Prior to being placed in the

17    Cook County Department of Corrections in 2011,

18    tell me what any sort of employment history that

19    you had.

20        A.   I worked at Auto Tech in Dolton as a

21    mechanic.  I've worked at different car lots.  I

22    worked at Watson Motor Sport.  I was a salesman

23    there for a little while.

24        Q.   And where is this located at, sir?

26

**Page 27**

1        A.   Watson Motor Sports.  It's closed down

2    now, but it was on 147th and Pulaski.  It closed

3    once -- I think they closed Motor -- yeah, they

4    closed Motor Sport down in around 2008.

5        And I worked at Auto Tech right

6    there on 142nd and --

7        Q.   Okay.

8        A.   It's 42 East 142nd street.

9        Q.   And how many years did you work at

10    Auto Tech?

11        A.   For about like two years.

12        Q.   And what were your duties with Auto

13    Tech?

14        A.   Mechanic, you know, mechanic work, tire

15    work, you know.

16        Q.   And what wages did you earn while --

17        A.   Like --

18        Q.   Mr. Montjoy, it's important that you

19    wait for me to finish the question before you

20    answer, okay?

21        A.   Oh, yeah.

22        Q.   I know you're doing the best you can,

23    and I certainly appreciate that, but it makes it

24    very difficult for the court reporter to take down

27

**Page 28**

1     the record of my questions and your answers if you

2    and I are talking over each other, okay?

3        So please tell me what your wages

4    were when you worked for Auto Tech from 2008 to

5    2010.

6        A.   About, it was around somewhere like

7    10, $12 an hour, something like that.

8        Q.   And you worked for Auto Tech from 2008

9    to 2010; is that correct?

10        A.   From around 2009 to around 2011 really,

11    you know, 2008, something like that.

12        Q.   Okay.  So you worked for Auto Tech

13    between 2009 and 2011.  Is that a fair statement?

14        A.   Yes.

15        Q.   And you made between 10 and $12 an hour

16    during that time?

17        A.   Yeah.

18        Q.   Did you have any other income during

19    that period of time?

20        A.   No.

21        Q.   Did you have any other employment

22    during that period of time?

23        A.   No.

24        Q.   And prior to working for Auto Tech in

28

1    2009, where else did you work?
2        A.   Watson Motor Sport.
3        Q.   What years did you work for Watson
4    Motor Sport.  Excuse me, Mr. Montjoy, can you spell
5    Watson Motor Sport for me, please?
6        A.   W-a-t-s-o-n M-o-t-o-r S-p-o-r-t.
7        Q.   Okay.  And what years did you work for
8    Watson Motor Sport?
9        A.   Like end of 2007 to 2008, when they
10   closed.
11       Q.   And what were your duties for Watson
12   Motor Sport?
13       A.   I was a porter at first; then I went to
14   sales.
15       Q.   And who did you work for there?
16       A.   I worked for Watson Motor Sports.
17       Q.   I know.  The name of your supervisor,
18   sir.
19       A.   What was his name?  Damn, what was his
20   name?  I'm trying to think what was his name, man.
21   Paul, Paul.  I used to call him Paulie, but I
22   forgot his last name.  But I know -- damn, what was
23   his last name?  We called him Paulie, though.  He
24   was an Italian guy.  We called him Paulie.  I

29

1    forgot his last name, though.
2        Q.   Okay.
3        A.   But my father was a manager there.
4        Q.   Okay.  I see.  And what were your wages
5    there, sir?
6        A.   When I was a porter, my wages was like
7    I think 8.50 or $9.00 an hour, and then when I went
8    to salesman, you know.  It's, how you say the word?
9    commission.
10       Q.   And approximately how much money did
11   you earn from 2007 to 2008?
12       A.   I don't know.  I can't look at a W-2
13   right now.
14       Q.   Did you file any income tax during that
15   period of time?
16       A.   Did I?  I don't know if I did, because
17   I had just got out of jail for the -- so I didn't
18   have a complete W-2 to file in the beginning of
19   2008.  So I don't think I did.  I might not have.
20       Q.   Okay.  And are you currently married?
21       A.   No.
22       Q.   Do you have a girlfriend?
23       A.   Yes.
24       Q.   What's her name?

30

1        A.   Alissa Dixon.
2        Q.   How long have you been with Alissa?
3        A.   Since 2005, 2004 or something.
4        Q.   Have you spoke with Ms. Dixon about
5    this incident at all?
6        A.   No, I mean, when it happened, I -- she
7    don't know even I got a lawsuit.  That's my
8    business.
9        Q.   Have you spoken with anybody else
10   regarding this lawsuit?
11       A.   Yeah, I've spoken to my mother and my
12   brother, you know.
13       Q.   And can you give me the name of your
14   mother?
15       A.   Charnell Bright.
16       Q.   Can you spell it for me, sir?
17       A.   C-h-a-r-n-e-l-l.
18       Q.   Last name, sir?
19       A.   Bright, B-r-i-g-h-t.
20       Q.   And where does your mother live?
21       A.   She stays -- she stay in California.
22   She just moved back.  She stay in -- I think she
23   stay in Oak Forest or something like that, Park
24   Forest, one of them.  Can I ask you how is that

31

1    relevant to the situation?
2        Q.   Well, first of all, how this works,
3    Mr. Montjoy, is that I ask you questions; you got
4    to give the answers, okay?  If you have an
5    objection to the relevancy of some of my
6    questions, what you need to put on the record is,
7    Ms. Pasquinelli, I object to that.  But you're
8    required under the rules to answer the questions
9    subject to the objection, okay?
10            We can go off the record for a
11   moment.
12            (Discussion off the record.)
13       MR. PASQUINELLI:  Back on the record.
14   BY MR. PASQUINELLI:
15       Q.   Okay.  And she lives in California now?
16       A.   No.
17       Q.   She lives here currently.  Can you give
18   me her address?
19       A.   I object to that.
20       Q.   Okay.  But subject to that objection,
21   could you provide her address to me?
22       A.   No.
23       Q.   You're refusing to give me her address?
24       A.   Yes.

32

1  Q.  Do you have the telephone number for
2  your mother?
3  A.  I object to that again.  I got one, but
4  I'm not gonna give it to you.
5  MR. PASQUINELLI:  Off the record.
6  (Discussion off the record.)
7  MR. PASQUINELLI:  All right.  We'll go back
8  on.
9  THE WITNESS:  And even if I did give it to
10  you, she wouldn't talk to you no way.
11  BY MR. PASQUINELLI:
12  Q.  Okay.  Just for the record,
13  Mr. Montjoy, you're refusing to provide the
14  telephone number and the address of your mother;
15  is that correct?
16  A.  I objected to it.
17  Q.  Correct.  As I told you before, you can
18  make your objection, but you're required to answer
19  the question subject to the objection, okay?
20  A.  So why would that be an -- what is the
21  reason for me being able to make an objection if I
22  have to answer it anyway?  I don't -- that's like
23  contradicting the objection.  What the reason?  If
24  there's not a judge here to sustain or overrule the

33

1  objection, then I shouldn't have to answer it if I
2  don't have counsel that's present to inform me as
3  far as how the law goes.
4  Q.  Well, pretty much the rules are very,
5  very specific that you're -- unless it's a
6  privileged matter, that you're required to answer
7  the question, but it's subject to the objection.
8  A.  Pertaining to the lawsuit, not
9  pertaining to my mother's name and address, things
10  of that nature.
11  Q.  Well, the reason why, sir, that we
12  believe that it's relevant that we may speak to
13  your mother is you have identified that your mother
14  is someone that you've spoken to her about this
15  incident, and because --
16  A.  Yeah, I -- I didn't mean to cut you
17  off, but I've spoken to her about when I got
18  stabbed, I never like, you know, got into specifics
19  about --
20  Q.  I know, but that would make any
21  conversations that you had with your mother related
22  to this incident discoverable to the defense.
23  A.  Okay.
24  Q.  And we are just seeking her information

34

1  in the event that we'd like to contact her to speak
2  with her about what information, if any, that you
3  provided to her related to this lawsuit.
4  So, again, I'm going to ask you to
5  please provide me her address and her contact
6  information for that purpose.
7  A.  No.
8  Q.  Okay.  Are you refusing to answer the
9  question that I've asked of you specific to the
10  contact information for your mother?
11  A.  Yes.
12  MR. PASQUINELLI:  Okay.  If we can just mark
13  that in the record as an area that we may come back
14  to later in this deposition, okay?  And we may be
15  certifying that question for the Court.
16  BY MR. PASQUINELLI:
17  Q.  Okay.  Other than your mother, did you
18  speak with anybody else related to this lawsuit?
19  A.  I told you my brother, you know, my
20  father.
21  Q.  And what's your brother's name?
22  A.  Marlow McDowell.
23  Q.  How do I spell McDowell?
24  A.  M-c-D-o-w-e-l-l.

35

1  Q.  And where does Mr. McDowell reside?
2  A.  I don't know.
3  Q.  And how old is Mr. McDowell?
4  A.  36 or something like that.
5  Q.  Is he within the state?
6  A.  Yes.
7  Q.  Does he live in the Chicago area?
8  A.  I don't know exactly his -- I don't
9  know exactly.  He used to stay in the suburbs, so
10  I don't know exactly where he at.  I been in jail
11  three years, so I don't really ask him those type
12  of questions.
13  Q.  Okay.  And your father, can you give me
14  the name of your dad?
15  A.  Gaylon Montjoy.
16  Q.  G-a-y-l-a-n?
17  A.  -l-o-n.
18  Q.  And your father is currently still
19  alive, correct?
20  A.  Yes.
21  Q.  Where does he live?
22  A.  I don't know either.  I think he stay
23  in Calumet City or something.  I don't know.
24  Q.  Do you have any contact information for

36

9 (Pages 33 to 36)

1   him?
2       A.   No.
3       Q.   Okay.  Mr. Montjoy, what is your date
4   of birth?
5       A.   7/6/88.
6       Q.   And can you give me your Social
7   Security number, please?
8       A.   For what reason?
9       Q.   Just for our file.  But I'm going to
10  instruct the court reporter to please X out the
11  last four digits of his Social Security number.
12      A.   341-84-
13      Q.   Thank you.
14           And prior to being placed within
15  the custody of the Cook County Department of
16  Corrections, can you please tell me where you've
17  resided?
18      A.   I resided South Harvey.
19      Q.   What address, sir?
20      A.   15638 South Clyde.
21      Q.   Is that an apartment or a house?
22      A.   House.
23      Q.   Who did you live with?
24      A.   With my brother.

37

1       A.   No.
2       Q.   Do you know if there's any orders out
3   there requiring you to pay child support for your
4   kids?
5       A.   There isn't.
6       Q.   And are the children with the same
7   mother or different mothers?
8       A.   The same mother.
9       Q.   And what is her name?
10      A.   My girlfriend's name.
11      Q.   All right.  So the mother is Alissa; is
12  that correct?
13      A.   Yes.
14      Q.   And do the children live with her?
15      A.   Yes.
16      Q.   And what's Alissa's address?
17      A.   I don't know.
18      Q.   And do you have a contact telephone
19  number for Alissa?
20      A.   Yes.
21      Q.   Can you give it to me?
22      A.   No.
23      Q.   You're refusing to provide me that
24  information, sir?

39

1       Q.   And that is your brother Marlow; is
2   that right?
3       A.   Yes.
4       Q.   Anybody else live there with you guys?
5       A.   No.
6       Q.   Do you have children?
7       A.   Yes.
8       Q.   How many children do you have, sir?
9       A.   Two.
10      Q.   And what are their ages?
11      A.   Four and six.
12      Q.   And are you currently on any Medicare
13  or Medicaid?
14      A.   No.
15      Q.   Are you currently on any federal
16  support?
17      A.   No.
18      Q.   Do you receive any Social Security?
19      A.   No.
20      Q.   Do you receive any supplemental Social
21  Security?
22      A.   No.
23      Q.   Do you currently pay any child support
24  for your children?

38

1       A.   Yes.
2           MR. PASQUINELLI:  If we can mark this area of
3   the transcript, we'll either certify the question
4   before the Court or come back to it later.
5   BY MR. PASQUINELLI:
6       Q.   And, again, you spoke with Alissa
7   regarding this incident; is that right?
8       A.   I let her know I got stabbed and, you
9   know, stuff like that.
10      Q.   Okay.  So, again, but you did speak
11  with Alissa regarding this incident; is that
12  correct?
13      A.   Yes.
14      Q.   And you're refusing to provide me the
15  contact information to speak with her related to
16  the incident; is that right?
17      A.   I object to giving you the number.  If
18  you want to get it, you know, you got to go about
19  it the way you got to go about it, but I have no
20  attorney present, so I can't exactly know -- I
21  don't know all the Federal Rules of Civil
22  Procedure, so I can't really, you know, be -- I
23  don't know, I'm kind of unaware.
24      Q.   All right.  But as I explained to you

40

1  for what purpose --
2  A.  You got to remember, you're on the
3  opposite side of the fence right now, you know,
4  you --
5  Q.  Okay.  I just want the record to be
6  clear, though, that I explained to you the purpose
7  why I believed we need the contact information of
8  Alissa, correct?
9  A.  I understand.
10  Q.  And I've also explained to you the
11  purpose why I believe I need the contact
12  information for your mother; is that right?
13  A.  Yes.
14  Q.  And as I explained to you, because you
15  spoke to both your mother and Alissa related to
16  this incident, we believe that we're entitled to
17  at least speak with them to see what, if any,
18  information they have regarding this incident;
19  is that correct?
20  A.  Okay.
21  Q.  And you are refusing to provide me that
22  information.
23  A.  Yes.
24  Q.  Okay.  Adam, what's the highest level

41

1  of education that you've attended?
2  A.  High school.
3  Q.  And did you get a high school diploma?
4  A.  Yes.
5  Q.  And where did you receive that diploma
6  from?
7  A.  Thornridge High School.
8  Q.  What year?
9  A.  2006.
10  Q.  Did you go to college at all?
11  A.  No.
12  Q.  Did you go to any vocational schools?
13  A.  No.
14  Q.  So other than the diploma that you
15  received from Thornridge, you have no other
16  education other than that; is that correct?
17  A.  I mean, when I went to Watson Motor
18  Sports, they had a -- they gave classes on
19  salesman, salesman class, but that's about it,
20  you know.
21  Q.  All right.  And other than working for
22  Watson Motor Sport from 2007 to 2008, did you work
23  anyplace prior to that?
24  A.  I worked at Bob Watson Chevy right

42

1  there on 147th and -- it's right off Halsted, for
2  like, you know, about, I think, 2005 to around
3  2006.  I worked in parts department.
4  Q.  Okay.  And other than working at the --
5  I'm sorry, strike that.
6  A.  I was in the car business for, you
7  know -- my family, we was in the car business.
8  Q.  All right.  So it's a family business;
9  is that right?
10  A.  It's not my family business, but we
11  all, you know, been selling cars, you know, stuff
12  like that.
13  Q.  All right.  Fair enough.  I see.
14  And prior to 2007 -- or strike that.
15  Prior to 2005, where did you work?
16  A.  I was a kid.  I was 17 and --
17  Q.  Okay.  You were still in school; is
18  that right?
19  A.  Yeah.
20  Q.  So then the first job that you got
21  was in the car-related industry.  Is that a fair
22  statement?
23  A.  Yeah, Bob Watson Chevy was my first job
24  at 17.

43

1  Q.  Okay.  Were you ever terminated from
2  any of your jobs?
3  A.  I think I was terminated from that
4  one.  Or was I terminated?  Yeah, I was terminated
5  from that one.  I was young; I really didn't care
6  for a job.
7  Q.  Did you do something stupid?
8  A.  No, I didn't do nothing.
9  Q.  Okay.
10  A.  It was just like, you know, being late.
11  You know, I was in school, and then I had stuff
12  going on; you know, it wasn't really nothing
13  stupid.
14  Q.  Other than that, any other termination
15  or any other discipline that you received while you
16  were working?
17  A.  No.  When Motor Sport went out of
18  business, they opened some other stores, but they
19  closed that store, so that's when I started working
20  at Auto Tech.
21  Q.  Okay.  And other than these jobs you've
22  described for me between the years of 2007 and
23  2011, when you were most recently placed in the
24  custody of Cook County Department of Corrections,

44

11 (Pages 41 to 44)

1    did you do anything else to support yourself?
2       A.   No.
3       Q.   Okay.  What I'd like to do now,
4    Mr. Montjoy, is just go back to the incident on
5    September 12th, 2012, okay, now that we got the
6    background information out of the way.
7            Fair enough?
8            All right.  So after you had this
9    conversation with Correctional Officer Phillips,
10   tell me what happened after that.
11      A.   After she walked off, I -- after she
12   walked out of the day room, I went -- you know, I
13   sat around watching TV, but I kind of, you know,
14   kept my back to where I was just watching my
15   surroundings, you know what I'm saying.
16      Q.   Were you concerned for your safety at
17   that time?
18      A.   Yes.
19      Q.   And did you believe that someone just
20   might be attacking you at that time?
21      A.   I didn't know who, but I really didn't
22   know what to believe, I just -- because I know the
23   incident prior to that, so I was kind of, you know,
24   I'm basically being aware, attentive, watching

                                                  45

1    everything, you know.
2       Q.   Okay.  And what happened -- where did
3    you go after you this conversation with Officer
4    Phillips?
5       A.   I told you, I just kind of like watched
6    TV a little bit, walked around a little bit, turned
7    my back to the wall sometimes; I probably talked
8    to a couple people, but just, you know, I didn't
9    really sit in one spot, because I had to watch this
10   big deck, I had to watch everything, you know.
11      Q.   Where did you watch TV at?
12      A.   In the day room.
13      Q.   All right.  So when you say deck,
14   you're referring to the day room; is that right?
15      A.   Yes.
16      Q.   The deck is just the slang term for the
17   day room.  Is that a fair statement?
18      A.   Tier, if you want to say, yeah.
19      Q.   And approximately how many inmates were
20   there with you when you were watching television?
21      A.   However many was in the day room.  The
22   entire deck was out.  It probably like twenty-some
23   people out there.
24      Q.   And, again, which inmate told you to

                                                  46

1    watch yourself?
2       A.   I don't remember his name.
3       Q.   Was he tall or short?
4       A.   He was actually a Latino.  He used to
5    do tattoos, but I just don't remember his name.  I
6    forget his name.  He wasn't no ...
7       Q.   Would you be able to recognize him?
8       A.   Yes, I recognize him.
9       Q.   Have you seen him since this incident
10   of September 12th, 2012?
11      A.   No.
12      Q.   What exactly did this Latino tell you?
13      A.   He said, Man, watch yourself.  Man,
14   they gonna try to get down on you.
15           I said, Who?
16      A.   He like, Man, I don't know.  He say
17   he overheard something.  I guess there was a rumor
18   around, something like that.
19      Q.   Okay.  Anything else did he tell you?
20      A.   That was about it.  He just told me
21   watch myself.  That was about it.
22      Q.   And based upon that conversation,
23   that's when you talked to Officer Phillips; is that
24   right?

                                                  47

1       A.   He told me that earlier in the day,
2    'cause then when I -- I had to come out to see her.
3    He told me that, and that's when I came out and
4    told her.
5       Q.   Okay.
6       A.   I actually had been trying to get moved
7    off that deck prior to that day.
8       Q.   When were you placed on that deck?
9       A.   Probably a couple days before.  I
10   wasn't even on that deck a week, not even a week,
11   you know what I'm saying.
12      Q.   And that deck was tier?
13      A.   1C.
14      Q.   1C.
15      A.   I actually been trying to get moved
16   before then.  Officer Pace on this shift, 7:00 to
17   3:00 shift, I was trying to get in contact with
18   him to move.
19      Q.   Can you explain for me the process on
20   how to get moved from deck to deck in the Cook
21   County Department of Corrections?
22      A.   If you got a problem, I -- I didn't
23   have nothing concrete by then, I was just trying to
24   get moved, but when I -- when dude finally told me

                                                  48

1 that they was gonna get down on me, that's when I
2 told Officer Phillips. But before that, I wasn't
3 really comfortable with my surroundings, I didn't
4 know anybody, and I was like I just wanted, you
5 know what I'm saying, I wanted to be around some
6 people that I knew.
7     Q.   Did you know your cellie there?
8     A.   No, my cellie just came that day,
9 actually. His name Carlos Avilla or something.
10 I just was looking over --- I seen it yesterday on
11 the thing, so that's why I know. He got stabbed,
12 too, actually. Me and my cellie got stabbed. But
13 he had just came in.
14     Q.   Who stabbed you?
15     A.   I don't even know exactly who it was,
16 but I know it was two people.
17     Q.   Can you identify them for me?
18     A.   Can I identify them?
19     Q.   Yes.
20     A.   What you mean?
21     Q.   Were they big?
22     A.   Oh, no, it was --
23     Q.   Tall?
24     A.   One of them was a short Latino, and the

49

1 other one was like kind of tall, black dude.
2     Q.   All right. So you're saying that there
3 are two people that stabbed you?
4     A.   Yes.
5     Q.   And the best description that you can
6 provide for these two people are one was a short
7 Latino and the other one was a tall black fellow;
8 is that correct?
9     A.   Yes.
10     Q.   Any tattoos on the short Latino fellow?
11     A.   I don't pay attention.
12     Q.   Okay. Any tattoos or markings on the
13 taller black individual?
14     A.   I don't know.
15     Q.   All right. So you're on the deck, and
16 it's approximately 6:00 o'clock in the evening, and
17 you're watching TV. Is that a fair statement?
18     A.   I mean, it was around -- I wouldn't
19 just -- it was around 6:00, like later in the
20 6:00, you know, but it was right around -- I was
21 just watching everything, probably glance at the
22 TV, do some walking around. I told you, I wasn't
23 standing in one spot, I was kind of watching
24 everything, you know what I'm saying.

50

1     Q.   Okay. After you had a conversation
2 with Officer Phillips, there was a couple hours
3 that elapsed from the point that the attack took
4 place. Is that a fair statement?
5     A.   Probably like a hour and a half,
6 something like that, hour, yeah. It was -- it was
7 visiting day, too, so, you know ...
8     Q.   All right. And there were
9 approximately 20 or so detainees that were on the
10 deck at that time? Is that a fair statement?
11     A.   Yeah.
12     Q.   You need to verbalize it for me,
13 Mr. Montjoy, okay?
14     A.   Yes.
15     Q.   Thank you.
16          Off the record.
17          (Discussion off the record.)
18 BY MR. PASQUINELLI:
19     Q.   Just for the record, we had a
20 conversation off the record where I informed
21 Mr. Montjoy that for whatever reason he doesn't
22 understand the question that I ask of him, to
23 please ask me to rephrase it, and I'll do my best
24 to again rephrase it.

51

1 Is that a fair statement?
2     A.   Yes.
3     Q.   And I also asked Mr. Montjoy to please
4 verbalize his answers to make sure we get a clear
5 record, correct?
6     A.   Yes.
7     Q.   Okay. All right. So please tell me
8 all the activities that you did from 6:00 o'clock
9 in the evening up to and including the point when
10 you were attacked by these individuals.
11     A.   I really didn't do much. I just really
12 kind of walked around, talked to a couple people,
13 you know, but I really was kind of staying to, you
14 know, myself. I really didn't do too much. I
15 ended up getting on the phone later, but ...
16     Q.   Okay. So at some point prior to this
17 attack, you were on the phone; is that right?
18     A.   Yeah.
19     Q.   You're on the pay phone on the deck?
20     A.   Yeah.
21     Q.   And did the attack take place while
22 you're on the phone?
23     A.   Yeah, it started on the phone, yeah, it
24 started while I was on the phone, yes.

52

**Page 53**

```
 1       Q.   All right.  So you're on the phone; is
 2   that right?
 3       A.   Yes.
 4       Q.   And did somebody get in an altercation
 5   with you when you're on the phone?
 6       A.   No, but it was like they was trying --
 7   I guess they was -- the people who was sitting
 8   around me, you know, I was on the phone, there was
 9   people sitting around, and I seen something going
10   on.  I really wasn't paying attention.  I think I
11   was on the phone with my girlfriend.  And then
12   somebody punched somebody else, you know what I'm
13   saying, and then they started rushing towards me.
14       Q.   Okay.  So this altercation that
15   you're complaining of in the lawsuit started when
16   an individual punched another individual.  Is a
17   that a fair statement?
18       A.   Yeah, I guess they -- I don't know what
19   they punched him for, but they punched him and I
20   guess came towards me, yeah.
21       Q.   Okay.  So it started with an individual
22   punching another individual, and they weren't
23   punching you at that point.  Is that a fair
24   statement?
```

**Page 54**

```
 1       A.   Right.
 2       Q.   And you're on the phone during that
 3   time; is that right?
 4       A.   Right.
 5       Q.   And at that point when the one detainee
 6   struck the other detainee while you're on the
 7   phone, okay, can you please -- okay.
 8            Can you please tell me all the
 9   officers that you observed that were on that deck
10   right at the point where the one detainee struck
11   the other detainee when you're on the phone?
12       A.   Well, after -- after I saw a dude get
13   punched, I immediately looked toward the bubble
14   and I saw -- because it was visiting day, so,
15   you know, they be -- they was in and out, but I
16   saw Ms. Phillips and Tedesco.  Tedesco was doing
17   lunch relief on 1D, so he was right there in the
18   bubble with Ms. Phillips.  And when the dude got
19   punched, they were just looking.  'Cause after the
20   dude got punched, everybody kind of stopped and
21   kind of -- after they -- he got punched, everybody
22   kind of stopped and looked and seen if the police
23   was looking.  And the police was looking, the dude
24   just kind of -- then they start rushing towards me.
```

**Page 55**

```
 1       Q.   Okay.  So while you're on the phone,
 2   when the one detainee struck the other detainee,
 3   you observed Officer Phillips and Officer Tedesco
 4   in the bubble, and you believe them to be looking
 5   at the individuals who just struck the other
 6   individuals.  Is that a fair statement?
 7       A.   Yeah, they looked.  They was looking
 8   at it.  I saw them looking at what happened, so
 9   they was looking clearly at the day room.
10       Q.   Okay.  And tell me all the officers
11   that you believe were watching that fight that took
12   place.
13       A.   It wasn't a fight, it was one punch,
14   and then they look toward the bubble, it was -- I
15   was on phone like this (indicating), I seen the
16   punch, and I looked toward the bubble.  They was
17   looking.  Then I looked back; they was coming back
18   towards me.  So I hung up the phone and I went
19   toward the bubble myself.  It wasn't -- it was
20   just her and him in the bubble at the time, I mean,
21   Tedesco and Phillips.  There wasn't any other
22   officers.  I guess they hadn't called ten-ten
23   yet, so ...
24       Q.   All right.  So when the altercation
```

**Page 56**

```
 1   took place, the two officers that were present in
 2   the bubble were Officers Phillips and Officer
 3   Tedesco; is that right?
 4       A.   Right.
 5       Q.   And then no other officers that were
 6   present at the time.  Is that a fair statement?
 7       A.   The first punch, when I first looked,
 8   yeah, when I first looked.
 9       Q.   Right.  But my question is:  There were
10   no other officers present at the beginning of the
11   fight other than Officers Tedesco and Officer
12   Phillips.
13       A.   No.
14       Q.   Is that right?
15       A.   Yeah.
16       Q.   And after you observe the one detainee
17   strike the other detainee, you then went over to
18   the bubble; is that right?
19       A.   After they -- after I seen him strike
20   him, I looked towards the bubble, saw Tedesco and
21   Phillips.  I turned back and looked; they was
22   rushing towards me.
23            I hung the phone up; then I seen
24   the first detainee get -- after I seen the dude get
```

14 (Pages 53 to 56)

punched, I turned and looked towards the bubble and
seen Tedesco and Phillips. Then I turned back and
looked at the -- at what happened, and they was
rushing towards me. So it like -- it was like a
couple seconds in between, it wasn't like
immediately, but they started rushing towards me,
you know what I'm saying.

So I hung up the phone and I started
making my way towards the interlock, and that's
when I saw the other officers coming in. I guess
they had called a ten-ten after the punch, but,
you know, it took a couple of seconds for them to
get there. But they ran in, 'cause there's usually
officers in the core when they do -- you know, so
there's different officers right around, so they
rush in, so ...

Q. Okay. And then when you ran into the
bubble area, what happened after that?

A. After I ran to the bubble, they start
running toward me. I was basically by the bubble
when they start trying to attack, you know what
I'm saying, and I ran, you know.

Q. Okay. And where did you go when you
ran?

57

A. I ran around the day room. In fact,
when I got off the phone, I went towards the
bubble. They start rushing towards me. I seen
the knives and stuff.

Q. And, again, you saw knives from two
individuals; is that right?

A. Yeah, it was two people with knives,
and they start -- I think they -- they start
attacking me, yeah, they start attacking me. And
I was kind of cornered by the bubble, so I had to
kind of get up out of there, and then I ran towards
like the TV area towards the other people, you
know.

Q. Okay. But were you stabbed when you
were by the bubble?

A. Yeah, I was, actually, in my left arm.
So I think I tried to cover up or something. I
might have tried to swing back or something, but --

Q. Okay. So you're saying the attack took
place --

A. The first, yeah.

Q. -- when you got off the phone. You ran
towards the bubble, and then you were attacked with
a knife while you're at the bubble; is that

58

correct?

A. Yeah, I was close. I was by the
interlock. Because if you come off the phone, the
phone is right here on this wall (indicating), and
the interlock is like right here (indicating). So
I had to come from the phone towards the interlock.
And they was all right there. Like this is the
phone (indicating), this where the dude got punched
at (indicating), and this where is where I was
at (indicating). So they punched him, then
that's when I came, I seen it, I ran this way
(indicating), and they followed me and they tried
to corner me.

Q. Okay.

A. And they swung the shank, and I kind of
covered up a little bit, and that's where I got it
right here (indicating). Then I probably tried to
fight my way out a little bit, and then I ran.

Q. All right. And it's a matter of
seconds from the point when the first detainee
struck the other detainee, and then you ran to the
bubble; is that correct?

A. It was a -- it wasn't -- it was
like -- it was a lapse between before they first

59

start rushing, because they -- like I said,
everybody turn to see what police was doing.
'Cause I guess they had the -- 'cause I didn't
know they had knives at first when the first dude
punched, but they knew they had them, so they
probably was like, you know what I'm saying, they
seen nothing going on, so I guess that's when they
decided to rush --

Q. Well, how much time passed from the
point that you're on the phone and you saw the
first punch and the moment when you got over by the
bubble and you're stabbed?

A. I mean, I don't know exactly how
much time it was like, you know, I can't really
determine exactly how much time it was.

Q. Less than a minute?

A. It probably was like a minute or less
than a minute, something like that. I don't know.
I can't determine that.

Q. But no more than two minutes, right?

A. Yeah.

Q. It's fair to say that no more than
two minutes took place from the point you first saw
the first punch and then you ran over by the bubble

60

15 (Pages 57 to 60)

1  and you were stabbed. Is that a fair statement?
2      A.  Yeah.
3      Q.  Okay. And you were stabbed in your
4  arm, correct?
5      A.  Yeah, my left, right here (indicating).
6      Q.  And which detainee stabbed your arm,
7  the African-American one or the Latino one?
8      A.  I'm not sure.
9      Q.  And then what happened?
10     A.  Then I ran.
11     Q.  What direction did you run to?
12     A.  Towards the -- towards like it's this
13  big old circle, so I can't really run nowhere, so I
14  had to just run toward the TV area.
15     Q.  Did you see any other officers when
16  you ran from the bubble area to the TV area?
17     A.  I told you they had start coming in
18  the bubble. By the time I got by the interlock,
19  they had start running into the outside of the
20  interlock, the little core out there.
21         So when they start running out
22  there, I saw, I think it was sergeants and stuff,
23  you know, they start getting there by then. And
24  then, you know, when I ran, I really wasn't paying

61

1  attention to the bubble like, you know --
2      Q.  Other than Officer Phillips and Officer
3  Tedesco, can you tell me any other officers that
4  you observed in that bubble area when you were
5  getting stabbed?
6      A.  I wasn't looking at the bubble when I
7  was getting stabbed, man.
8      Q.  Okay.
9      A.  But I know -- I know that officers was
10  running in the interlock, though, you know.
11     Q.  Right, but I'm asking you can you tell
12  me who those officers were?
13     A.  I don't know. I can't remember like
14  that, but I know it was -- I know it was -- I seen
15  some white shirts. At that point, I didn't really
16  pay attention to exactly what it was. I told you
17  I had to run, so ...
18     Q.  Other than Phillips and Tedesco, you're
19  not sure who you saw in the interlock where you're
20  getting stabbed near the interlock. Is that a fair
21  statement?
22     A.  I think I seen -- like I said, I think
23  I seen -- as a matter of fact, it was probably -- I
24  don't know, I think it was like I seen bunch of

62

1  people come in, but the sergeant had came, so it
2  was like a white sergeant and some other officers.
3  I think it was Sergeant Gallardo or one of them,
4  you know what I'm saying.
5      Q.  But you're not sure; is that right?
6      A.  Sergeant Gallardo.
7      Q.  Do you know it was Sergeant Gallardo,
8  or do you think it was Sergeant Gallardo?
9      A.  Yeah, it was Sergeant Gallardo. 'Cause
10  I know when I came back around, he was still right
11  there, you know what I'm saying.
12     Q.  And did you see him before you were
13  stabbed or after you were stabbed?
14     A.  I don't -- probably -- I don't know. I
15  don't know. I can't remember. I don't know.
16     Q.  Okay. So you observed Officer
17  Phillips -- so the officers that you observed were
18  Officer Phillips, Sergeant Gallardo, and Officer
19  Tedesco; is that right?
20     A.  Officer Phillips and Tedesco was in the
21  bubble.
22     Q.  Right.
23     A.  I saw Sergeant Gallardo and the other
24  officer that was in the interlock. The bubble and

63

1  the interlock is two different places.
2      Q.  But you're not sure about any of these
3  other officers other than Sergeant Gallardo; is
4  that right?
5      A.  No, I just seen blue shirts, man, it's
6  a bunch of faces, man. I can't really watch them
7  and watch my attackers, you know.
8      Q.  I know. But that's not my question.
9  My question to you, though, is: Other than you
10  recall seeing Officer Phillips and Officer Tedesco,
11  correct?
12     A.  Yes.
13     Q.  You saw them in the bubble; is that
14  right?
15     A.  Yes.
16     Q.  And then you recall seeing some other
17  officers and Sergeant Gallardo; is that right?
18     A.  Yes.
19     Q.  All right. But you cannot identify
20  for me right now who those other officers are other
21  than Sergeant Gallardo. Is that a fair statement?
22     A.  Yes.
23     Q.  And then you ran away from the bubble
24  area; is that correct?

64

1    A.   Yes.
2    Q.   And where did you run to?
3    A.   I ran towards -- by the TV, by the TV,
4  and tried to run around by the other inmates.
5    Q.   Were you -- did you -- were you
6  attacked at all when you ran from the bubble
7  area --
8    A.   Yeah, I think I was hit in my back;
9  'cause I was running away.  I got attacked in the
10 back when I was running away.
11   Q.   Okay.  When you say you were hit in
12 the back, you're saying that you were stabbed in
13 the back; is that right?
14   A.   Yeah.  Yes.  When I was trying -- I had
15 covered up when they first start attacking, and
16 then I tried to get my way up out of there, I was
17 running and I got hit in the back, that's when I
18 got stabbed in the back, when I, you know ...
19   Q.   Okay.  And other than getting stabbed
20 in the back and stabbed in the arm, were you struck
21 in any other way in this altercation that took
22 place on September 12th, 2012?
23   A.   Yeah, I got -- I was getting punched
24 and stuff, too, they was punching me.

65

1    Q.   When were you punched?
2    A.   During the whole inc- -- attack.  It
3  was, you know, I was getting punched by different
4  sides and stabbed, so I had to find a way and get
5  up out of there and try to run.  That's why I ran,
6  'cause I really couldn't --
7    Q.   Okay.  So these two individuals that
8  stabbed you, they also punched you.
9    A.   No, it was other individuals.  It was
10 other -- yeah, it was other individuals who came at
11 first with them, too, with the shanks, and then the
12 other ones was coming too, you know what I'm
13 saying.
14   Q.   And were other detainees fighting other
15 detainees when this was going on?
16   A.   No, 'cause when I -- I ran from them.
17 When I ran from right there, when they stabbed me
18 in the back and I was running, I ran towards the
19 other detainees, and they all started running.
20 'Cause I guess they didn't want to be caught up
21 in the melee or whatever.
22   Q.   Okay.  And when you ran towards the
23 detainees, what happened after that?
24   A.   We just ran around.  We ran around the

66

1  day room.  They was chasing us around.  We was
2  running around.
3    Q.   Okay.
4    A.   Probably got punched a couple times
5  during that, too.
6    Q.   And you got punched by these two
7  detainees; is that right?
8    A.   Yeah.  I mean, no, not -- I mean, it
9  was a bunch of detainees.  That's what I'm saying.
10 It was like at least 12 of them like, you know what
11 I'm saying.
12   Q.   I'm confused.  Two detainees had you by
13 the bubble; is that correct?
14   A.   Yeah.
15   Q.   And then you ran away from the bubble
16 towards other detainees; is that right?
17   A.   Yes.  There were two detainees with the
18 knives, but the -- it was a group of detainees with
19 the two detainees with the knives.
20   Q.   Okay.
21   A.   I was basically focused on the two
22 detainees with the knives when I got stabbed, but,
23 at the same time, like I said, it was a group of
24 them, it was a whole big group thing.

67

1    Q.   All right.
2    A.   It wasn't just like me just and two of
3  y'all, because I would have fought.  I was just --
4  it was them with the knives, they were the head of
5  the pack, and then there's the ones at the front
6  who didn't have no weapons.  That's how it was.
7  They didn't just move by theirself, it was a group
8  of them.  But the two detainees was the ones in
9  the front who cornered me in the corner right
10 there.  So those the ones who originally started
11 the fight, so when I tried to fight my way up out
12 of there, that's when I got stabbed, I covered up
13 a little bit, that's when I got hit in my arm.
14        So somebody hit me again, so I came
15 from around trying to fight my way out.  That's how
16 I was able to get from being cornered.  I had to
17 fight through a little bit, and when I was able to
18 get through the crowd, I saw the sergeant over
19 there and I saw Tedesco up there smiling and shit,
20 and then I looked up and seen Sergeant Gallardo,
21 then I started running.  Then that's when I -- when
22 I broke through the little crowd, that's when I got
23 hit in my back and I ran toward the other detainees,
24 and we all start running around.

68

17 (Pages 65 to 68)

1    Q.   Okay.  And you ran around the day room;
2  is that right?
3    A.   Yes.
4    Q.   And you ran around the day room with
5  the other detainees who were running, too?
6    A.   They was running 'cause I was running
7  towards them and an attack was coming behind me
8  towards them.
9    Q.   Okay.  And there's about 12 other
10  detainees that were coming after you; is that
11  correct?
12    A.   Yes, it was something around -- I can't
13  be specific, but, you know, it was a large number.
14    Q.   Okay.  And they're chasing you around
15  the day room; is that right?
16    A.   Yes.
17    Q.   And then the officers entered the deck;
18  is that correct?
19    A.   No, that's not correct.  It didn't
20  happen like that.  They -- it was like a stand-down
21  after they -- after we ran around a couple times,
22  we -- I got cornered back at the bubble, and I
23  was -- I ended up back at the bubble, you know
24  what I'm saying, and then they -- they -- we stood

69

1  there.  It look like a stand-off, 'cause all the
2  officers was standing right there.  Sergeant
3  Gallardo, I kept telling him, Come help me.  I'm
4  standing there like -- I knocked on the door, I'm
5  like, Man, let us out or come in or something.
6       And they was all standing.  At this
7  time, it was Sergeant Gallardo and Sergeant Ross
8  there in front of all the other officers.  They had
9  a camera at the time, but I don't know if it was on
10  or not 'cause I didn't see the big video footage
11  when I looked at it yesterday.  But they was all
12  standing right there, and I was knocking on the
13  door.  But they was kind -- we just kind of like
14  squared-off, you know what I'm saying.
15       One dude had the garbage can
16  'cause he was trying to keep them back, you know
17  what I'm saying, with the garbage can, and I was
18  standing with my back, and once they seen that they
19  wasn't coming again, they rushed towards me again
20  and started swinging.  And I fighting, so we had
21  to fight -- I had to fight my way out some more.
22    Q.   And did you take a garbage can and
23  defend yourself with the garbage can?
24    A.   No, I did not have a garbage can.  I

70

1  never had the garbage can.  Michael Steele had the
2  garbage can.
3    Q.   Were you swinging the garbage can at
4  other detainees to defend yourself?
5    A.   No, I never had the garbage can.
6  That's how I got stabbed.  If I would have had the
7  garbage can, I would have never got stabbed in my
8  stomach at the last melee.  So I told you, it was a
9  long time.  After we ran around the day room at
10  least twice, and then, after we got back to the
11  bubble, the group of them was right there with the
12  two guys with the knives right there.  And I was
13  standing right there in the bubble with all the
14  guys who was running around.  It wasn't -- they was
15  behind me, and Michael Steele was right there by
16  the shower.  He had grabbed the garbage, and he was
17  keeping them back from him.
18    Q.   Okay.  I see.
19    A.   I turned around, knocked on the window,
20  I told them, Man, let me out, you know what I'm
21  saying, or come in and help me.  Why y'all ain't
22  coming in to help me?  They just looking, Sergeant
23  Tedesco and them just looking, everybody just
24  smiling and, you know ...

71

1       And then I guess once they seen
2  that they wasn't coming in, they attacked again.
3    Q.   Let's take it a step back.
4       From the time that you originally
5  ran towards the bubble when you first got stabbed,
6  okay, to the time that the officers came in and
7  ordered everybody get down on the ground,
8  approximately how much time took place?
9    A.   Long, a lot of time, probably like 10,
10  15 minutes.  They didn't run right in.  That's what
11  I'm telling you, it wasn't -- I was already on the
12  ground when they ran in.  Because I told you, we --
13  it was like a stand-off.  At least five minutes
14  they stood there with their knives and stuff, they
15  was right there, and we was right there, 'cause I'm
16  steady kind of -- Sergeant Gallardo and Ross, like,
17  Man, come in and help.  Why y'all ain't ran in yet?
18  You know what I'm saying.  They was basically
19  ignoring us.  They basically -- when those
20  situations happen, they try to make -- wait until
21  everybody tired or something like that.  That's
22  what they do.  So it was like a stand-off for like
23  five minutes.
24    Q.   Well, I don't know that, but --

72

18 (Pages 69 to 72)

1    A.    Well, I'm telling you through -- from
2  experience.
3    Q.    Okay.
4    A.    But basically after they -- after those
5  guys seen that the police wasn't coming in, they
6  attacked again, and they ran up again and started
7  attacking me again.
8    Q.    And then approximately 10 to 15 minutes
9  after the first group of detainees struck that
10  other detainee when you're on the phone, that's
11  when the officers came in to the deck. Is that a
12  fair statement?
13    A.    After they -- after -- yeah, about
14  like 15 minutes after they attacked me again. I
15  was on the ground, you know what I'm saying, I
16  tried to fight a little bit, but I -- it was too
17  many of them. 'Cause the other guys ran, and I was
18  on the ground right there in front of the shower.
19  And, you know, that's when I got hit -- 'cause
20  before I went down, I got hit in my stomach. But,
21  you know, they attacked me again. I guess that's
22  when the dude and them ran off to go hide -- flush
23  their knives or something, I don't know, but yeah,
24  it was like that, they flooded me again, and I

73

1  was on the ground. They ran off again, and that's
2  when they ran in, it was about 10 minutes, but
3  we had like a five-minute standoff at the front,
4  you know what I'm saying.
5    Q.    Okay. So, again, it was approximately
6  10 minutes to the point when the first --
7    A.    I can't approximate time.
8    Q.    Well, I know, but I'm just -- you've
9  said it a couple times now, Mr. Montjoy. So as far
10  as how much time took place from the moment when
11  the first group of detainees were struck and then
12  when the officers finally entered that tier, you've
13  given an estimate of approximately 10 minutes; is
14  that correct?
15    A.    It's like about 10, 15 minutes,
16  something like that.
17    Q.    Okay.
18    A.    There was no immediate response at all.
19    Q.    And can we agree that this was a fight
20  involving multiple detainees --
21    A.    No.
22    Q.    -- and there were weapons being used?
23    A.    Nope, I can't say that, 'cause I was
24  being attacked; my cellie was attacked, too,

74

1  but, you know, he was my cellie, so they probably
2  thought he was going to try to help me or something.
3  If it was multiple detainees, it would have been
4  more than just me and my cellie. Carlos Avilla was
5  my cellie; he was also stabbed.
6    Q.    And who was the detainee that was
7  initially punched while you were on the phone?
8    A.    That was -- I think his name was Ray
9  Gareka (phonetic).
10    Q.    All right. So Ray Gareka was punched.
11  He was not your cellie; is that right?
12    A.    No.
13    Q.    Carlos Avilla was your cellie.
14    A.    Yeah.
15    Q.    So Ray Gareka was punched, and that's
16  what started this altercation; is that right?
17    A.    I guess, yeah. I don't know.
18    Q.    Okay. And then you were stabbed; is
19  that right?
20    A.    I mean, not in those successions,
21  but yeah.
22    Q.    No, I know, but I'm just saying you
23  were stabbed.
24    A.    I was stabbed, yeah, and my cellie was

75

1  stabbed, yeah.
2    Q.    And your cellie was stabbed. So we
3  have three people that are being stabbed; is that
4  right?
5    A.    No, two.
6    Q.    Or being struck.
7    A.    Me and my cellie was stabbed.
8    Q.    Okay. And Mr. Gareka was punched; is
9  that right?
10    A.    I think it was him. I'm can't be for
11  certain, but I think it was him.
12    Q.    Okay. So can we agree that there was
13  an altercation between detainees and you, detainees
14  and Mr. Avilla, and detainees and Mr. Gareka?
15    A.    No, we can't agree to that, 'cause I
16  was on the phone. It was just random. It was like
17  random a occurrence. Something just happened,
18  and then they went from there. It wasn't like a --
19  no arguing or none of that, I mean, none of that
20  happened, none of -- no arguing, there was no
21  arguments, there was no -- it was like a hit like.
22    Q.    Okay.
23    A.    Hit him and go for them. That's how it
24  was.

76

**Page 77**

1    Q.  Can we agree that multiple detainees
2  attacked you, multiple detainees attacked
3  Mr. Gareka, and multiple detainees attacked
4  Mr. Avilla? Can we agree upon that?
5    A.  No, I was -- me and my cellie was
6  really attacked, and Gareka got -- I don't know,
7  I don't -- I can't really say what happened with
8  him and Mr. Gareka. I can't really say, but I
9  know me and my cellie was attacked by multiple
10  detainees.
11    Q.  But Mr. Gareka was the first person
12  that was struck by the detainees; is that right?
13    A.  I think so. I don't -- either he was
14  struck or he struck. I don't know exactly how
15  it went, but it was something like that. He was
16  around -- he was over there by the area.
17    Q.  Again, he was struck; is that right?
18    A.  Yeah. Yeah, it was something -- yeah.
19    Q.  All right. So Mr. Gareka was struck,
20  correct? Correct?
21    A.  I just said that.
22    Q.  You were stabbed and struck, correct?
23  And Mr. Avilla was stabbed and struck; is that
24  right?

**Page 78**

1    A.  Uh-huh.
2    Q.  Were there any other detainees that
3  were either stabbed or struck --
4    A.  I don't know.
5    Q.  -- on September 12th, 2012?
6    A.  I'm not sure.
7    Q.  Is it possible that other detainees
8  were stabbed or struck on September 12th, 2012?
9    A.  Of course it's possible. Yes, it's
10  possible.
11    Q.  But you didn't see them; is that right?
12    A.  No, I didn't see it. I was too busy
13  trying to watch out for me.
14    Q.  Can you and I agree that there were
15  weapons being used on September 12th, 2012, in this
16  altercation?
17    A.  Uh-huh. Yes.
18    Q.  Can we also agree that it was a high-
19  risk situation safety to yourself and safety to
20  other detainees at that time?
21    A.  It was safety -- would you say it
22  again?
23    Q.  Was it a high-risk situation involving
24  a risk to your safety and a risk to other

**Page 79**

1  detainees' safety at that time?
2    A.  Yes. Yes.
3    Q.  And can we agree the situation required
4  officers to enter in force and control the
5  situation?
6    A.  Yes. They had enough time. They was
7  out there watching for a long time.
8    Q.  When the officers came to control the
9  situation, did the situation stop at that time?
10    A.  Yeah. Actually the situation stopped
11  before they came in, but yeah, it was like -- yeah,
12  it was like -- 'cause I was on the ground, though,
13  so I can't really say. I don't really remember how
14  it happened. I was just on the ground kind of
15  balled up so I wouldn't get struck no more, you
16  know what I'm saying.
17    Q.  When the officers entered the tier,
18  did they quickly gain control of the situation?
19    A.  Yeah, they came in with mace and
20  started macing people. That's how they came in.
21  They opened the door with their mace and started
22  spraying.
23    Q.  And did that promptly control the
24  situation?

**Page 80**

1    A.  I mean, yeah, I mean, people starting
2  running, and, yeah, I was on the ground already,
3  but yeah, I kind of looked up towards the bubble
4  and saw them coming in, and then, yeah.
5    Q.  And the control that the officers used
6  stopped the situation from escalating; is that
7  right?
8    A.  The situation had -- I mean, it was
9  already at a standstill, you know, but I can't
10  really say that. They was probably like -- we knew
11  they was gonna come in, but we didn't know when.
12  That's why I kept asking them like, When is y'all
13  gonna run in? you know what I'm saying.
14    Q.  When the officers came in and used the
15  force that they used, did it end the threat to your
16  safety?
17    A.  Yes. But they maced me, though, so
18  I wasn't even -- I had nothing to do with no
19  threat. I was on the ground. Why did I get maced
20  if that was the case?
21    Q.  Okay. But they maced other people,
22  too; is that right?
23    A.  I don't remember nobody else getting
24  maced. I remember I got maced. They probably

maced the people that was, you know, like by the
bubble, but none of those guys who were doing the
attacking, I don't think they got maced, no.

Q.  And who maced you?

A.  When I looked up, I saw Meller and I
saw Sergeant Gallardo and Sergeant Ross.  It was
a couple -- I know I saw them three with mace,
you know what I'm saying, 'cause I looked up, I saw
Meller.  And I think Sable, too.  I think it might
have -- I think Sable, yeah, Sable, too.  They
all -- 'cause it was more than one person with
mace, and they spray it towards us.

Q.  Okay.  Which officers or sergeants had
mace when they entered the tier on September 12th,
2012?

A.  Sergeant Gallardo had mace, Sergeant
Ross, Officer Meller, and Officer Sable.  Those
the -- that's the ones I saw.  'Cause when I was on
the ground, when they start punching on me, I
looked up and I saw them, the police coming in
finally.

Q.  So you're being punched on while you're
on the ground; is that right?

A.  I mean, after I was -- I was on the

81

ground because I had gotten punched is what I'm
saying, and I balled up.

Q.  Were the detainees stomping on you when
you're on the ground?

A.  Yeah, but then, by the time I looked
up, they was gone.  And as I was looking up, they
was gone, and then I saw the police run in with
their mace.

Q.  Is it fair to say the use of the mace
prevented the detainees to continue to harm you?

A.  They had already ran off.  I guess they
knew they was coming in 'cause they must have heard
the door open, because, you know what I'm saying,
they had already ran off by the time they ran in.

Q.  Did the stopping, striking, and
stabbing --

A.  It stopped before I was maced is what
I'm telling you.

Q.  Okay.

A.  'Cause I was able -- 'cause that's what
made me look up and see the officers with the mace
and the sergeants with the mace, because I was done
getting hit, so I looked up, and I saw them running
it, and that's when I was maced, and I rolled over

82

on my stomach.

Q.  Okay.  But it was a matter of seconds
from the point that you were struck, you were last
struck, and the moment when the officers got you
with the mace; is that right?

A.  What I'm saying is I wasn't getting
pounded on and then the mace came.  It wasn't like
that.  It was like I was getting pounded on, then
it stopped, and that's what made me look.  And then
I looked, and I saw Sergeant Gallardo, Sergeant
Ross, Meller, and Sable and a couple other
officers, but I saw them with their mace and they
started macing us.  I was already on the ground.
They maced me, and then they -- the attack stopped;
that's the reason I was able to look and see them
people running in with the mace.

Q.  Okay.

A.  That was the only reason.  If they
would have still been attacking me, I wouldn't have
been able to see them run in --

Q.  Right.  I see.

A.  -- those actual officers with the mace.
You understand?

Q.  I see.

83

A.  That's why I was able to notice, 'cause
the attack stopped; I'm like, okay, it's over.  I
looked up, and that's when I seen them running in,
you know what I'm saying, that's how I knew who
maced me.

Q.  Shortly after the attack on you
stopped, mace was deployed.  Is that a fair
statement?

A.  I mean, yeah, but it wasn't -- the mace
didn't stop the attack.

Q.  That's not what I'm saying.  I'm saying
that --

A.  That's what I'm saying.

Q.  You were being attacked while you were
on the ground; is that right?

A.  Yes.

Q.  And the attack stopped, correct?

A.  It stopped.

Q.  And then immediately after the attack
stopped --

A.  Not immediately, but --

Q.  Hold on.  You looked up, and that's
when you saw officers present on the deck deploying
mace.  Is that a fair statement?

84

21 (Pages 81 to 84)

1    A.  What I'm saying is I was being attacked

2  (indicating), balling up, the attack stopped, so I

3  looked up and I seen the officers finally starting

4  to come in. When I seen the -- I looked up and I

5  saw Sergeant -- I saw them coming in, that's who I

6  seen with the mace, and then, when they came in,

7  they maced us, maced me down.

8    Q.  Again, it was a matter of second from

9  the moments the attack stopped and the moment that

10  you observed the officers spraying mace at other

11  detainees, correct?

12    A.  I didn't observe them spraying mace --

13  I observed them spraying me. There wasn't no other

14  detainee getting sprayed at that time.

15    Q.  Okay. You said previously.

16    A.  How come it's not? If you was right

17  there by me, you might get have got sprayed, but I

18  saw them -- the attack had stopped, and that's what

19  made me look up. When I looked up, that's when

20  I saw them coming in with the mace and I was maced.

21  And probably the people by me was maced as well.

22  When I was got maced, I rolled over on my stomach

23  and I sat there for a second.

24    Q.  Okay.

85

1    A.  And I was trying to breathe, and then I

2  got maced again. I'm like, Damn, why was I -- you

3  know what I'm saying. I was maced twice. I just

4  wasn't maced the first time, I was maced again.

5    Q.  Who maced you the first time?

6    A.  I saw Meller, Sable, Officer Gallardo

7  and -- Sergeant Gallardo and Sergeant Ross. They

8  all came in towards my way with the mace, and then,

9  like I said, I rolled over on my stomach.

10    Q.  Did you see them deploy mace at you?

11    A.  Yes.

12    Q.  Which officers did you see deploy mace

13  at you?

14    A.  The ones I just named.

15    Q.  Officer Sable, correct?

16    A.  Yes.

17    Q.  Officer -- Sergeant Ross, correct?

18    A.  Sergeant Ross, Sergeant Gallardo.

19    Q.  Sergeant Gallardo, correct?

20    A.  And Meller.

21    Q.  And Officer Meller; is that right?

22    A.  And Meller. But Meller was in the

23  front of them. It was like it was Sergeant Ross

24  who came in and Sergeant Gallardo, then Meller was

86

1  right there, too. They was all in the front, like

2  a four-way, like around like this, it was one, two,

3  three (indicating), you know, like a little front

4  line or whatever.

5    Q.  And you don't know if the officers

6  maced any other detainees; is that right?

7    A.  I think they maced some people that

8  was by me that was probably trying to -- you know,

9  but the people who was attacking me, no, I don't

10  think they got maced, no.

11    Q.  You're not sure if the people who

12  attacked --

13    A.  But I'm not sure.

14    Q.  You were maced; is that correct?

15    A.  I'm not -- yeah, I'm correct, yeah,

16  that's correct. 'Cause like I say, when I looked

17  up, it was because the attack stopped, so that's

18  what made me see them come in.

19    Q.  Right. And from the moment you were

20  attacked and the moment the attack stopped and you

21  were maced, that was a brief period of time; is

22  that right?

23    A.  It was some seconds, you know, yeah.

24    Q.  It was less than a minute, right?

87

1    A.  I mean, think about it like this. If

2  you stop, now I count five, ten seconds, that's a

3  nice amount of time before somebody come in, you

4  know.

5    Q.  Correct.

6    A.  If that's -- yeah, stuff be happening,

7  so it will seem -- it will seem -- it might seem

8  longer than, you know what I'm saying, or shorter,

9  depending on the situation.

10    Q.  Right. So would it be a fair statement

11  that approximately 15 seconds past from the moment

12  that you were last attacked to the moment you were

13  sprayed with mace?

14    A.  I mean, no, I can't say exactly, I

15  can't approximate time. I can't --

16    Q.  Can we say between 15 and 30 seconds?

17  Would that be a fair estimate?

18    A.  I can't say. I can't really say what --

19  it was some seconds. It was a decent amount of

20  time, it wasn't like -- yeah.

21    Q.  Was it more than a minute?

22    A.  No.

23    Q.  Was it less than a minute?

24    A.  Yeah, that's what I'm saying.

88

1  Q.  Okay.
2  A.  I can't say, though.  It wasn't no
3  long, long time, but it wasn't no short -- it was
4  like enough time for me to stop getting hit, I
5  looked up, then I saw them coming in, and they
6  all -- they were saying, Get on the ground.  I'm
7  already on the ground.  So then they maced.  Shit,
8  that's when I rolled over on my stomach.  I'm like,
9  Damn, you know what I'm saying, I was trying to
10  keep myself from panicking.  And then I was maced
11  again, you know, and I was already down, so I
12  didn't understand that, but yeah, yeah.
13  Q.  Okay.  Can we agree that approximately
14  30 seconds to a minute passed from the moment you
15  were last attacked to the moment you're sprayed
16  with this mace?
17  A.  A minute probably too long, but it
18  was some seconds.  I can't say a minute.  That was
19  probably too long.
20  Q.  Okay.  Between 30 seconds and a minute.
21  Would that be a fair estimate?
22  A.  Under 30 seconds probably, yeah,
23  something like that, yeah, something like that
24  between, yeah.

89

1  Q.  So can we say that from the moment
2  that you were last attacked to the moment the mace
3  was deployed was between 15 seconds and 30 seconds?
4  Would that be a fair statement?
5  A.  Yeah, something like that, yeah,
6  something like that.
7  Q.  Okay.  And other than getting sprayed
8  with the mace, did any other correctional officers
9  strike you in any way?
10  A.  I know after I got sprayed with the
11  mace the second time, like I say, after I got
12  sprayed the first time when I seen them come in,
13  I rolled over on my stomach.  'Cause I was by
14  the -- I was right there by the shower, in the
15  shower area.  And then I was maced again, and
16  I stayed down.  I'm like, Damn.  Then somebody
17  grabbed me by my ankles and dragged me out the
18  shower.  Like I was on my stomach; they grabbed my
19  ankles and -- after like a couple minutes went by,
20  I guess how they control everybody, and we were
21  still down, they grabbed me by my ankles and
22  dragged me along the floor, pulled me out the
23  shower, you know what I'm saying.
24  Q.  Okay.

90

1  A.  They sat me up, and that's when I'm
2  looking like, Damn.
3  Q.  After this attack took place, were you
4  still concerned for your safety?
5  A.  After the attack took place?
6  Q.  Yeah, I mean after this incident took
7  place, were you still concerned --
8  A.  When I'm still on the deck or when I
9  left the deck?
10  Q.  After this altercation took place on
11  the deck on September 12th, 2012, can we agree that
12  you were still in fear for your safety?
13  A.  I mean, I wasn't really -- I was
14  like -- I can't -- I mean, yeah, a little bit,
15  but you know ...
16  Q.  Do you think that the situation would
17  have escalated?
18  A.  I'm not sure.  It might have, it might
19  not have.  They got what they wanted.  After the
20  attack, they hurt me, so maybe it would have been
21  over with by then.  I don't know.
22  Q.  Did you get in an altercation with
23  Mr. Gareka on September 13th, 2012?
24  A.  Yes.

91

1  Q.  Okay.  Did you hit him?
2  A.  Yeah.
3  Q.  And did you hit him because you were
4  mad at him about this incident?
5  A.  Yeah.
6  Q.  And were you disciplined for that?
7  A.  I mean, I don't know.  I probably
8  got -- yeah, I got a ticket for it for fighting,
9  yeah, I got a ticket.
10  Q.  Okay.  Is there anything physical that
11  you cannot do today that you were able to do prior
12  to this incident on September 12th of 2012?
13  A.  No, not really.
14  Q.  Is there anything recreational that you
15  can't today that you were able to do --
16  A.  I mean, I be short of breath sometimes.
17  Like sometime I be real short of breath, I get
18  something like that, but other than that, you know
19  what I mean, not really.
20  Q.  Is there any recreational that you
21  can't do today that you were able to do prior to
22  this incident?
23  A.  No.
24  Q.  Is there anything social you can't do

92

23 (Pages 89 to 92)

1  today that you were able to do prior to the
2  incident?
3    A.  No.
4    Q.  Did you suffer any sort of mental or
5  psychological injury from the incident?
6    A.  I mean, for a minute, I was like
7  nervous to be on the deck.  You know, they had me
8  in a level system, for reasons I don't know, for
9  like four months, where I was segregated, I was
10  in the cell by myself, only one hour out, you know
11  what I'm saying, so I kind of -- I was kind of
12  depressed and kind of like, you know, nervous to be
13  back on the regular tier around inmates and stuff.
14  I kind of was, you know, paranoid a little bit, so
15  yeah, I was going through a little paranoia.  I
16  wasn't sleeping too well, you know what I'm saying.
17  I wasn't in contact with my family like I would
18  usually be 'cause I was in the cell all the time.
19  And then the incident, like I say, made me a little
20  like I don't really trust nobody, you know.
21    Q.  All right.  So after this incident, you
22  continued to fear for your safety; is that right?
23    A.  Somewhat, yeah, I was kind of paranoid,
24  yeah.

93

1    Q.  And you were in fear of other inmates,
2  what they may do to you on the deck.  Is that a
3  fair statement?
4    A.  I was kind of paranoid.  I'll just say
5  I was paranoid.  I can't really say, you know.
6    Q.  Can we agree that after the incident
7  you had the same or greater fear for your safety
8  that you did prior to the incident?
9    A.  I mean, I really don't -- yeah,
10  something like that.  I don't know, I -- yeah,
11  yeah, I could say that, yeah, about greater or
12  something, yeah.
13    Q.  This paranoia that you explained to me
14  just previously, did this last a number of days?
15    A.  Still right now I'm paranoid, man.  I
16  don't trust nobody.  I don't play cards, I don't
17  really do nothing where I sit around.  I don't sit.
18  I just, you know, watch everything, you know,
19  I really ...
20    Q.  Okay.  So as you sit here today, you
21  have a greater fear --
22    A.  I didn't say fear.  I'm just paranoid,
23  you know, I'm watching.  I don't really trust
24  nobody.

94

1    Q.  Are you -- other than the paranoia,
2  did you suffer any other psychological and mental
3  injuries from this incident?
4    A.  I mean, like I say, sometime I -- back
5  then, I really couldn't sleep.  Right now, I'm kind
6  of -- it been two years, so I'm decent.
7    Q.  Are you taking any medication for any
8  mental or psychological injury?
9    A.  No.
10    Q.  Have you ever been treated for any
11  mental or psychological injury?
12    A.  I've had -- I went to -- I've have
13  evals and talked to the psychiatrist about certain
14  things, yeah.
15    Q.  What kind of things?
16    A.  What I'm telling you now, not sleeping
17  and, you know, paranoia.
18    Q.  Did you have any mental or
19  psychological condition prior to this incident?
20    A.  No.
21    Q.  And are you currently under the
22  treatment or care of any mental health professional
23  for any injuries that you suffered psychologically
24  due to this incident?

95

1    A.  No, like I say, I just had a psych eval
2  a couple weeks ago, but it's getting better.
3    Q.  And during that psych evaluation, did
4  you talk to her about this incident?
5    A.  I talked to her about numerous things,
6  we talk about a lot of stuff, you know what I'm
7  saying.
8    Q.  Did you speak to her about this
9  incident?
10    A.  No, I really don't remember.  I don't
11  remember.
12    Q.  Okay.  But you talk to her about other
13  things, too; is that correct?
14    A.  Yeah.
15    Q.  That are unrelated to this incident.
16  Is that a fair statement?
17    A.  I talked to her.  They ask you
18  questions, how many kids do you have, what's going
19  on with your case.  They ask the questions.
20    Q.  Right.  Other than the psych evaluation
21  that you said you just took recently, as recent as
22  last week, have you --
23    A.  I didn't say last week.  I said a
24  couple weeks ago.  I don't know exactly --

96

Page 97:

```
 1        Q.   Other than that psych evaluation that
 2   you just talked to me about, have you sought any
 3   treatment or care from any mental professional or
 4   any psychological or mental injuries from this
 5   incident?
 6        A.   No.
 7        Q.   Let's talk about any physical injuries
 8   that you may have had from this incident, okay?
 9             Can you tell me what physical
10   injuries you suffered from this incident?
11        A.   I had a collapsed lung.  I was stabbed
12   right here (indicating).  See this mark right here
13   (indicating)?  And then I had a little minor little
14   abrasion on my stomach.
15        Q.   The abrasion on your stomach, was that
16   from a shank or a knife?
17        A.   Yeah, it was from some type of --
18        Q.   Just for the record, when I use the
19   term shank, we understand that to be a manufactured
20   knife --
21        A.   Yes.
22        Q.   -- type object which is manufactured
23   inside the prison.  Is that a fair statement?
24        A.   Yes.
```

Page 98:

```
 1        Q.   And did somebody try to stab you in the
 2   stomach with the shank, in that stomach area?
 3        A.   Yes.
 4        Q.   And is what when you were by the bubble
 5   or when you were on the ground?
 6        A.   No, that was -- I think that was the
 7   last time I was by the bubble.  Not the first time,
 8   but the last time.
 9        Q.   And the moment you saw the first
10   detainee strike Mr. Gareka --
11        A.   I don't know if Gareka striked him or
12   he struck Gareka.  I can't really say.
13        Q.   Okay.
14        A.   But I know there was a strike involved.
15   He was over there, you know what I mean.
16        Q.   From the moment that you observed that
17   altercation with those other inmates to the moment
18   the officers came on the deck, can you tell me any
19   conversation that you had with any other -- with
20   any officers during that period of time?
21        A.   It was one-sided.  I was just basically
22   telling them help me, you know.  And Sergeant
23   Gallardo and Sergeant Ross, they was standing up
24   there.  I was asking them --
```

Page 99:

```
 1        Q.   Let me just get this down, okay?
 2             So from the moment this altercation
 3   took place to the moment the officers came and took
 4   control of the deck, the first conversation that
 5   you had with officers were to Sergeant Gallardo; is
 6   that right?
 7        A.   It wasn't a conversation, it was me
 8   talking.
 9        Q.   Okay.  And what did you say to Sergeant
10   Gallardo?
11        A.   The first time, I said, Help, like you
12   know what I'm saying, Help.  And then I told
13   why you -- I asked him why he hasn't run in yet,
14   you know.  I knocked on the bubble and everything.
15   And that's basically what I -- that's basically
16   what I kept saying, like, you know, Come in and
17   help, you know what I saying.
18        Q.   Other than this cry for help to
19   Sergeant Gallardo, did you have any other
20   conversations with any other Cook County Department
21   of Corrections personnel during that period of
22   time?
23        A.   During what period of time?
24        Q.   During the time that the incident first
```

Page 100:

```
 1   took place when you're talking on the phone to the
 2   time the officers took control of the situation on
 3   the deck.
 4        A.   Well, the only time I had a real
 5   conversation was before all that when I talked to
 6   Ms. Phillips.
 7        Q.   Right.
 8        A.   And then after when the trays came, I
 9   talked to Tedesco and Ms. Phillips.  That was the
10   conversation that I had.  Other than that, I was
11   like one-sided after the attack started.  After the
12   attack started, I just was basically telling them
13   to come help.  That's all.  It wasn't really --
14        Q.   Okay.  And how many times did you say
15   that?
16        A.   I don't remember.  I kept saying it,
17   numerous times.
18        Q.   Okay.  But you recall saying it
19   directly to Sergeant Gallardo; is that right?
20        A.   Yeah, 'cause I was looking at him.
21   Him and Sergeant Ross was in the front, but I was
22   looking at him, yeah.
23        Q.   Okay.  So when you're making these
24   cries for help, you're made them directly to
```

1 Sergeant Ross and Sergeant Gallardo; is that right?
2     A.   Yes.
3     Q.   And you can't tell me any other
4 officers that were there; you can't identify what
5 other officers that may have been there when you're
6 crying --
7     A.   Well, the sergeants was right there.
8 Those are the ones who got control of the situation.
9 Those are the ones who I was speaking to, yeah.
10 I mean, I got to watch the bubble and I got to
11 watch twenty-some people in the day room, so yeah.
12     Q.   Okay. So you can't tell me any
13 other names of any other officers that you directed
14 this cry of help to other than Sergeant Gallardo
15 and Sergeant Ross, correct?
16     A.   I mean, I don't know. I mean, I
17 probably, I mean, if I think about it, maybe,
18 but I -- like I say, they're the ones who I saw in
19 the front, so that's who I was talking to, because
20 Sergeant Gallardo was in the front and Sergeant
21 Ross was in the front.
22     Q.   Okay.
23     A.   It was a bunch of -- it was full, there
24 was a bunch of them out there. So those are the

101

1 ones who I seen. But I know Tedesco and
2 Ms. Phillips was still in the bubble, you know what
3 I'm saying, but yeah.
4     Q.   Okay. So you had these cries of help
5 to Sergeant Gallardo and Sergeant Ross, correct?
6     A.   Yeah.
7     Q.   And you're not sure if -- well, you
8 didn't see any other officers physically near them
9 when you had these cries of help to Officer Tedesco
10 and --
11     A.   That's not what I said. It was a bunch
12 of them in the interlock. All of them was
13 together, so I was basically talking to everybody,
14 but they was the ones who was in the front, so
15 yeah, they all heard what I said.
16     Q.   Okay. Other than Sergeant Gallardo and
17 Sergeant Ross, can you identify for me any other
18 officers that were there when you had these cries
19 for help?
20     A.   I just told you it was a lot of
21 officers there. You steady asking me the same
22 questions. I told you I was talking to all of
23 them. Well, what you want me to say?
24     Q.   But do you know the names --

102

1     A.   You want me to name every officer that
2 was in there?
3     Q.   I'm asking if you can.
4     A.   Of course I can't, but, I mean, I don't
5 know, I probably can, I don't know. You asking me
6 the same question over and over different ways.
7 I'm telling you the same thing. You steady asking
8 me the same thing.
9     Q.   Mr. Montjoy, I'm not trying to trick
10 you here.
11     A.   Yes, you are, man.
12     Q.   No, I'm not.
13     A.   It's a situation where I told you it's
14 a -- if you could see the interlock, it's like a
15 room, it ain't even -- it's probably this long
16 (indicating).
17     Q.   Okay.
18     A.   And that is the door to the deck. So
19 they all got to fill in this space right here
20 (indicating), and the sergeants was in the front.
21 So how am I gonna -- I got to -- I just seen blue
22 uniforms and the white shirts. Two white shirts
23 was in the front. I'm steady knocking. Come in.
24 I need help. Why y'all ain't came in yet? That's

103

1 what I kept saying. I kept saying that.
2     Q.   Okay. Can you tell me the names of any
3 of the blue shirts --
4     A.   No. No.
5     Q.   Thank you. That was my question, okay?
6     Let's go off the record for a
7 moment.
8     (Discussion off the record.)
9 BY MR. PASQUINELLI:
10     Q.   Mr. Montjoy, is there anything else you
11 want to tell me about the incident that took place
12 on September 12th, 2012?
13     A.   I basically covered it. The only thing
14 you didn't ask about is when I talked to Tedesco
15 and Phillips. That's the only thing you didn't ask
16 me about.
17     Q.   When did you talk to Tedesco and
18 Phillips?
19     A.   Around 8:00 or something, when the
20 trays came, when I told them the second time to
21 call me a white shirt. That's the only thing you
22 didn't ask me about.
23     Q.   All right. So how many times did you
24 talk to --

104

1    A.   I talked to Phillips at around 6:00
2    when I came out.
3    Q.   Okay.
4    A.   And then a couple hours passed, an hour
5    and a half passed, dinner trays came, and then
6    that's when I -- they opened the door and they
7    were bringing the -- the other inmates were brining
8    the trays in.  That's when I talked to Tedesco and
9    Phillips, like, Man, I need a white shirt.  She
10   ignored me.  Tedesco told me -- I told you, Man,
11   they trying to attack me.  I need to get moved.
12   He told me, like, Man, stopped being a pussy, man.
13   Q.   And who said that to you?
14   A.   Tedesco.
15   Q.   And approximately what time was this
16   when you had this conversation?
17   A.   Around 8:00 o'clock, around 8:00
18   o'clock, I can't say, around 8:00ish, 'cause the
19   dinner trays had came.
20   Q.   It was sometime after dinner, correct?
21   A.   Around dinner, yeah.  When they brought
22   the trays, that's when I talked to them.
23   Q.   Did you have this conversation with
24   Tedesco and Phillips or just Tedesco?

105

1    A.   I had a conversation with Tedesco and
2    Phillips, yeah.
3    Q.   Okay.  So you had -- but you directed
4    the conversation towards Tedesco, but Phillips was
5    near, correct?
6    A.   I think I spoke to Phillips first, and
7    then I spoke to Tedesco.  Or one of them like that.
8    Q.   Were they both standing next to each
9    other when you had this conversation?
10   A.   She -- yeah, they was right there at
11   the door.
12   Q.   Okay.  And who else was present?
13   A.   Just them -- besides the workers
14   brining the dinner trays in, just them and me.
15   Q.   Were there any other correctional
16   officers near them when you had this conversation
17   with them?
18   A.   No.
19   Q.   Okay.  Were there any other inmates
20   near them when you had this conversation with them?
21   A.   The workers, you know, the people who
22   was on the deck who work the trays, those are --
23   Q.   Other than workers, anybody else?
24   A.   No, just me and the workers and them.

106

1    Q.   And please tell me exactly what it was
2    you said to Officer Tedesco.
3    A.   I said, I need to speak to a sergeant.
4    I told her that I need -- I told -- I told Phillips
5    and him that I needed to be moved 'cause I was told
6    that I was gonna be, you know, attacked.  I told
7    both of them that.
8         And then Tedesco said, Fight like a
9    man, you know, stop being a pussy.
10        And I told him, after that, I'm
11   like, Man, call me a sergeant, you know.
12        And she said -- Tedesco said he
13   wasn't calling no -- I'm not calling nobody, you
14   know what I'm saying.  And I asked Ms. Phillips to
15   call me a sergeant.  She says she's not calling
16   nobody.
17   Q.   All right.  And the words that you
18   used, and it's important that I know the words that
19   you used when you spoke with Tedesco, okay, and
20   the words that you used were that you were going
21   to be attacked.  Is that a fair statement?
22   A.   I said -- I told him that I was gonna
23   be jumped by other inmates, by other detainees.  I
24   told him that I was told that.

107

1    He said, Stop being a man -- stop
2    being a pussy, you know, fight like a man, you
3    know.
4    Q.   Okay.  Other than saying I was gonna be
5    jumped, did you say anything else to him?  I'm
6    sorry, other than saying, I was gonna be jumped by
7    other inmates, did you say anything else to him?
8    A.   He told me -- I told him -- besides
9    telling him to call me a sergeant, no, that was
10   about it.  I told him I need to be moved.  He said
11   he ain't calling nobody, you know.
12   Q.   All right.  But you didn't tell him
13   when you were going to be attacked, did you?
14   A.   Well, I didn't know.
15   Q.   So you didn't tell him when you were
16   going to be attacked, correct?
17   A.   No.  I didn't know.
18   Q.   And you didn't tell him who was going
19   to attack you?
20   A.   Once again, I didn't know who was gonna
21   attack me, so no.
22   Q.   Okay.  And while you were in the Cook
23   County Department of Corrections, as we said
24   before, you filed some grievances; is that right?

108

27 (Pages 105 to 108)

1    A.  Yes.

2    Q.  I'm going to show you what's been

3  marked as Exhibit 3.

4        (Deposition Exhibit Group No. 3,

5        Witness Montjoy, was marked for

6        identification 01/31/2014.)

7  BY MR. PASQUINELLI:

8    Q.  Mr. Montjoy, what I'm doing -- why

9  don't we just -- let's put this on the record.

10        Just for the record, we have a

11  small table here, so what we're going to be doing

12  now is I'm going to be asking the court reporter to

13  take custody of Deposition Exhibit No. 1 and

14  Deposition Exhibit No. 2. Okay, Mr. Montjoy?

15    A.  Yes.

16    Q.  I'm going to show you is what I've

17  marked as Deposition Exhibit No. 3, a group

18  exhibit.

19        As you previously indicated,

20  Mr. Montjoy, you've filed grievances while you were

21  in the Cook County Department of Corrections; is

22  that right?

23    A.  Yes.

24    Q.  And I'm showing you -- I need to get

109

1  my page up really quick here.

2        Okay. And I'm showing you

3  Deposition Exhibit No. 3, and that is a -- what I'd

4  like you to do quickly is go through, take a look

5  at what those are, just go through them really

6  quick.

7    A.  My grievances and appeals.

8    Q.  Okay. And these are grievances that

9  you filed; is that correct?

10    A.  On Officer Tedesco and Sergeant Ross

11  prior to this incident.

12    Q.  Okay. But these are grievances you

13  filed; is that right?

14    A.  Yes.

15    Q.  All right. I want you to take a look

16  at grievance -- the page that's been Bates stamped

17  Montjoy 125. That's the first page there, sir.

18  The first page of your grievance here.

19        Are you at that page?

20    A.  Yes.

21    Q.  Okay. And this page shows that on

22  June 11th, 2012, you filed a grievance which was

23  assigned a control No. 2012-8442, correct?

24    A.  Yes.

110

1    Q.  And that grievance alleged that

2  Sergeant Ross was unprofessional; is that right?

3    A.  Yes.

4    Q.  And then if we can turn to the next

5  page, 126, Commander Sheahan responded to your

6  grievance on July 12th of 2012, correct?

7    A.  Yes.

8    Q.  Thank you. And you signed the

9  grievance indicating that you received it on

10  July 18th, 2012; is that right?

11    A.  Yes.

12    Q.  And can you do me a favor and just

13  circle for me where your name appears on that page?

14    A.  (Witness complying.)

15    Q.  Thank you. And for the record,

16  Mr. Montjoy, you just circled your signature on

17  that paper; is that right?

18    A.  Yes.

19    Q.  And if you can keep looking at that

20  page, sir, can you do me a favor and read the

21  language right below your signature?

22    A.  Inmate's request for an appeal.

23    Q.  And what does it say below that?

24    A.  To exhaust administrative remedies,

111

1  appeals must be made within 24 days of the date

2  that the inmate received a response.

3    Q.  Does that say 24, or does it say 14?

4    A.  Oh, it says 14. It's kind of --

5    Q.  Okay.

6    A.  -- it's kind of blurred up. It's a

7  copy, so ...

8    Q.  Okay. And that portion of that

9  grievance is left blank; is that right?

10    A.  Yeah.

11    Q.  All right. I want you to move to the

12  next grievance. It's Bates-stamped 127, Montjoy

13  127 at the bottom.

14        Here, on June 12th, 2012, you

15  filed a grievance that was assigned a control

16  No. 2012-8876; is that right?

17    A.  Yes.

18    Q.  And in that grievance you complain that

19  Officer Cooper was unprofessional; is that right?

20    A.  I said that she was -- I don't think I

21  said she's unprof-- I said she didn't do what she

22  was supposed to do; she wasn't letting us out for

23  our right amount of time.

24    Q.  Okay. And then on the next page,

112

28 (Pages 109 to 112)

page 128, one of the commanders responds to that

grievance on August 1st, 2012; is that right?

A.   Uh-huh.

Q.   And you signed that grievance

indicating that you received that response on

September 4th of 2012; is that right?

A.   Yes.

Q.   And can you please do me a favor and

circle the box that contains your signature on that

page of the grievance.

A.   (Witness complying.)

Q.   For the record, Mr. Montjoy has circled

his signature on that grievance.  Is that correct?

A.   Yes.

Q.   And moving forward to a document

Bates-stamped Montjoy 13 C 2421 with the number

129, this is a copy of a grievance that you filed

on June 24th, 2012, that was assigned a control

No. 2012-9435.  Is that right?

A.   Yes.

Q.   And here you alleged that Officer

Tedesco had refused to collect commissary; is that

right?

A.   Yeah, commissary slips, yeah.

113

Q.   Okay.  And you're alleging that he was

unprofessional to you.  Is that a fair statement?

A.   Yeah, disrespectful, yeah.

Q.   Okay.  On the next page, you received

a response from Lieutenant Condren regarding this

grievance, and it indicates that you signed for

that response on August 16th of 2012; is that

right?

A.   Yes.  It say commander something right

here, though.  I don't know, I don't see no

lieutenant or nothing.

Q.   (Indicating.)

A.   You're talking about lieutenant that's

right there, but I see commander name by my

signature.

Q.   Okay.  So we see a commander's name

near your signature; is that right?

A.   Yes.

Q.   Is it true, sir, that you signed for

this response --

A.   Yeah, I signed.

Q.   -- on August 16, 2012; is that right?

A.   Yes.

Q.   And can you circle for me where your

114

signature appears on that page in that response?

A.   (Witness complying.)

Q.   For the record, Mr. Montjoy just

circled his signature on that page, correct?

A.   Yes.

Q.   And then -- and I think we're going out

of order here.  Isn't that the same one?

A.   Yeah, these are mixed up.  Those

grievances that -- those grievances had happened

prior to the incident.  Those not the grievances

from the incident.

Q.   Correct.  But we'll get to those in a

minute.

A.   All right.

Q.   And then, Mr. Montjoy, on the document

that's Bates-stamped CCSAO 131, 132, and 133,

you filed this grievance.  It's 131, sir.

Are you there?

A.   Yeah.

Q.   You filed this grievance on July 2nd,

2012, it was assigned a control 2012-9982; is that

correct?

A.   Yes.

Q.   And there you allege that Officer

115

Tedesco was being unprofessional and threatened

to beat your ass.  Is that a fair statement?

A.   Yes.

Q.   And you received a response that's two

pages of the -- of a grievance, correct?

A.   No, I don't know -- that ain't no two

pages.  I didn't write two pages.  It's the same --

it's the same thing.

Q.   Does that say page 2 of 2?

A.   Oh, yeah.  I guess it is.

Q.   Okay.  So that grievance had two pages;

is that right?

A.   Yeah.

Q.   Okay.  And then on the third page,

which is Bates-stamped 133, you received a response

from your grievance which was control No. 2012-9982,

correct?

A.   Yes.

Q.   You signed for that response on

August 16th of 2012; is that right?

A.   Yes.

Q.   Can you circle for me where your

signature shows that you received that response?

A.   (Witness complying.)

116

29 (Pages 113 to 116)

1    Q.   And again, for the record, Mr. Montjoy
2  just circled his signature; is that correct?
3    A.   Yes.
4    Q.   Now, Mr. Montjoy, what I'd like to do
5  is show you what has been marked -- if we can mark
6  another exhibit, please, Madam Court Reporter.
7         (Deposition Exhibit No. 4,
8         Witness Montjoy, was marked for
9         identification 01/31/2014.)
10 BY MR. PASQUINELLI:
11   Q.   Okay.  All right.  Mr. Montjoy, we're
12 back on the record.  I'm showing what you has been
13 marked as Montjoy Exhibit No. 4.
14        Mr. Montjoy, that is a grievance
15 you filed September 15th, 2012, that was assigned
16 control No. 2012-12587; is that correct?
17   A.   Yes.
18   Q.   And that was a grievance that related
19 directly to this incident; is that true?
20   A.   Yes.
21   Q.   And I want to turn to next page, which
22 is Bates-stamped 137.  You received your response
23 from this grievance on October 10th, 2012; is that
24 right?

117

1    A.   Yeah.  Oh, yeah, yeah, yeah, that's
2  right.  But there is no -- oh, yeah, there is,
3  there is a response, right.
4    Q.   Okay.  So did you receive a response
5  from that appeal, sir?
6    A.   I guess I did.  I don't really remember
7  that, but ...
8    Q.   Okay.  And can you read for me what
9  that response says?
10   A.   Grievance sent to OPR.  Waiting OPR
11 response.
12   Q.   Okay.  And can you circle for me where
13 you signed for that response in the bottom, please,
14 sir?
15   A.   (Witness complying.)
16   Q.   And for the record, Mr. Montjoy is
17 circling the bottom of the grievance in blue pen
18 indicating that he received a response; is that
19 correct?
20   A.   Yes.
21   Q.   Okay.  Then I want to show you what has
22 been marked as Bates stamp 134, which is the next
23 page, sir.
24   A.   Uh-huh.

119

1    A.   Yes.
2    Q.   Can you please circle for me where your
3  signature is when you received that response?
4    A.   (Witness complying.)
5    Q.   And for the record, Mr. Montjoy just
6  circled on that exhibit in blue pen a copy of his
7  signature; is that right?
8    A.   Yes.
9    Q.   And, again, you received that response
10 on October 10th, 2012; is that correct?
11   A.   Yes.
12   Q.   And then you indicated that you request
13 to appeal.  Is that a fair statement?
14   A.   Yes.
15   Q.   And in that appeal, you say -- can you
16 please read what you stated in your appeal?
17   A.   I want these officers reprimanded for
18 failing to protect me and for the use of excessive
19 force because of them pepper-spraying me.
20   Q.   Okay.  And you received a response from
21 the appeal; is that correct?
22   A.   No, I never received a response.
23   Q.   Is that your signature on the bottom
24 (indicating), sir?

118

1    Q.   And this is another grievance that was
2  filed by you on September 15th, 2012; is that
3  right?
4    A.   Yes.
5    Q.   And that grievance has a control
6  2012-12816, correct?
7    A.   Yes.
8    Q.   And this is a grievance involving the
9  same incident; is that right?
10   A.   Yes.
11   Q.   Did you file two grievances on the same
12 day, Mr. Montjoy?
13   A.   I think I did.
14   Q.   Okay.
15   A.   If it say I did, if it's the day on
16 there, then I did, yeah.
17   Q.   It's the same day, sir.
18   A.   Oh, yeah, then I had to.
19   Q.   Okay.  And then on the second page of
20 that grievance, you received a response from that
21 grievance and you signed for that response on
22 January 9th, 2013; is that right?
23   A.   I don't know how this ended up.  I
24 don't know.  I can't really remember.  I must have

120

1  got -- it must have been two different social
2  workers or something, but yeah, I guess so.
3      Q.   Okay.  And did you sign your name on
4  this particular response?
5      A.   Yeah.
6      Q.   Okay.  Can you please circle for me
7  where you signed your name?
8      A.   (Witness complying.)  I don't really
9  remem- -- I don't think I remember signing --
10  filling out two of them the same day.
11      Q.   Okay.  But you did circle your
12  signature; is that correct?
13      A.   Yeah.
14      Q.   And that is your signature; is that
15  true?
16      A.   Yeah.
17      Q.   Okay.  And for the record, Mr. Montjoy
18  just circled in blue pen his signature indicating
19  that he received a response; is that right?
20      A.   It says the response of this matter has
21  been already been sent to OPR for review.  Incident
22  reports were submitted, so --
23      Q.   Okay.
24      A.   -- so that's -- if it's two in the same

                                                    121

1  just to cover me not getting a written -- 'cause
2  they was playing with the pink copy, I just got
3  the appeal copy.  So that's probably why I wrote
4  the other one.  I'm not sure.  It was so long ago.
5      Q.   Okay.
6      A.   But I really can't -- but I guess, you
7  know what I'm saying.
8      Q.   And you received a response to that
9  grievance that you filed on October 10th, 2012; is
10  that right?
11      A.   Yeah.
12      Q.   And you signed for that response; is
13  that correct?
14      A.   Yes.
15      Q.   And please circle for me where you
16  received that response.
17      A.   (Witness complying.)
18      Q.   And for the record, you just circled
19  where you received that response in blue pen; is
20  that correct?
21      A.   Yeah.
22      Q.   And on October 10th, 2012, a Ms. Earl
23  had indicated that the above-named detainee took
24  the top page of the grievance control No. 2012-

                                                    123

1  day, then they probably just disregard this one, I
2  guess.
3      Q.   Okay.  And is that the response that
4  you received, sir?
5      A.   Yeah, on this one, yeah.
6      Q.   Okay.  And you signed your name and
7  then you circled in blue pen indicating that you
8  received that response that you just read to me;
9  is that correct?
10      A.   Yeah.
11      Q.   Okay.  And then on October 10th, 2012,
12  you filed another grievance; is that right?
13      A.   Yeah.
14      Q.   And that was not given a control
15  number; is that correct?
16      A.   No.
17      Q.   And in there, you alleged or you
18  indicate that -- some issue with a pink copy of
19  your grievance form; is that right?
20      A.   Yeah.
21      Q.   Can you please explain that for me?
22      A.   I think that's why the other one was
23  put in there, I don't know, 'cause I didn't get a
24  written copy.  So I might have wrote another one

                                                    122

1  12587, and you didn't get it back to the --
2      A.   No, she got it back.
3      Q.   She got it back.
4      A.   Yeah, she got it back.  I don't know
5  what this is.
6      Q.   Okay.  So is this the first you -- but
7  you -- I've produced this to you in discovery,
8  correct?
9      A.   Yeah.
10      Q.   It's Bates stamp 138?
11      A.   Yeah.  Yeah, I signed it.
12      Q.   Did you ever receive a copy of this
13  while you're in custody in CCDOC?
14      A.   No, I never got this.  I don't know.
15  You mean from you?
16      Q.   Yes.
17      A.   But before that, no, I --
18      Q.   Okay.
19      A.   -- didn't know nothing about this.
20      Q.   Okay.  Thank you.
21           And Mr. Montjoy, I want to show you
22  what's being marked as Deposition Exhibit No. 5.
23
24

                                                    124

1          (Deposition Exhibit No. 5,
2          Witness Montjoy, was marked for
3          identification 01/31/2014.)
4  BY MR. PASQUINELLI:
5    Q.   Mr. Montjoy, for the record, I'm going
6  to be instructing the Court -- strike that.
7       I'm going to be instruct the court
8  reporter to please take custody of the exhibit
9  Group Exhibit No. 3 that we just went over, okay?
10    A.   Okay.
11    Q.   Madam Court Reporter. Thank you.
12  Again, we have a very small table
13  here. I don't want to get the papers intermixed.
14    A.   I understand.
15    Q.   Okay. Mr. Montjoy, I'm showing you
16  what has been marked as Deposition Exhibit No. 5.
17       Do you recognize what this is, sir?
18    A.   Yes.
19    Q.   Can you please tell me what it is?
20    A.   It's a complaint refusal.
21    Q.   And what's the date of that complaint?
22    A.   12/12.
23    Q.   Okay. And can you please read it for
24  me?

125

1    A.   Adam Montjoy being the complaining
2  witness or victim in the case now state that I do
3  not wish to prosecute at this time for the charge
4  of battery against the accused defendant -- see
5  report -- and will not sign a complaint and
6  request that none be issued on my behalf. I
7  understand that the Cook County Sheriff's Office
8  is -- this is kind of cut off all these words
9  here -- issue a complaint.
10    Q.   Okay.
11    A.   But nevertheless, I do not desire to
12  prosecute.
13       These actions on my part is free
14  and voluntary, and I have not been coerced or
15  intimidated in any way in deciding on this course
16  of action.
17    Q.   Okay. And you refused -- and you did
18  sign that; is that right?
19    A.   Yes.
20    Q.   Can you please circle for me where your
21  signature is there?
22    A.   (Witness complying.)
23    Q.   And on the second page, Bates stamp
24  No. 27, can you please identify what that is?

126

1    A.   Refusal for protective custody.
2    Q.   And can you please read for me what
3  this form says?
4    A.   Is says, I, Adam Montjoy, have been
5  offered protective custody but refuse placement.
6  I do not feel threatened or endangered by other
7  inmates in general population in Division IX.
8    Q.   Okay. And when did you execute this
9  refusal for protective custody?
10    A.   On September 12th.
11    Q.   And this was after the incident.
12    A.   Yes.
13    Q.   Can you please circle for me where your
14  signature is on that form, please, sir.
15    A.   (Witness complying.)
16    Q.   For the record, Mr. Montjoy just
17  circled in blue pen a copy of his signature,
18  correct?
19    A.   Yes.
20    Q.   For the record, I'm going to ask the
21  court reporter to take custody of this exhibit,
22  which is Montjoy Exhibit 5.
23       Mr. Montjoy, I just want to talk a
24  little bit about some of your disciplinary history

127

1  while you were in the jail, okay?
2    A.   Yes.
3    Q.   Let's see here. Back in November of --
4  November 29, 2012, you were involved with a fight
5  with some inmates and you were found guilty of that
6  infraction; is that right?
7    A.   Yes.
8    Q.   And we got back in, it looks like
9  March 2nd of 2012, you were involved with a fight
10  with, it looks like a John Jackson and Curtis
11  Brown; you were found guilty of that infraction; is
12  that correct?
13    A.   Yes.
14    Q.   And back in December 18th of 2012,
15  it looks like you were involved in fights with
16  inmates Brazel (phonetic) and some other inmates,
17  and you were found guilty of that infraction as
18  well; is that right?
19    A.   Yes.
20    Q.   And then also on August 4th of 2012,
21  you were involved in an altercation --
22    A.   No, it wasn't August 4th. It couldn't
23  have been.
24    Q.   No?

128

1    A.  No, that ain't right.

2    Q.  How do you know nothing happened on

3  August 4th, 2012?

4    A.  I don't remember that being on

5  August 4th. Let me see that.

6    Q.  This is a different one. No, no, this

7  is a different one.

8    A.  Oh, right, that was something else.

9  Oh, I thought that was something else.

10    Q.  Okay. So on August 4th, 2012, you were

11  involved in an altercation with some inmates and

12  were found guilty --

13    A.  No, I wasn't found guilty on that one.

14  I didn't go to the hole for that ticket.

15    Q.  Okay. So on this ticket of August 4th,

16  2012 --

17    A.  That was a mistaken identity.

18    Q.  Okay.

19    A.  I didn't go to the hole for that.

20    Q.  Okay. But you were found guilty of

21  those other three tickets; is that correct?

22    A.  Yeah, there was one -- there was one

23  right after that, the ticket in August, sometime

24  in August when I was attacked before this incident,

129

---

1  when I told you I went to the hole.

2    Q.  Right.

3    A.  Before the incident on 1C. 'Cause I

4  was waiting on you to get to that ticket. So

5  that's that I thought that was. That's way I said

6  it wasn't August 4th.

7    Q.  Okay. And Mr. Montjoy, you filed this

8  lawsuit before the OPR investigation finished,

9  right?

10    A.  No. I filed the OPR complaint form,

11  I did all that before -- I filed my lawsuit

12  February -- April of 2013? You just said

13  April 2nd, right? Ain't that what the paperwork

14  said?

15    Q.  It was April 2013, correct.

16    A.  Right. But OPR never got back to me.

17  They talked to me, but they never -- I sent the --

18  once I filed my lawsuit, then they came back and

19  spoke with me, but I had then filed the OPR

20  complaint form. It should be -- it should be in

21  the records.

22    Q.  Right. Okay.

23    A.  You got the copy of that, too.

24    Q.  Was the OPR investigation complete when

130

---

1  you filed the lawsuit.

2    A.  I don't know, they never -- I don't

3  know. They never responded. I just filed it;

4  they never responded or nothing.

5    Q.  Did OPR contact you after you filed the

6  lawsuit?

7    A.  After I filed a lawsuit, yeah.

8    Q.  Okay. But OPR never informed you that

9  an investigation was completed prior to --

10    A.  They --

11    Q.  Just let me get this out: Did OPR

12  ever tell you that the investigation was completed

13  prior to filing a lawsuit?

14    A.  OPR never told me that the

15  investigation started prior to the lawsuit, so

16  I don't know. I filed the paperwork and did what I

17  was supposed to do, and I waited at least -- what's

18  that, September, October, November, December,

19  January, February, March, April, I waited seven

20  months to hear from OPR before I filed my lawsuit.

21    Q.  All right.

22    A.  Then I filed my paperwork, so ...

23    Q.  All right. Was the OPR investigation

24  complete prior to filing the lawsuit?

131

---

1    A.  I'm not sure.

2    Q.  You're not sure.

3    A.  I'm not sure.

4    Q.  But after you filed the lawsuit,

5  someone from OPR contacted you for the investigation;

6  is that right?

7    A.  Yes.

8    Q.  And did you give them a statement?

9    A.  I'm not sure. I don't know. I

10  probably did.

11    Q.  Did you cooperate with the investigator

12  from OPR?

13    A.  Yes. Is the OPR investigation complete

14  now? I haven't heard anything since then, so

15  that's what I'm saying, I don't know.

16    Q.  I'm asking you, sir.

17    A.  I'm asking you. I don't know. You

18  would know; you got the record. That's why I'm

19  asking you. I don't know. We're just told to fill

20  out what we supposed to fill out, and I filled it

21  out. That's all. I don't know what they did.

22  After they came and spoke to me, I never --

23    Q.  Okay.

24    A.  That's why I asked am I supposed to

132

1   fill out documents for the OPR records.
2       Q.   Do you know -- do you know when this
3   individual from OPR contacted you to discuss with
4   you about the incident?
5       A.   No, it was like the summer 2013, last
6   summer.
7       Q.   The summer of 2013?
8       A.   Yeah.
9       Q.   All right.  So it was sometime after
10  the filing of the lawsuit; is that right?
11      A.   Yeah, like a month or something like.
12      Q.   And an investigator from the sheriff's
13  office contacted you to discuss the incident,
14  correct?
15      A.   Yeah, he told me that he was talking to
16  me because of the lawsuit.  Like, Okay, you filed a
17  lawsuit; I'm speaking to you because of it, you
18  know what I'm saying.
19      Q.   Do you remember what the investigator's
20  name was?
21      A.   No.
22      Q.   And what did you tell the investigator?
23      A.   I don't remember.  That's why I asked
24  am I -- I asked for OPR reports so that I could get

133

1   those things and understand, but I never got
2   anything; you wouldn't give me that.
3       Q.   Okay.  I objected to the production of
4   that.  Do you recall that?
5       A.   Yeah, I think so, right.
6       Q.   Okay.
7       A.   For the reasons, I don't know, but you
8   asking me these questions, and you objected, so --
9       Q.   I understand.
10      A.   -- I can't really answer.
11      Q.   Did -- are you currently under any
12  medical treatment or care for any of the injuries
13  that you suffered on September 12th, 2012?
14      A.   No.  I mean, some -- I just had a chest
15  x-ray because like always I got phlegm and stuff in
16  my lungs, like I be coughing up stuff, some blood
17  and phlegm in my mucus sometimes.
18      Q.   Okay.
19      A.   Shortness of breath, or tightness.
20  That's about it.  I always get chest x-rays here
21  and there and they give me stuff.
22      Q.   Have you been diagnosed with any
23  medical condition due to the injuries you suffered
24  on September 12th, 2012?

134

1       A.   No.
2       Q.   No?
3       A.   No.
4       Q.   Are you taking any medication for any
5   injuries you suffered on the date of this incident?
6       A.   I be prescribed ibuprofen for pain
7   sometimes, but ...
8       Q.   Did any medical professional say that
9   the ibuprofen is because of this incident?
10      A.   They just say it's for pain.
11      Q.   But did any medical professional tell
12  you that the pain you're experiencing was from the
13  incident?
14      A.   When I first was prescribed the
15  ibuprofen, it was because of this incident.
16  You know, I don't have to talk about it every time.
17  I'm not sure --
18      Q.   Right.  Has anything happened, though,
19  since this incident on September 12th, 2012, that
20  might have caused you some pain?
21      A.   No.  No.
22      Q.   Have you been involved in any other
23  altercations with anybody since September 12th,
24  2012?

135

1       A.   No.  I didn't get hurt.
2       Q.   Other than being -- strike that.
3           (Discussion off the record.)
4       MR. PASQUINELLI:  Okay.  We'll go back on the
5   record.
6   BY MR. PASQUINELLI:
7       Q.   Okay.  Mr. Montjoy, other than the
8   ibuprofen, were you prescribed any other medications
9   for the injuries that you suffered on September 12th,
10  2012?
11      A.   No.
12      MR. PASQUINELLI:  And at this time,
13  Mr. Montjoy, that would conclude the deposition
14  that you have -- that we have of you right now
15  unless we're further ordered by the Court to take
16  a deposition, okay?
17          As I said before, you have the right
18  to review the testimony that you have, or you can
19  just waive your signature.  Would you elect to
20  waive signature or review it?
21      THE WITNESS:  I want to review it.  Of course
22  I want to see it, so ...
23      MR. PASQUINELLI:  Okay.  So for the record,
24  Mr. Montjoy is reserving his right -- he's

136

1  reserving his signature on this case.

2          We're off the record.

3          FURTHER DEPONENT SAITH NOT ...

---

1  STATE OF ILLINOIS )
      ) SS:
2  COUNTY OF C O O K )

3

4      I, Jacqueline M. Pietrzyk, do hereby certify
   that ADAM MONTJOY was duly sworn by me to testify
   the whole truth, that the foregoing deposition was
5  recorded stenographically by me and was reduced to
   computerized transcript under my direction, and
6  that said deposition constitutes a true record of
   the testimony given by said witness.

7

       I further certify that the reading and
8  signing of the deposition was not waived, and the
   deposition was submitted to the deponent for
9  signature. Pursuant to Rule 30(e) of the Federal
   Rules of Procedure, if deponent does not appear or
10 read and sign the deposition within 30 days, the
   deposition may be used as fully as though signed,
11 and this certificate will then evidence such
   failure to appear as the reason for signature not
12 being obtained.

13     I further certify that I am not a relative or
   employee or attorney or counsel of any of the
14 parties, or a relative or employee of such attorney
   or counsel, or financially interested directly or
15 indirectly in this action.

16     IN WITNESS WHEREOF, I have hereunto set my
   hand and affixed my seal of office at Chicago,
17 Illinois, this 19th day of February 2014.

18

19

20     Illinois CSR No. 084-004197
       Notary Public, Will County, Illinois
       My commission expires September 28, 2016

21

22

23

24

                                              139

---

1          IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
2                 EASTERN DIVISION
3  ADAM MONTJOY,              )
                              )
4          Plaintiff,   )
                              )
5       vs.           )  No. 13 C 2421
                              )
6  OFFICER GALLARDO, et al.,  )
                              )
7          Defendants.   )
8      This is to certify that I have read my
9  deposition taken on January 31, 2014, in the
10 foregoing cause, and that the foregoing transcript
11 accurately states the questions asked and the
12 answers given by me, with the changes or
13 corrections, if any, made on the Errata Sheet
14 attached hereto.

15

16          ADAM MONTJOY
17 No errata sheets submitted (Please initial)
   Number of errata sheets submitted _____ pages
18
   Subscribed and sworn to
19 before me this _____ day
   of _____ 2014.
20
21
          Notary Public
22
23
24
                                              138

**A**

able
33:21 47:7 68:16,17
82:20 83:15,20
84:1 92:11,15,21
93:1
abovenamed
123:3
abrasion
97:14,15
accommodate
8:8
accurate
6:5,9,17 12:12,20
13:12
accurately
138:11
accused
126:4
acknowledge
9:21
acquitted
24:9
action
126:16 139:15
actions
126:13
activities
52:8
actual
14:7 83:22
adam
1:3,9,18 2:5 3:3,4,22
4:2,10,10 19:19
41:24 126:1 127:4
138:3,16 139:4
address
32:18,21,23 33:14
34:9 35:5 37:19
39:16
administrative
111:24
affiliated
21:14,18
affixed
139:16
africanamerican
61:7
ag
22:10
ages
38:10
ago
21:4 96:2,24 123:4
agree
74:19 76:12,15 77:1
77:4 78:14,18 79:3
89:13 91:11 94:6
aint
21:12 71:21 72:17
103:15,24 108:11
116:6 129:1
130:13
al
1:6 3:5 138:6
alcohol
8:18
alissa
31:1,2 39:11,19 40:6
40:11 41:8,15
alissas
39:16
alive
36:19
allegations
13:9,10,15,19
allege
11:16 115:24
alleged
14:5 111:1 113:21
122:17
alleging
114:1
altercation

alterations
135:23
alvarez
1:19
amount
25:23 88:3,19 112:23
anita
1:19
ankles
90:17,19,21
answer
5:11 6:3 7:1,18 8:10
27:20 32:8 33:18
33:22 34:1,6 35:8
134:10
answered
5:16
answering
7:4 8:14
answers
4:22,24 6:17 28:1
32:4 52:4 138:12
anybody
31:9 35:18 38:4 49:4
106:23 135:23
anyplace
42:23
anyway
33:22
apartment
37:21
appeal
25:17,22,24 26:1,2
26:10,12,13
111:22 118:13,15
118:16,21 119:5
123:3
appealed
26:5
appeals
110:7 112:1
appear
139:9,11
appearances
1:17
appeared
1:18,23
appearing
9:9
appears
111:13 115:1
appreciate
27:23
appropriate
7:24
approximate
74:7 88:15
approximately
9:23 10:2 14:1,16,22
14:23 16:5,8,15,17
18:9 30:10 46:19
50:16 51:9 72:8
73:8 74:5,13 88:11
89:13 105:15
april
13:1 130:12,13,15
131:19
area
35:13 36:7 40:2
57:18 58:12 61:14
61:16,16 62:4
64:24 65:7 77:16
90:15 98:2
arguing
76:19,20
arguments
76:21
arm
58:16 61:4,6 65:20

53:4,14 55:24 65:21
75:16 76:13 78:16
91:10,22 98:17
99:2 128:21
129:11
asked
16:1 35:9 52:3 99:13
107:14 132:24
133:23,24 138:11
asking
7:5 19:12 62:1
80:12 98:24
102:21 103:3,5,7
109:12 132:16,17
129:19 134:8
ass
116:2
assigned
110:23 112:15
113:18 115:21
117:15
assistant
1:21 3:8
assume
7:19
attached
2:16 138:14
attack
14:4,7,16,20 18:18
18:19,22 19:4
21:20 51:3 52:17
52:21 57:21 58:19
66:2 69:7 83:14
84:2,6,10,17,19
85:2,9,18 87:17,20
91:3,5,20 100:11
100:12 105:11
108:19,21
attacked
15:10,17 16:21 18:24
19:7,10,11 20:3,10
20:13,15,18 52:10
58:23 65:6,9 72:2
73:6,14,21 74:24
74:24 77:2,2,3,6,9
84:14 85:1 87:12
87:20 88:12 89:15
90:2 107:6,21
108:13,16 129:24
attackers
64:7
attacking
45:20 58:9,9 65:15
73:7 81:3 83:19
87:9
attended
42:1
attention
50:11 53:10 62:1,16
attentive
45:24
attorney
1:20,21 3:8 40:20
139:13,14
attorneys
9:22 10:10
august
113:2 114:7,22
116:20 128:20,22
129:3,5,10,15,23
129:24 130:6
auto
26:20 27:5,10,12
28:4,8,12,24 44:20
avilla
49:9 75:4,13 76:14
77:4,23
aware
45:24

**B**

b
2:10
back
12:1 16:3 18:7 19:23
25:16 26:5,13,15
31:22 32:13 33:7
35:13 40:4 45:4,14

68:13
16:1 35:9 52:3 99:13
107:14 132:24
133:23,24 138:11

46:7 55:17,17
56:21 72:5 78:18
63:10 65:8,10,12
65:13,17,18,20
65:18 68:23 69:22
69:23 70:16,18
71:10,17 72:3
93:13 95:4 117:12
124:1,2,3,4 128:3
128:8,14 130:16
130:18 136:4
background
24:19 45:6
balled
79:15 82:2
balling
85:2
based
47:22
basically
15:18 45:24 57:20
67:21 72:18,19
73:4 98:21 99:15
99:15 100:12
102:13 104:13
bates
110:16 119:22
124:10 126:23
batesstamped
112:12 113:16
115:16 116:15
117:22
battery
126:4
beat
24:9,11 116:2
beginning
30:18 56:10
behalf
1:23 126:6
believe
21:10 13:19 14:5
21:22 34:12 41:11
41:16 45:19,22
55:4,11
believed
41:7
best
8:8 12:12 18:7 27:22
50:5 51:23
better
96:2
big
46:10 49:21 61:13
67:24 70:10
birth
37:4
bit
11:14 13:23 46:6,6
59:16,18 68:13,17
73:16 91:14 93:14
127:24
black
50:1,7,13
blank
112:9
blood
134:16
blue
64:5 103:21 104:3
118:6 119:17
121:18 122:7
123:19 127:17
blurred
112:6
board
26:13
bob
42:24 43:23
bonded
24:11
bottom
15:3 112:13 118:23
119:17,17

box
113:9
brazel
128:16
break
7:23
breath
92:16,17 134:19
breathe
86:1
breather
8:1
brief
87:21
bright
31:15,19,19
bring
25:24 26:1
bringing
105:7
brining
105:7 106:14
broke
68:22
brother
31:12 35:19 37:24
38:1
brothers
35:21
brought
13:3 105:21
brown
128:11
bubble
54:13,18 55:4,14,16
55:19,20 56:2,18
56:20 57:1,18,19
57:20 58:3,10,15
58:23,24 59:22
60:12,24 61:16,18
62:1,4,6 63:21,24
64:13,23 65:6
67:13,15 69:22,23
71:11,13 72:5 80:3
81:2 98:4,7 99:14
101:10 102:2
bunch
62:24 64:6 67:9
101:23,24 102:11
business
25:18 31:8 43:6,7,8
43:10 44:18
busy
78:12

**C**

c
113:16 138:5 139:2
california
31:21 32:15
call
6:13 22:13 29:21
104:21 107:11,15
108:9
called
4:3 5:24 29:23,24
55:22 57:11
calling
107:13,13,15 108:11
calumet
36:23
camera
70:9
cant
25:3 30:12 40:20,22
60:14,19 61:13
62:13 63:15 64:6
69:12 74:7,23
76:10,15 77:7,8
79:13 80:9 88:14
88:15,15,18,18
89:2,18 91:14
92:15,21,24 94:5
98:12 101:3,4,12

103:4 105:18
120:24 123:6
134:10
car
26:21 43:6,7
card
2:13 23:4,16,21
cards
94:16
care
44:5 95:22 97:3
134:12
carlos
49:9 75:4,13
carrelated
43:21
cars
43:11
case
3:5,9 24:5,5,7,10,11
24:14,14,15 80:20
96:19 126:2 137:1
cases
24:18
caught
66:20
cause
72:20 20:12 22:1,4
48:2 54:19 57:13
60:3,3 63:9 65:9
66:6,16,20 69:6
76:15 76:16 72:15
73:17,19 74:23
76:15 79:12 81:8
81:11,18 82:12,20
82:20 84:1 87:16
90:13 93:18
100:20 105:18
107:5 122:23
123:1 130:3
138:10
caused
135:20
cedoc
124:13
ccsao
115:16
cell
15:9 17:12 93:10,18
celtic
49:7,8,12 74:24 75:1
75:4,5,11,13,24
76:2,7 77:5,9
center
1:21
certain
11:16 25:23 76:11
95:13
certainly
27:23
certificate
139:11
certified
1:11
certify
40:3 138:8 139:3,7
139:13
certifying
35:15
change
26:7
changes
138:12
charge
126:3
charnell
31:15,17
chasing
67:1 69:14
check
6:8
chest
134:14,20
chevy

42:24 43:23
**chicago**
1:14,22 36:7 139:16
**child**
38:23 39:3
**children**
38:6,8,24 39:6,14
**circle**
23:10,14 61:13
111:13 113:9
114:24 116:22
118:2 119:12
121:6,11 123:15
126:20 127:13
**circled**
111:16 113:12 115:4
117:2 118:6
121:18 122:7
123:18 127:17
**circling**
119:17
**city**
36:23
**civil**
3:16 40:21
**claim**
9:16
**claims**
9:18
**class**
42:19
**classes**
42:18
**clear**
41:6 52:4
**clearly**
55:9
**close**
59:2
**closed**
15:21 17:8 27:1,2,3,4
29:10 44:19
**clyde**
37:20
**coerced**
126:14
**collapsed**
97:11
**collect**
113:22
**college**
42:10
**come**
15:5 22:2,3 26:5
35:13 40:4 48:2
59:3,6 63:1 70:3,5
71:21 72:17 80:11
85:4,16 87:18 88:3
90:12 99:16
100:13 103:23
**comfortable**
49:3
**coming**
14:13 15:9,21 17:11
25:5 55:17 57:10
61:17 66:12 69:7
69:10 70:19 71:22
72:2 73:5 80:4
81:20 82:12 85:5
85:20 89:5
**commander**
111:5 114:9,14
**commanders**
113:1 114:16
**commencing**
1:15
**commissary**
113:22,24
**commission**
30:9 139:20
**committed**
11:16
**complain**
112:18

**complaining**
53:15 126:1
**complaint**
2:12,13,14 125:20,21
126:5,9 130:10,20
**complete**
12:12,21 30:18
130:24 131:24
132:13
**completed**
131:9,12
**complying**
23:12 111:14 113:11
115:2 116:24
118:4 119:15
121:8 123:17
126:22 127:15
**computerized**
139:5
**concerned**
45:16 91:4,7
**conclude**
136:13
**concrete**
48:23
**condition**
8:13 95:19 134:23
**condren**
114:5
**conducted**
3:15
**confused**
67:12
**constitutes**
139:6
**contact**
35:1,5,10 36:24
39:18 40:15 41:7
41:11 48:17 93:17
123:1
**contacted**
132:5 133:3,13
**contained**
12:11 13:9
**contains**
113:9
**continue**
82:10
**continued**
93:22
**contradicting**
138:13
**control**
25:15 79:4,8,18,23
80:5 90:20 99:4
100:2 101:8
110:23 112:15
113:18 115:21
116:16 117:16
119:23 124:8
123:24
**convened**
3:17,19
**conversation**
17:10,17,24 18:3
45:9 46:3 47:22
51:1,20 98:19 99:4
99:7 100:5,10
105:16,23 106:1,4
106:9,16,20
**conversations**
34:21 99:20
**cook**
1:12,20 2:13 3:18
13:4 22:16 23:4,15
23:17,24 24:4,20
24:23 25:1 26:17
37:15 44:24 48:20
99:20 108:22
109:21 126:7
**cookcountyil**
1:22
**cooper**
112:19

**cooperate**
132:11
**copy**
10:10 12:5,21 23:4
112:7 113:17
118:6 122:18,24
123:2,3 124:12
127:17 130:23
**core**
57:14 61:20
**corner**
59:13 68:9
**cornered**
58:10 68:9,16 69:22
**correct**
5:1 7:20,21 9:24 10:4
10:11,19,23 12:7
13:1,12 16:6 17:24
18:1,13 23:18 28:9
33:15,17 36:19
39:12 40:12 41:8
41:19 42:16 50:8
52:5 59:1,22 61:4
64:11,24 67:13
69:11,18,19 74:14
77:20,20,22 84:17
85:11 86:15,17,19
87:14,15,16 88:5
96:13 101:15
102:5 105:20
106:5 108:16
110:9,23 111:6
112:16 113:13
115:4,12,22 116:5
116:17 117:2,16
118:10,21 119:19
120:6 121:12
122:9,15 123:13
123:20 124:8
127:18 128:12
129:21 130:15
133:14
**correctional**
3:10,11,12,12 45:9
90:8 106:15
**corrections**
1:13 3:19 6:9 13:5
22:17 23:17,24
24:4,21,24 25:1,6
26:17 37:16 44:24
48:21 99:21
108:23 109:21
138:13
**coughing**
134:16
**couldnt**
66:6 95:5 128:22
**counsel**
34:2 139:13,14
**count**
88:2
**county**
1:12,20 2:13 3:18
13:5 22:16 23:4,15
23:17,24 24:4,20
24:23 25:1 26:17
37:15 44:24 48:21
99:20 108:23
109:21 126:7
139:2,20
**couple**
8:1 21:6 46:8 48:9
51:2 52:12 57:5,12
67:4 69:21 74:9
81:7 83:11 90:19
96:2,24 105:4
**course**
78:9 103:4 126:15
136:21
**court**
1:1,16 3:20,23 4:20
5:7,20,22 6:5 7:2
27:24 35:15 37:10
40:4 109:12 117:6

**defendants**
1:7,23 138:7
**defense**
34:22
**department**
1:12 3:18 13:5 22:16
23:17,24 24:4,21
24:23 25:1,6 26:17
37:15 43:3 44:24
48:21 99:20
108:23 109:21
**depending**
88:9
**deploy**
86:10,12
**deployed**
84:7 90:3
**deploying**
84:23
**deponent**
137:3 139:8,9
**deposition**
1:9 3:3,14 4:12,15,18
9:10,15 11:20,22
12:4,16,19 13:11
22:20,21 23:3
35:14 109:4,13,14
109:17 110:3
117:7 124:22
125:1,16 136:13
136:16 138:9
139:4,6,8,8,10,10
**depressed**
93:12
**described**
44:22
**description**
2:11 50:5
**desire**
126:11
**detainee**
20:7,9 54:5,6,10,11
55:2,2 56:16,17,24
59:20,21 61:6
73:10 75:6 85:14
98:10 123:23
**detainees**
16:22 51:9 66:14,15
66:19,23 67:7,9,12
67:16,17,18,19,22
68:23 69:5,10
71:4 73:9 74:11,20
75:3 76:13,13,14
77:1,2,3,10,12
78:2,7,20 79:1
82:3,10 85:11 87:6
107:23
**determine**
60:15,19
**device**
5:20
**diagnosed**
134:22
**didnt**
18:19,24 22:2,3
30:17 34:16 44:5,8
45:21,21 46:8
48:22 49:3 52:11
60:3 64:3 62:15
66:20 68:6,7 69:19
70:10 72:10 78:11
78:12 80:11 84:10
85:12 89:12 94:22
96:23 102:8
104:14,15,22
108:12,14,15,17
108:18,20 112:21
112:7 122:23
124:1,19 129:14
129:19 136:1
**different**
26:21 39:7 57:15
64:1 66:3 103:6
121:1 129:6,7

**cover**
58:17 123:1
**covered**
59:16 65:15 68:12
104:13
**cries**
100:24 102:4,9,18
**crowd**
68:18,22
**cry**
99:18 101:14
**crying**
101:6
**csr**
139:19
**currently**
3:22 5:21 12:15
30:20 32:17 36:18
38:12,15,23 95:21
134:11
**curtis**
128:10
**custody**
22:16 37:15 44:24
109:13 124:13
125:8 127:1,5,9,21
**cut**
34:16 126:8
**cv**
1:5 3:6

**D**

**d**
2:2
**dad**
36:14
**daley**
1:21
**damn**
29:19,22 86:2 89:9
90:16 91:2
**date**
37:3 112:1 125:21
135:5
**day**
45:12 46:12,14,17,21
48:1,7 49:8 51:7
54:14 55:9 58:1
67:1 69:1,4,15
71:9 101:11
120:12,15,17
121:10 122:1
138:19 139:17
**days**
20:18 21:4,6 25:21
48:9 94:14 112:1
139:10
**december**
128:14 131:18
**decent**
88:19 95:6
**decided**
60:8
**deciding**
126:15
**decision**
26:8
**deck**
15:4 20:8,13,15,20
21:5,6 46:10,13,16
46:22 48:7,8,10,12
48:20,20 50:15
51:10 52:19 54:9
69:17 73:11 84:23
91:8,9,11 93:7
94:2 98:18 99:4
100:3 103:18
106:22
**defend**
70:23 71:4
**defendant**
126:4

**difficult**
7:2 27:24
**digits**
13:11
**dinner**
14:19 105:5,19,20,21
106:14
**diploma**
42:3,5,14
**directed**
101:13 106:3
**direction**
61:11 139:5
**directly**
18:3 100:19,24
117:19 139:14
**disciples**
21:9,18 22:6
**disciplinary**
127:24
**discipline**
44:15
**disciplined**
92:6
**discoverable**
34:22
**discovery**
124:7
**discuss**
133:3,13
**discussion**
19:22 32:12 33:6
51:17 104:8 136:3
**disregard**
122:1
**disrespectful**
114:3
**district**
1:1,1 3:17 138:1,1
**division**
1:1,3 3:19 127:7
138:2
**dixon**
31:1,4
**document**
23:5,8,11 113:15
115:15
**documents**
9:11,13,23 133:1
**doesnt**
51:21
**doing**
27:22 54:16 60:2
81:2 109:8,11
**dolton**
26:20
**dont**
7:11 11:13 14:15
15:1 17:11 21:23
22:4 26:2,7,15
30:12,16,19 31:7
33:22 34:2 36:2,8
36:8,10,11,22,23
39:17 40:21,23
47:2,5,16 49:15
50:11,14 53:18
60:13,18 62:13,24
63:14,14,15,15
70:9 72:24 73:23
75:17 77:6,7,13,14
78:4 79:13 80:23
81:3 87:5,9 91:21
92:7 93:8,20 94:9
94:10,16,16,16,17
94:23 96:10,10,24
98:11 100:16
101:16 103:4,5
109:9 112:20
114:10,10 116:6
119:6 120:23,24
121:8,9 122:23
124:4,14 125:13
129:4 131:2,2,16
132:9,15,17,19,21

132:9,15,17,19,21
133:23 134:7
135:16
**door**
17:8 70:4,13 79:21
82:13 103:18
105:6 106:11
**doors**
15:21
**downstairs**
15:20
**dragged**
90:17,22
**drink**
8:6
**drugs**
8:18,23
**dude**
48:24 50:1 54:12,18
54:20,23 56:24
59:8 60:4 70:15
73:22
**due**
95:24 134:23
**duly**
4:3 13:9:4
**duties**
27:12 29:11

**E**

**e**
2:2,10 139:9
**earl**
123:22
**earlier**
14:8 15:9 48:1
**earn**
27:16 30:11
**east**
27:8
**eastern**
1:2 138:2
**education**
42:1,16
**effect**
9:3
**either**
36:22 40:3 77:13
78:3
**elapsed**
51:3
**elect**
136:19
**employee**
139:13,14
**employment**
26:18 28:21
**endangered**
127:6
**ended**
52:15 69:23 120:23
**enter**
79:4
**entered**
23:16 24:24 69:17
74:12 79:17 81:14
**entire**
46:22
**entitled**
41:16
**errata**
138:13,17,17
**escalated**
91:17
**escalating**
80:6
**estimate**
74:13 88:17 89:21
**et**
1:6 3:5 138:6
**eval**
96:1
**evals**
95:13

**evaluation**
96:3,20 97:1
**evening**
14:2,21,23 16:5,8,16
50:16 52:9
**event**
7:8,17,22 8:5 35:1
**everybody**
17:13 21:12 54:20,21
60:2 71:23 72:7,21
90:20 102:13
**evidence**
139:11
**exactly**
15:2 16:7,14 18:21
19:3,6 20:2 36:8,9
36:10 40:20 47:12
49:15 60:13,15
62:16 77:14 88:14
96:24 107:1
**examination**
2:6 4:5
**examined**
4:4
**excessive**
118:18
**excuse**
29:4
**execute**
127:8
**exhaust**
111:24
**exhibit**
11:20,22 12:4,17,20
13:11 22:20,21
23:3 109:3,4,13,14
109:17,18 110:3
117:6,7,13 118:6
124:22 125:1,8,9
125:16 127:21,22
**exhibits**
2:16
**experience**
73:2
**experiencing**
135:12
**expires**
139:20
**explain**
4:15 25:9 48:19
122:21
**explained**
40:24 41:6,10,14
94:13

**F**

**faces**
64:6
**facilities**
8:5,6
**fact**
58:1 62:23
**facts**
13:15,19
**failing**
118:18
**failure**
139:11
**fair**
5:12 7:6,15,20 12:20
18:20 28:13 43:13
43:21 45:7 46:17
50:17 51:4,10 52:1
53:17,23 55:6 56:6
60:22 61:1 62:20
64:21 73:12 82:9
84:7,24 88:10,17
89:21 90:4 94:3
96:16 97:23
107:21 114:2
116:2 118:13
**familiar**
21:8,11,12
**family**

43:7,8,10 93:17
**far**
11:10 34:3 74:9
**father**
30:3 35:20 36:13,18
**favor**
111:12,20 113:8
**fear**
91:12 93:22 94:1,7
94:21,22
**february**
130:12 131:19
**federal**
1:10 3:5,15 38:15
40:21 139:9
**feel**
127:6
**fellow**
50:7,10
**fence**
41:3
**fight**
5:5 11,13 56:11 59:18
68:11,11,15,17
70:21,21 73:16
74:19 107:8 108:2
128:4,9
**fighting**
66:14 70:20 92:8
**fights**
128:15
**file**
11:4 26:12 30:14,18
37:9 120:11
**filed**
11:8,9 12:6,21,24
13:3 25:2,7 108:24
109:20 110:9,13
110:22 112:15
113:17 115:17,20
117:15 120:2
122:12 123:9
130:7,10,11,18,19
131:1,3,5,7,16,20
131:22 132:4
133:16
**filing**
25:10 131:13,24
133:10
**fill**
103:19 132:19,20
133:1
**filled**
132:20
**filling**
121:10
**finally**
48:24 74:12 81:21
85:3
**financially**
139:14
**find**
66:4
**finish**
6:23 7:5 16:11 27:19
**finished**
130:8
**first**
4:3,17 22:4,5 29:13
32:2 43:20,23 56:7
56:7,8,24 58:21
59:20,24 60:4,4,11
60:23,24 65:15
66:11 72:5 73:9
74:6,11 77:11 86:4
86:5 90:12 98:7,9
99:4,11,24 106:6
110:17,18 124:6
135:14
**five**
72:13,23 88:2
**fiveminute**
74:3

**flooded**
73:24
**floor**
90:22
**flush**
73:22
**focused**
67:21
**followed**
59:12
**follows**
4:4
**footage**
70:10
**force**
79:4 80:15 118:19
**foregoing**
138:10,10 139:4
**forest**
31:23,24
**forget**
20:7 47:6
**forgot**
29:22 30:1
**form**
122:19 127:3,14
130:10,20
**formal**
9:3
**forward**
7:19 113:15
**fought**
68:3
**found**
128:5,11,17 129:12
129:13,20
**four**
37:11 38:11 93:9
**fourway**
87:2
**free**
126:13
**friday**
1:14
**front**
5:21 68:5,9 70:8
73:18 74:3 86:23
87:1,3 100:21
101:19,20,21
102:14 103:20,23
**full**
101:23
**fully**
139:10
**further**
136:15 137:3 139:7
139:13

**G**

**gain**
79:18
**gallardo**
1:6 3:5,10 63:3,6,7,8
63:9,18,23 64:3,17
64:21 68:20 70:3,7
72:16 81:6,16
83:10 86:6,7,18,19
86:24 98:23 99:5
99:10,19 100:19
101:1,14,20 102:5
102:16 103:6
**gang**
22:7
**gangrelated**
21:22
**gangster**
21:9,18 22:6
**garbage**
70:15,17,22,23,24
71:1,2,3,5,7,16
**gareka**
75:9,10,15 76:8,14
77:3,6,8,11,19
91:23 98:10,11,12

**gaylan**
36:16
**gaylon**
36:15
**general**
127:7
**getting**
11:12 52:15 61:23
62:5,7,20 65:19,23
66:3 80:23 82:23
83:6,8 85:14 89:4
90:7 96:2 123:1
**girlfriend**
30:22 53:11
**girlfriends**
39:10
**give**
6:17 14:14 31:13
32:4,17,23 33:4,9
36:13 37:6 39:21
132:8 134:2,21
**given**
25:15,16 74:13
122:14 138:12
139:6
**giving**
40:17
**glance**
50:21
**go**
12:10 19:20 22:10
35:9,18 32:10 33:7
40:18,19 42:10,12
45:4 46:3 57:23
73:22 76:23 104:6
110:4,5 129:14,19
136:4
**goes**
34:3
**going**
4:14 6:23,23,24 7:18
7:19 11:19 12:15
15:17 18:17,21
19:3,7,10 20:3,10
22:19,19 24:16
35:4 37:9 44:12
53:9 60:7 66:15
75:2 93:15 96:18
107:20 108:13,16
108:18 109:2,11
109:12,16 115:6
125:5,7 127:20
**gonna**
15:10,16 16:21 18:19
18:23 20:24 33:4
47:14 49:1 80:11
80:13 103:21
107:6,22 108:4,6
108:20
**gotten**
82:1
**gov**
1:22
**grabbed**
71:16 90:17,18,21
**greater**
94:7,11,21
**grievance**
2:14 11:9 25:10,11
25:12 26:3 110:16
110:18,22 111:1,6
111:9 112:9,12,15
112:18 113:2,4,10
113:13,17 114:6
115:17,20 116:5
116:11,16 117:14
117:18,23 119:10
119:17 120:1,5,8
120:20,21 122:12
122:19 123:9,24
**grievances**
11:1,4,7 25:2,7
108:24 109:20
110:7,8,12 115:9,9

**grieve**
25:19
**ground**
72:7,12 73:15,18
74:1 79:12,14 80:2
80:19 81:19,23
82:1,4 83:13 84:15
89:6,7 98:5
**group**
67:18,23,24 68:7
71:11 73:9 74:11
99:4,17 125:9
**guess**
47:17 53:7,18,20
55:22 57:10 60:3,7
66:20 72:1 73:21
75:17 82:11 90:20
116:10 119:6
121:2 122:2 123:6
**guilty**
128:5,11,17 129:12
129:13,20
**guy**
29:24
**guys**
38:4 71:12,14 73:5
73:17 81:2

**H**

**h**
2:10
**hadnt**
55:22
**half**
51:5 105:5
**halsted**
43:1
**hand**
139:16
**happen**
69:20 72:20
**happened**
13:23,24 14:6,22
51:7 21:3,7 24:7
24:13 31:6 45:10
46:2 55:8 57:3,18
61:9 66:23 76:17
76:20 77:7 79:14
115:9 129:2
135:18
**happening**
88:6
**happens**
7:10 25:14
**harm**
82:10
**harvey**
37:18
**hasnt**
99:13
**havent**
132:14
**head**
5:8,8 68:4
**health**
95:22
**hear**
20:5 25:4 131:20
**heard**
22:12,13 82:12
102:15 132:14
**help**
70:3 71:21,22 72:17
75:2 98:22 99:11
99:12,17,18
100:13,24 101:14
110:19 120:1,1,8
**hereto**
138:14
**hereunto**
139:16
**hes**
136:24

hey
  22:13,14
hide
  73:22
high
  42:2,3,7 78:18
highest
  41:24
highrisk
  78:23
history
  2:13 23:4,16,21
  26:18 127:24
hit
  65:8,11,17 68:13,14
  82:3 73:19,20
  76:21,23 82:23
  89:4 92:1,3
hold
  7:4 84:22
hole
  20:13,18,19 21:4,5
  129:14,19 130:1
hoped
  22:3
hour
  28:7,15 30:7 51:5,6
  93:10 105:4
hours
  15:4,5 51:2 105:4
house
  37:21,22
hung
  55:18 56:23 57:8
hurt
  16:23 22:5 91:20
  136:1

**I**

ibuprofen
  135:6,9,15 136:8
id
  12:9 45:3 110:3
  117:4
identification
  11:24 22:23 109:6
  117:9 125:3
identified
  34:13
identify
  49:17,18 64:19 101:4
  102:17 126:24
identity
  129:17
ignored
  15:13 17:1 105:10
ignoring
  72:19
ill
  8:7 51:23 94:4
illegal
  8:23
illinois
  1:1,,14,22 3:17 138:1
  139:1,17,19,20
im
  3:8 4:14 6:22 8:3
  11:19 12:3 15:19
  15:23 19:12 20:24
  21:1,19 22:19 23:2
  24:15 26:4 29:20
  33:4 35:4 37:9
  40:23 43:5 45:15
  45:24 48:11 49:5
  50:24 53:12 57:7
  57:22 60:6 61:8
  62:11 63:4,11
  66:12 67:9,11,12
  69:24 70:3,4,14,17
  71:20 72:11,15,18
  73:1,15 74:4,8
  75:22 76:10 78:6
  79:16 80:13 81:8
  82:1,13,18 83:6

84:2,4,11,11,13
  85:1 86:2,3 87:13
  87:15,15 88:8,24
  89:6,8,9 90:16,23
  91:1,8,18 93:11,16
  94:15,22,23 95:5,6
  95:16 96:6 99:12
  99:17 102:3 103:3
  103:7,9,12,23
  107:10,13,14
  108:5 109:2,8,12
  109:16,24 110:2
  117:12 123:4,7
  125:5,7,15 127:20
  132:1,3,9,15,16,17
  132:18 133:17,18
  135:17
immediate
  74:18
immediately
  54:13 57:6 84:19,21
imperative
  5:3,10 7:4 9:6 18:6
important
  4:17 6:4,16 10:17
  13:14,15,18 27:18
  107:18
incarcerated
  13:4
incident
  9:24 10:14,23 11:5,8
  11:10 21:24 25:19
  25:23 26:6 31:5
  34:15,22 40:7,11
  40:16 41:16,18
  45:4,23 47:9 91:6
  92:4,12,22 93:2,5
  93:19,21 94:6,8
  95:3,19,24 96:4,9
  96:15 97:5,8,10
  99:24 104:11
  110:11 115:10,11
  117:19 120:9
  121:21 127:11
  129:24 130:3
  133:4,13 135:5,9
  135:13,15,19
include
  13:15,18
including
  52:9
income
  28:18 30:14
indicate
  18:24 122:18
indicated
  109:19 118:12
  123:23
indicates
  23:16 114:6
indicating
  55:15 59:4,5,8,9,10
  59:12,17 61:5 85:2
  87:3 97:12,13
  103:16,20 111:9
  113:5 114:12
  118:24 119:18
  121:18 122:7
indirectly
  139:15
individual
  50:13 53:16,16,21,22
  133:3
individuals
  52:10 55:5,6 58:6
  66:7,9,10
industry
  43:21
influence
  8:17
inform
  34:2
information
  12:11 20:5 24:19

34:24 35:2,6,10
  36:24 39:24 40:15
  41:7,12,18,22 45:6
informed
  51:20 131:8
infraction
  128:6,11,17
initial
  138:17
initially
  75:7
injuries
  95:3,23 97:4,7,10
  134:12,23 135:5
  136:9
injury
  93:5 95:8,11
inmate
  46:24 112:2
inmates
  15:17 46:19 65:4
  93:13 94:1 98:17
  105:7 106:19
  107:23 108:7
  111:22 127:7
  128:5,16,16
  129:11
inside
  17:19,20 97:23
instruct
  37:10 125:7
instructing
  125:6
interested
  139:14
interlock
  17:19 57:9 59:3,5,6
  61:18,20 62:10,19
  62:20 63:24 64:1
  102:12 103:14
intermixed
  125:13
intimidated
  126:15
investigation
  130:8,24 131:9,12,15
  131:23 132:5,13
investigator
  10:9,21 132:11
  133:12,22
investigators
  133:19
involved
  98:14 128:4,9,15,21
  129:11 135:22
involving
  74:20 78:23 120:8
isnt
  39:5 115:7
issue
  25:13 122:18 126:9
issued
  126:6
italian
  29:24
ive
  26:5,21 31:11 34:17
  35:9 41:10 95:12
  95:12 109:16
  124:7
ix
  1:13 127:7

**J**

jackson
  128:10
jacqueline
  1:11 139:3
jail
  2:13 23:4,15,21
  30:17 36:10 128:1
january
  1:14 120:22 131:19
  138:9

job
  43:20,23 44:6
jobs
  44:2,21
john
  128:10
judge
  9:2,4 33:24
july
  111:6,10 115:20
jump
  7:1
jumped
  107:23 108:5,6
june
  110:22 112:14
  113:18

**K**

k
  139:2
keep
  70:16 89:10 111:19
keeping
  71:17
kept
  45:14 70:3 80:12
  99:16 100:16
  104:1,1
kid
  43:16
kids
  39:4 96:18
kind
  16:2 17:7 40:23
  45:13,23 46:5 50:1
  50:23 52:12,13
  54:20,21,22,24
  58:10,11 59:15
  70:13,13 72:16
  79:14 80:3 93:11
  93:11,12,14,23
  94:4 95:5,15 112:4
  112:6 126:8
knew
  13:14 49:6 60:5
  80:10 82:12 84:4
knife
  58:24 97:16,20
knives
  58:4,5,7 60:4 67:18
  67:19,22 68:4
  71:12 72:14 73:23
knocked
  70:4 71:19 99:14
knocking
  70:12 103:23
know
  6:19,20,22,22,24
  7:17 8:7 15:2,19
  15:23 16:23 17:12
  17:13 18:14,19
  20:22,24 21:1,13
  21:20,23 22:3,4,8
  24:13 25:18 26:10
  27:14,15,22 28:11
  29:17,22 30:8,12
  30:16 31:7,12
  34:18,20 35:19
  36:2,8,9,10,22,23
  39:2,17 40:8,9,18
  40:20,21,22,23
  41:3 42:20 43:2,7
  43:11,11 44:10,11
  44:12 45:12,13,15
  45:21,22,22,23
  46:1,8,10 47:16
  48:11 49:4,5,7,11
  49:15,16 50:14,20
  50:24 51:7 52:13
  52:14 53:8,12,18
  54:15 57:7,12,14
  57:21,22 58:13
  60:4,6,13,14,18

61:23,24 62:1,9,9
  62:10,13,14,14,24
  63:4,7,10,11,14,15
  63:15 64:7,8 65:18
  66:3,12 67:10
  69:13,23 70:9,14
  70:16 71:20,24
  72:18,24 73:15,19
  73:21,23 74:4,8
  75:1,17,22 77:6,9
  77:14 78:4 79:16
  80:9,11,13 81:1,7
  81:8 82:13 84:4
  86:3 87:3,5,8,23
  88:4,8 89:9,11
  90:10,23 91:15,21
  92:7,18 93:7,8,10
  93:12,14,16,20
  94:5,10,18,18,23
  95:17 96:6,24
  98:11,14,15,22
  99:12,14,16,17
  101:16 102:1,2,24
  103:5,5 106:21
  107:6,9,11,14,18
  108:2,3,11,14,17
  108:20 114:10
  116:6 120:23,24
  122:23 123:7
  124:4,14,19 129:2
  131:2,3,16 132:9
  132:15,17,18,19
  132:21 133:2,2,18
  134:7 135:16
knowledge
  12:13
known
  21:9

**L**

lady
  4:19
landed
  20:19
language
  111:21
lapse
  59:24
large
  69:13
late
  44:10
latino
  47:4,12 49:24 50:7
  50:10 61:7
laughed
  16:2 17:7
law
  34:3
lawsuit
  9:16 10:14 11:14,15
  12:6,10,12,16,21
  12:24 13:4,10,16
  14:6 31:7,10 34:8
  35:3,18 55:15
  130:8,11,18 131:1
  131:6,7,13,15,20
  131:24 132:4
  133:10,16,17
lawsuits
  9:18
left
  58:16 61:5 91:9
  112:9
legal
  9:3
legs
  8:3
letting
  17:20 112:22
level
  41:24 93:8
lieutenant
  114:5,11,13

**Column 6**

line
  87:4
lines
  18:16
listening
  7:19 12:6,22
litigation
  7:19 12:6,22
little
  11:14 13:23 16:18
  26:23 46:6,6 59:16
  59:18 61:20 68:13
  68:17,22 73:16
  87:3 91:14 93:14
  93:15,19,19 97:13,13
  127:24
live
  31:20 36:7,21 37:23
  38:4 39:14
lives
  32:15,17
local
  3:16
located
  26:24
locations
  23:14
lon
  36:17
long
  31:2 71:9 72:9 79:7
  89:3,3,17,19
  103:15 123:4
longer
  88:8
look
  20:14 30:12 55:14
  70:1 82:21 83:9,15
  85:19 110:4,15
looked
  54:13,22 55:7,16,17
  56:7,8,20,21 57:1
  57:3 68:20 70:11
  80:3 81:5,8,20
  82:5,23 83:10 84:3
  84:22 85:3,4,19
  87:16 89:5
looking
  49:10 54:19,23,23
  55:4,7,8,9,17 62:6
  71:22,23 82:6 91:2
  100:20,22 111:19
looks
  128:8,10,15
lot
  72:9 96:6 102:20
lots
  26:21
loud
  6:4 17:13
lunch
  54:17
lung
  97:11
lungs
  134:16

**M**

m
  1:11,15 3:21 18:9
  139:3
mace
  79:19,21 81:7,12,14
  81:16 82:8,9,21,22
  83:5,7,12,16,22
  84:7,9,24 85:6,10
  85:12,20 86:8,10
  86:12 88:13 89:16
  90:2,8,11
maced
  80:17,19,21,24,24
  81:1,3,4 82:17,24
  83:14 84:5 85:7,7
  85:20,21,22 86:2,3

86:4,4,5 87:6,7,10
87:14,21 89:7,10
90:15
**macing**
79:20 83:13
**mad**
22:1 92:4
**madam**
117:6 125:11
**making**
23:14 57:9 100:23
**man**
15:14 20:23 29:20
47:13,13,16 62:7
64:5,6 70:5 71:20
72:17 94:15
103:11 105:9,10
105:12,12 107:9
107:11 108:1,2
**manager**
30:3
**manner**
25:20
**manufactured**
97:19,22
**march**
22:18 23:18 24:1
25:1 128:9 131:19
**mark**
22:20 35:12 40:2
97:12 117:5
**marked**
2:11 11:20,20,23
12:4,16 22:22 23:3
109:3,5,17 117:5,8
117:13 119:22
124:22 125:2,16
**markings**
50:12
**marlow**
35:22 38:1
**married**
30:20
**materials**
10:7
**matter**
3:4 34:6 59:19 62:23
83:2 85:8 121:20
**mcdowell**
35:22,23,24 36:1,3
**mean**
18:14 19:14 21:23
25:24 26:4 31:6
34:16 42:17 49:20
50:18 55:20 60:13
67:8,8 75:20 76:19
80:1,1,8 81:24
84:9 88:1,14 91:6
91:13,14 92:7,16
92:19 93:6 94:9
95:4 98:15 101:10
101:16,16,17
103:4 124:15
134:14
**mechanic**
26:21 27:14,14
**medicaid**
38:13
**medical**
10:3 134:12,23 135:8
135:11
**medicare**
38:12
**medication**
95:7 135:4
**medications**
8:21 136:8
**melee**
66:21 71:8
**meller**
3:13 81:5,9,17 83:11
86:6,20,21,22,22
86:24
**mental**

93:4 95:2,8,11,18,22
97:3,4
**michael**
1:20,22 3:7 71:1,15
**minor**
97:13
**minute**
60:16,17,18 87:24
88:21,23 89:14,17
89:18,20 93:6
115:13
**minutes**
8:1 60:20,23 72:10
72:13,23 73:8,14
74:2,6,13,15 90:19
**mistaken**
129:17
**mixed**
115:8
**moment**
32:11 60:11 74:10
83:4 85:9 87:19,20
88:11,12 89:14,15
90:1,2 98:9,16,17
99:2,3 104:7
**moments**
85:9
**money**
30:10
**month**
133:11
**months**
93:9 131:20
**montjoy**
1:3,9,18 2:5 3:3,4,22
4:2,7,10,10,11
11:23 12:3,5,14,19
12:24 13:8 21:8
22:22 23:2,13
27:18 29:4 32:3
33:13 36:15 37:3
45:4 51:13,21 52:3
74:9 103:9 104:10
109:5,8,14,20
110:17 111:16
112:12 113:12,16
115:3,15 117:1,4,8
117:11,13,14
118:5 119:16
120:12 121:17
124:21 125:2,5,15
126:1 127:4,16,22
127:23 130:7
136:7,13,24 138:3
138:16 139:4
**mother**
31:11,14,20 33:2,14
34:13,13,21 35:10
35:17 39:7,8,11
41:12,15
**mothers**
34:9 39:7
**motor**
26:22 27:1,3,4 29:2,4
29:5,6,8,12,16
42:17,22 44:17
**move**
48:18 68:7 112:11
**moved**
11:11 16:10,20,22
31:22 48:6,15,20
107:5 108:10
**moving**
113:15
**mucus**
134:17
**multiple**
74:20 75:3 77:1,2,3,9

3:7 4:8 20:7 22:10,12
29:17,19,20,20,22
29:23 30:1,24
31:13,18 34:9
35:21 36:14 39:9
39:10 47:2,5,6
49:9 75:8 103:1
111:13 114:14,16
121:3,7 122:6
133:20
**named**
86:14
**names**
18:24 101:13 102:24
104:2
**nature**
34:10
**near**
62:20 102:8 106:5,16
106:20 114:17
**need**
6:3 7:23 8:5,6 15:11
15:12 16:10,20,22
17:1 19:18,19,20
32:6 41:7,11 51:12
103:24 105:9,11
107:3,4 108:10
109:24
**needed**
11:11 17:3 107:5
**nervous**
93:7,12
**never**
26:5 34:18 71:1,5,7
118:22 124:14
130:16,17 131:2,3
131:4,8,14 132:22
134:1
**nevertheless**
126:11
**nice**
88:3
**nods**
5:8
**nope**
74:23
**northern**
1:1 3:17 138:1
**notary**
138:21 139:20
**notice**
1:15 3:20 84:1
**november**
128:3,4 131:18
**number**
25:16 33:1,14 37:7
37:11 39:19 40:17
69:13 94:14
113:16 122:15
138:17
**numerous**
96:5 100:17

**O**
**o**
139:2,2
**oak**
31:23
**oath**
5:16 21:17
**object**
32:7,19 33:3 40:17
97:22
**objected**
33:16 134:3,8
**objection**
32:5,9,20 33:18,19
33:21,23 34:1,7
**observe**
56:16 85:12
**observed**
54:9 55:3 62:4 63:16
63:17 85:10,13
98:16

**obtained**
139:12
**occurrence**
76:17
**oclock**
14:1,9,21,23 15:8
16:5,8,15,18 89:7
50:16 52:8 105:17
105:18
**october**
117:23 118:10
122:11 123:9,22
131:18
**offered**
127:5
**office**
32:22 10:10 126:7
133:13 139:16
**officer**
1:6 3:4,11,11,12,13
16:6,7,15 17:10,18
45:9 46:3 47:23
48:16 49:2 51:2
55:3,3 56:2,11
62:2,2 63:16,18,18
63:20,24 64:10,10
81:17,17 86:6,15
86:17,21 102:9
103:1 107:2
110:10 112:19
113:21 115:24
138:6
**officers**
3:9 11:12,16 17:15
17:22 54:9 55:10
55:22 56:1,2,5,10
56:11 57:10,14,15
61:15 62:3,9,12
63:2,17 64:3,17,20
69:17 70:2,8 72:6
73:11 74:12 79:4,8
79:17 80:5,14
81:13 82:21 83:4
83:12,22 84:23
85:3,10 86:12 87:5
90:8 98:18,20 99:3
99:5 100:2 101:4,5
101:13 102:8,18
102:21 106:16
118:17
**oh**
7:22 27:21 49:22
112:4 116:10
119:1,2 120:18
129:8,9
**okay**
3:2 4:7,15,15,16,19
4:24 5:5,10,14
6:20,21 7:3,13,14
8:2,8,9 9:1,17
10:17 11:13,14
12:1,9,19 13:8,24
14:10 15:7,24
16:12 18:20 19:18
19:21,23 20:21
21:14,20 23:2,15
24:7,17,18,21 25:9
25:22 26:16 27:7
27:20 28:2,12 29:9
30:2,4,20 32:4,9
32:15,20 33:12,19
35:17 36:13 37:3
40:10 41:5,20,24
43:4,17 44:1,9,21
45:3,5 46:2 47:19
48:5 50:12 51:1,13
52:7,16 53:14,21
54:7,7 55:1,10
57:17,23 58:14,19
59:14 61:3 62:8
63:16 65:11,19
66:7,22 67:3,20
69:1,9,14 71:18

72:6 73:3 74:5,17
75:18 76:8,12,22
80:21 81:13 82:19
83:2,17 84:2 85:15
85:24 89:1,13,20
90:7,24 92:1,10
94:20 96:12 97:8
98:13 99:1,9
100:14,18,23
101:12,22 102:4
102:16 103:17
104:2,5 105:3
106:3,12,19
107:19 108:4,22
109:14 110:2,8,12
114:1,4,16 116:11
116:14 117:11
118:20 119:4,8,12
119:21 120:14,19
121:3,6,11,17,23
122:3,6,11 123:5
124:6,18,20 125:9
125:10,15,23
126:18,20 128:1
128:11 129:10,15
129:18,20 130:7
130:22 131:8
132:23 133:16
134:3,6,18 136:4,7
136:16,23
**old**
36:3 61:13
**once**
25:14 26:7 27:3
70:18 72:11 108:20
130:18
**ones**
66:12 68:5 8,10
81:18 86:14 101:8
101:9,18 102:1,14
**onesided**
98:21 100:11
**open**
17:13 82:13
**opened**
44:18 79:21 105:6
**opportunity**
9:10 10:6
**opposite**
41:3
**opr**
119:10,10 121:21
130:8,10,16,19,24
131:5,8,11,14,20
131:23 132:5,12
132:13 133:1,3,24
**option**
6:7
**orally**
5:5,12
**order**
1:16 3:20 115:7
**ordered**
72:7 136:15
**orders**
39:2
**organization**
21:9
**originally**
68:10 72:4
**outside**
61:19
**overheard**
47:17
**overrule**
33:24

**P**
**p**
18:9
**pace**
48:16
**pack**

68:5
**page**
2:4 13:7 110:1,16,17
110:18,19,21
111:5,13,20
112:24 113:1,10
114:4 115:1,4
116:9,14 117:21
119:23 120:19
123:24 126:23
**pages**
9:23 10:3 12:10,15
116:5,7,7,11
138:17
**pain**
135:6,10,12,20
**panicking**
89:10
**paper**
26:10,11 111:17
**papers**
125:13
**paperwork**
130:13 131:16,22
**paranoia**
93:15 94:13 95:1,17
**paranoid**
93:14,23 94:4,5,15
94:22
**park**
31:23
**part**
10:15,18 126:13
**particular**
3:14 121:4
**parties**
139:14
**parts**
43:3
**pasquinelli**
1:20,22 2:7 3:1,8 4:6
7:11,24 12:1,2
19:17,23 20:1 23:1
32:7,13,14 33:5,7
33:11 35:12,16
40:2,5 51:18 104:9
109:7 117:10
125:4 136:4,6,12
136:23
**passed**
60:9 89:14 105:4,5
**paul**
29:21,21
**paulie**
29:21,23,24
**pay**
38:23 39:3 50:11
52:19 62:16
**paying**
53:10 61:24
**pen**
118:6 119:17 121:18
122:7 123:19
127:17
**people**
20:8,10 22:13,14
46:8,23 49:6,16
50:3,6 52:12 53:7
53:9 58:7,12 63:1
76:3 79:20 80:1,21
81:1 83:16 85:21
87:7,9,11 101:11
106:21
**peppersprayed**
11:12
**pepperspraying**
118:19
**period**
25:23 28:19,22 30:15
87:21 98:20 99:21
99:23
**person**
5:19 77:11 81:11
**personnel**

**meller**

**N**
**n**
2:2
**name**

| | | | | |
|---|---|---|---|---|
| 99:21 | portion | 126:3,12 | 75:8,10,15 | 127:5 |
| **pertaining** | 112:8 | **protect** | **read** | **refused** |
| 34:8,9 | **portions** | 118:18 | 111:20 118:16 119:8 | 113:22 126:17 |
| **phillips** | 10:22 | **protective** | 122:8 125:23 | **refusing** |
| 3:11 11:10 15:11 | **position** | 127:1,5,9 | 127:2 138:8 | 39:23 40:14 41:21 |
| 16:6,7,15 17:10,16 | 8:3 | **provide** | 139:10 | **regarding** |
| 17:17,24 18:4,8,17 | **possible** | 8:4 32:21 33:13 35:5 | **reading** | 31:10 40:7,11 41:18 |
| 18:21 19:3,6,9,13 | 78:7,9,10 | 39:23 40:14 41:21 | 139:7 | 114:5 |
| 20:2 45:9 46:4 | **pounded** | 50:6 | **real** | **regular** |
| 47:23 49:2 51:2 | 83:7,8 | **provided** | 92:17 100:4 | 93:13 |
| 54:16,18 55:3,21 | **preparation** | 23:20 35:3 | **really** | **related** |
| 56:2,12,21 57:2 | 9:14 | **psych** | 17:12 22:5 26:7,11 | 9:23 10:13,22 11:4,8 |
| 62:2,18 63:17,18 | **prepare** | 96:1,3,20 97:1 | 28:10 36:11 40:22 | 34:21 35:3,18 |
| 63:20 64:10 100:6 | 5:23 | **psychiatrist** | 44:5,12 45:21 46:9 | 40:15 41:15 |
| 100:9 102:2 | **prepared** | 95:13 | 49:3 52:11,11,13 | 117:18 |
| 104:15,18 105:1,9 | 8:10 | **psychological** | 52:14 53:10 60:14 | **relative** |
| 105:24 106:2,4,6 | **prescribed** | 93:5 95:2,8,11,19 | 61:13,24 62:15 | 139:13,14 |
| 107:4,14 | 135:6,14 136:8 | 97:4 | 64:6 66:6 77:6,7,8 | **relevancy** |
| **phlegm** | **prescription** | **psychologically** | 79:13,13 80:10 | 32:5 |
| 134:15,17 | 8:20 | 95:23 | 88:18 91:13 92:13 | **relevant** |
| **phone** | **present** | **public** | 92:19 93:20 94:5,9 | 32:1 34:12 |
| 52:15,17,19,22,23,24 | 3:22,23 9:2 17:9,16 | 138:21 139:20 | 94:17,19,23 95:9 | **relief** |
| 53:1,5,8,11 54:2,7 | 17:23 34:2 40:20 | **pulaski** | 96:10 98:12 | 54:17 |
| 54:11 55:1,15,18 | 56:1,6,10 84:23 | 27:2 | 100:13 110:1,5 | **remedies** |
| 56:23 57:8 58:2,22 | 106:12 | **pulled** | 119:6 120:24 | 111:24 |
| 59:3,4,6,8 60:10 | **presently** | 90:22 | 121:8 123:6 | **remem** |
| 73:10 75:7 76:16 | 3:18 | **punch** | 134:10 | 121:9 |
| 100:1 | **pretty** | 55:13,16 56:7 57:11 | **reason** | **remember** |
| **phonetic** | 34:4 | 60:11,24 | 7:23 33:21,23 34:11 | 17:11 41:2 47:2,5 |
| 75:9 128:16 | **prevented** | **punched** | 37:8 51:21 83:15 | 62:13 63:15 79:13 |
| **physical** | 82:10 | 53:12,16,19,19 54:13 | 83:18 139:11 | 80:23,24 96:10,11 |
| 92:10 97:7,9 | **prevents** | 54:19,20,21 57:1 | **reasons** | 112:14 119:4,9,14 |
| **physically** | 8:14 | 59:8,10 60:5 65:23 | 93:8 134:7 | 120:24 121:9 |
| 4:20 17:23 102:8 | **previously** | 66:1,3,8 67:4,6 | **recall** | 129:4 133:19,23 |
| **pietrzyk** | 24:3,22 25:5 85:15 | 75:7,10,15 76:8 | 64:10,16 100:18 | 134:4 |
| 1:11 139:3 | 94:14 109:19 | 81:22 82:1 | 134:4 | **removed** |
| **pink** | **print** | **punching** | **receive** | 15:12 |
| 122:18 123:2 | 23:20 | 53:22,23 65:24 81:19 | 38:18,20 42:5 119:4 | **rephrase** |
| **place** | **prior** | **purpose** | 124:12 | 7:12 51:23,24 |
| 13:20 14:16,21 21:21 | 9:9 11:1 14:6,20 | 35:6 41:1,6,11 | **received** | **report** |
| 51:4 52:21 55:12 | 23:24 26:16 28:24 | **pursuant** | 42:15 44:15 111:9 | 126:5 |
| 56:1 58:20 60:23 | 37:14 42:23 43:14 | 1:10,15 3:20,20 | 112:2 113:5 114:4 | **reporter** |
| 65:22 72:8 74:10 | 43:15 45:23 48:7 | 139:9 | 116:4,15,23 | 1:12 3:23 4:20 5:7,20 |
| 91:3,5,7,10 99:3 | 52:16 92:11,21 | **pussy** | 117:22 118:3,9,20 | 5:22 6:5 7:2 19:15 |
| 100:1 104:11 | 93:1 94:8 95:19 | 105:12 107:9 108:2 | 118:22 119:18 | 27:24 37:10 |
| **placed** | 110:11 115:10 | **put** | 120:20 121:19 | 109:12 117:6 |
| 22:15 26:16 37:14 | 131:9,13,15,24 | 32:6 109:9 122:23 | 122:4,8 123:8,16 | 125:8,11 127:21 |
| 44:23 48:8 | **prison** | | 123:19 | **reports** |
| **placement** | 97:23 | **Q** | **recognize** | 121:22 133:24 |
| 127:5 | **privileged** | **question** | 23:5,7 47:7,8 125:17 | **represent** |
| **places** | 34:6 | 5:11,12 6:23 7:5,5,9 | **record** | 13:10 |
| 64:1 | **pro** | 7:12,13,18,20 | 3:1,2,7 4:9 5:23 6:5 | **representing** |
| **plaintiff** | 1:18 | 16:11 19:2 27:19 | 6:13 12:1,14 19:22 | 3:9 |
| 1:4 3:3 138:4 | **probably** | 33:19 34:7 35:9,15 | 19:23 20:16 23:13 | **reprimanded** |
| **play** | 20:17 22:1 46:7,22 | 40:3 51:22 56:9 | 28:1 32:6,10,12,13 | 118:17 |
| 94:16 | 48:9 50:21 51:5 | 64:8,9 103:6 104:5 | 33:5,6,12 35:13 | **request** |
| **playing** | 59:17 60:6,17 | **questions** | 41:5 51:16,17,19 | 2:13,14 111:22 |
| 123:2 | 62:23 63:14 67:4 | 4:18,21 5:4,14,15 | 51:20 52:5 97:18 | 118:12 126:6 |
| **please** | 72:9 75:1 80:10,24 | 6:17,18,24 7:1 | 104:6,8 109:9,10 | **requested** |
| 3:24 4:8 6:20 7:11,12 | 85:21 87:8 89:17 | 8:10,14 19:20 28:1 | 111:15 113:12 | 10:3 |
| 8:7 9:13 13:24 | 89:19,22 92:7 | 32:3,6,8 36:12 | 113:3 117:1,12 | **required** |
| 15:15 16:6,14 | 101:17 103:5,15 | 96:18,19 102:22 | 118:5 119:16 | 5:15 25:19,22 32:8 |
| 23:10 28:3 29:5 | 122:1 123:3 | 134:8 138:11 | 121:17 123:18 | 33:18 34:6 79:3 |
| 35:5 37:7,10,16 | 132:10 | **quick** | 125:5 127:16,20 | **requiring** |
| 51:23 52:3,7 54:7 | **problem** | 110:1,6 | 132:18 136:3,5,23 | 39:3 |
| 54:8 107:1 113:8 | 48:22 | **quickly** | 137:2 139:6 | **reserving** |
| 117:6 118:2,16 | **procedure** | 12:10 79:18 110:4 | **recorded** | 136:24 137:1 |
| 119:13 121:6 | 1:10 3:16 40:22 | | 139:5 | **reside** |
| 122:21 123:15 | 139:9 | **R** | **records** | 36:1 |
| 125:8,19,23 | **proceeding** | **ran** | 10:3 130:21 133:1 | **resided** |
| 126:20,24 127:2 | 9:3 | 57:13,17,19,22,24 | **recreational** | 37:17,18 |
| 127:13,14 138:17 | **process** | 58:1,11,22 59:11 | 92:14,20 | **respond** |
| **point** | 48:19 | 59:18,21 60:24 | **reduced** | 5:4,5 |
| 14:3 51:3 52:9,16 | **processed** | 61:10,16,24 64:23 | 139:5 | **responded** |
| 53:23 54:5,10 | 23:23 25:15 | 65:3,6 66:5,16,17 | **referenced** | 111:5 131:3,4 |
| 59:20 60:10,23 | **produced** | 66:18,22,24,24 | 2:11 | **responds** |
| 62:15 74:6 83:3 | 9:22 10:2 124:7 | 67:15 68:23 69:1,4 | **referring** | 113:1 |
| **police** | **production** | 69:21 71:9 72:5,12 | 46:14 | **response** |
| 54:22,23 60:2 73:5 | 134:3 | 72:17 73:6,17,22 | **reflect** | 25:16 26:13 74:18 |
| 81:20 82:7 | **professional** | 74:1,2 82:11,14,14 | 9:19 | 112:2 113:5 114:5 |
| **population** | 95:22 97:3 135:8,11 | **random** | **refusal** | 114:7,20 115:1 |
| 127:7 | **promptly** | 10:16 76:16,17 | 2:13,14 125:20 127:1 | 116:4,15,19,23 |
| **porter** | 79:23 | **ray** | 127:9 | 117:22 118:3,9,20 |
| 29:13 30:6 | **prosecute** | | **refuse** | 118:22 119:3,4,9 |

| | | | | |
|---|---|---|---|---|
| | | | | 119:11,13,18 |
| | | | | 120:20,21 121:4 |
| | | | | 121:19,20 122:3,8 |
| | | | | 123:8,12,16,19 |
| | | | | **responses** |
| | | | | 4:19 |
| | | | | **rest** |
| | | | | 10:15 |
| | | | | **restroom** |
| | | | | 8:4,6 |
| | | | | **review** |
| | | | | 6:8,12 9:10,18 10:7 |
| | | | | 11:1 121:21 |
| | | | | 136:18,20,21 |
| | | | | **reviewed** |
| | | | | 9:14 |
| | | | | **right** |
| | | | | 4:14,20 5:8,20 11:17 |
| | | | | 13:5,16,20,22 14:7 |
| | | | | 14:15,20,24 16:4 |
| | | | | 16:13 18:4,22 |
| | | | | 19:19 20:9,11 |
| | | | | 23:21 24:16 26:3,3 |
| | | | | 26:14 27:5 30:13 |
| | | | | 33:7 38:2 39:11 |
| | | | | 40:7,16,24 41:3,12 |
| | | | | 42:21,24 43:1,8,9 |
| | | | | 43:13,18 45:8 |
| | | | | 46:13,14 47:24 |
| | | | | 50:2,15,20 51:8 |
| | | | | 52:7,17 53:1,2 |
| | | | | 54:1,3,4,10,17 |
| | | | | 55:24 56:3,4,9,14 |
| | | | | 56:18 57:15 58:6 |
| | | | | 59:4,5,7,17,19 |
| | | | | 60:20 61:5 62:11 |
| | | | | 63:5,10,19,22 64:4 |
| | | | | 64:14,17,19,20 |
| | | | | 65:13 66:17 67:7 |
| | | | | 67:16 68:1,9 69:2 |
| | | | | 69:15 70:2,12 |
| | | | | 71:11,12,13,15 |
| | | | | 72:10,15,15 73:18 |
| | | | | 75:10,11,16,19 |
| | | | | 76:4,9 77:12,17,19 |
| | | | | 77:24 78:11 80:7 |
| | | | | 80:22 81:23 83:5 |
| | | | | 83:21 84:15 85:16 |
| | | | | 86:21 87:1,6,19,22 |
| | | | | 87:24 88:10 90:14 |
| | | | | 93:21,22 94:15 |
| | | | | 95:5 96:20 97:12 |
| | | | | 97:12 99:6 100:7 |
| | | | | 100:19 101:1,7 |
| | | | | 103:19 104:23 |
| | | | | 106:10 107:17 |
| | | | | 108:12,24 109:22 |
| | | | | 110:13,15 111:2 |
| | | | | 111:10,17,21 |
| | | | | 112:9,11,19,23 |
| | | | | 113:2,6,19,23 |
| | | | | 114:8,9,14,17,22 |
| | | | | 115:14 116:12,20 |
| | | | | 117:11,24 118:7 |
| | | | | 119:2,3 120:3,9,22 |
| | | | | 121:19 122:12,19 |
| | | | | 123:10 126:18 |
| | | | | 128:6,18 129:1,8 |
| | | | | 129:23 130:2,9,13 |
| | | | | 130:16,22 131:21 |
| | | | | 131:23 132:6 |
| | | | | 133:9,10 134:5,9 |
| | | | | 135:18 136:14,17 |
| | | | | 136:24 |
| | | | | **risk** |
| | | | | 78:19,24,24 |
| | | | | **rolled** |
| | | | | 82:24 85:22 86:9 |
| | | | | 89:8 90:13 |
| | | | | **room** |
| | | | | 45:12 46:12,14,17,21 |
| | | | | 55:9 58:1 67:1 |
| | | | | 69:1,4,15 71:9 |
| | | | | 101:11 103:15 |

ross
3:10 70:7 72:16 81:6
81:17 83:11 86:7
86:17,18,23 98:23
100:21 101:1,15
101:21 102:5,17
110:10 111:2
rule
139:9
rules
1:10 3:16,16 32:8
34:4 40:21 139:9
rumor
47:17
run
61:11,13,14 62:17
65:2,4 66:5 72:10
80:13 82:7 83:20
99:13
running
57:20 61:19,21 62:10
65:9,10,17 66:18
66:19 67:2 68:21
68:24 69:5,6,6
71:14 80:2 82:23
83:16 84:3
rush
57:16 60:8
rushed
70:19
rushing
53:13 54:24 56:22
57:4,6 58:3 60:1

S
s
2:10
sable
3:12 81:9,10,10,17
83:11 86:6,15
safety
45:16 78:19,19,21,24
79:1 80:16 91:4,12
93:22 94:7
saith
137:3
sales
29:14
salesman
26:22 30:8 42:19,19
sat
45:13 85:23 91:1
saw
54:12,14,16 55:8
56:20 57:10 58:5
60:10,23 61:22
62:19 63:23 64:13
68:18,19 80:4 81:5
81:6,7,8,18,20
82:7,23 83:10,12
84:23 85:5,5,18,20
86:6 89:5 98:9
101:18
saying
15:19,23 16:4 17:6
20:24 21:1 45:15
48:11 49:5 50:22,24
53:13 57:7,22
58:19 60:6 63:4,11
65:12 66:13 67:9
67:11 69:24 70:14
70:17 71:21 72:18
73:15 74:4 75:22
79:16 80:13 81:8
82:2,13 83:6 84:4
84:11,11,13 85:1
86:3 88:8,24 89:6
89:9 90:23 93:11
93:16 96:7 99:12
99:16,17 100:16
100:18 102:3
104:1,1 107:14
108:4,6 123:7
132:15 133:18

says
107:15 112:4 119:9
121:20 127:3,4
scanned
2:16
school
42:2,3,7 43:17 44:11
schools
42:12
se
1:18
seal
139:16
second
14:14 19:18 85:8,23
90:11 104:20
120:19 126:23
seconds
57:5,12 59:20 83:2
87:23 88:2,11,16
88:19 89:14,18,20
89:22 90:3,3
security
37:7,11 38:18,21
see
6:8 7:22 20:14 21:2
30:4 41:17 43:13
48:2 60:2 61:15
63:12 70:10 71:18
78:11,12 82:21
83:15,20,21,24
86:10,12 87:18
97:12 102:8
103:14 114:10,14
114:16 126:4
128:3 129:5
136:22
seeing
20:16 64:10,16
seeking
34:24
seen
47:9 49:10 53:9
54:22 55:15 56:19
56:23,24 57:2 58:3
59:11 60:7 62:14
62:22,23,24 64:5
68:20 70:18 72:1
73:5 84:3 85:3,4,6
90:12 102:1
103:21
segregated
93:9
selling
43:11
send
26:15
sends
26:13
sent
1:19:10 121:21
130:17
september
2:14 11:17 13:20,23
14:1 16:9,16 18:9
21:21 45:5 47:10
65:22 78:5,8,15
81:14 91:11,23
92:12 104:12
113:6 117:15
120:2 127:10
131:18 134:13,24
135:19,23 136:9
139:20
sergeant
3:10,10 15:12,15
16:1 17:2,4 63:1,2
63:3,6,7,8,9,18,23
64:3,17,21 68:18
68:20 70:2,7,7
71:22 72:16 81:6,6
81:16,16 83:10,10
85:5 86:7,7,17,18
86:18,19,23,24

98:22,23 99:5,9,19
100:19,21 101:1,1
101:14,15,20,20
102:5,5,16,17
107:3,11,15 108:9
110:10 111:2
sergeants
61:22 81:13 82:22
101:7 103:20
set
139:16
seven
131:19
shakes
5:8
shank
59:15 97:16,19 98:2
shanks
66:11
sheahan
111:5
sheet
138:13
sheets
138:17,17
sheriffs
126:7 133:12
shes
4:20 107:15 112:21
shift
48:16,17
shifts
15:3
shirt
17:2,4 104:21 105:9
shirts
62:15 64:5 103:22,22
104:3
shit
68:19 89:7
short
47:3 49:24 50:6,10
89:3 92:16,17
shorter
88:8
shorthand
1:11
shortly
84:6
shortness
134:19
shouldnt
34:1
show
10:21 11:19 13:7
22:19 109:2,16
117:5 119:21
124:21
showed
10,10,18
shower
71:16 73:18 90:14,15
90:18,23
showing
12:3 23:2 109:24
110:2 117:12
118:15
shows
10:21 116:23
side
41:3
sides
66:4
sign
121:3 126:5,18
139:10
signature
6:14 23:7,11 111:16
111:21 113:9,13
114:15,17 115:1,4
116:23 117:2
118:3,7,23 121:12
121:14,18 126:21
127:14,17 136:19

136:20 137:1
139:9,11
signed
111:8 113:4 114:6,19
114:21 116:19
119:13 120:21
121:7 122:6
123:12 124:11
139:10
signing
6:9 121:9 139:8
sir
26:24 29:18 30:5
31:16,18 34:11
37:19 38:8 39:24
110:17 111:20
114:19 115:17
118:24 119:5,14
119:23 120:17
122:4 125:17
127:14 132:16
sit
46:9 94:17,17,20
sitting
53:7,9
situation
32:1 78:19,23 79:3,5
79:9,9,10,18,24
80:6,8 88:9 91:16
100:2 101:8
103:13
situations
72:20
six
38:11
slang
46:16
sleep
95:5
sleeping
93:16 95:16
slips
113:24
small
109:11 125:12
smiling
68:19 71:24
social
25:11 37:6,11 38:18
38:20 92:24 121:1
somebody
15:10,16 16:21 20:23
22:1 53:4,12,12
68:14 88:3 90:16
98:1
somewhat
93:23
soon
20:19 21:4
sorry
43:5 108:6
sort
26:18 93:4
sought
97:2
south
37:18,20
space
103:19
speak
15:11,15 16:1 17:2,4
34:12 35:1,18
40:10,15 41:17
96:8 107:3
speaking
11:2 104:9 133:17
specific
34:5 35:9 69:13
specifics
34:18
spell
4:8 29:4 31:16 35:23
spoke
16:5 31:4 40:6 41:15

106:6,7 107:19
109:13 119 132:22
spoken
31:9,11 34:14,17
sport
26:22 27:4 29:2,4,5,6
29:8,12 42:22
44:17
sports
27:1 29:16 42:18
spot
46:9 50:23
spray
81:12
sprayed
85:14,17 88:13 89:15
90:7,10,12
spraying
79:22 85:10,12,13
squaredoff
70:14
ss
139:1
stab
98:1
stabbed
34:18 40:8 49:11,12
49:14 50:3 58:14
60:12 61:1,3,6
62:5,7,20 63:13,13
65:12,18,19,20
66:4,8,17 67:22
68:12 71:6,7 72:5
75:5,18,23,24 76:1
76:2,3,7 77:22,23
78:3,8 97:11
stabbing
82:16
stamp
119:22 124:10
126:23
stamped
1:10:16
standdown
69:20
standing
50:23 70:2,4,6,12,18
71:13 98:23 106:8
standoff
70:1 72:13,22 74:3
standstill
80:9
start
14:3,15 54:24 57:19
57:21 58:3,8,8,9
60:1 61:17,19,21
61:23 65:15 68:24
81:19
started
44:19 52:23,24 53:13
53:15,21 57:6,8
66:19 68:10,21
70:20 73:6 75:16
79:20,21 83:13
100:11,12 131:15
starting
80:1 85:3
state
4:8 36:5 126:2 139:1
stated
1:18:16
statement
9:16,17 28:13 43:22
46:17 50:17 51:4
51:10 52:1 53:17
53:24 55:6 56:6
61:1 62:21 64:21
73:12 84:8,24
96:16 97:23
107:21 114:2
116:2 118:13
132:8
states

1:1,20,21 3:8 9:22
10:9 138:1,11
stay
31:21,22,23 36:9,22
stayed
90:16
staying
52:13
stays
31:21
steady
72:16 102:21 103:7
103:23
steele
71:1,15
stenographically
139:5
step
16:3 72:3
stick
26:9
stomach
71:8 73:20 83:1
85:22 86:9 89:8
90:13,18 97:14,15
98:2,2
stomping
82:3
stood
69:24 72:14
stop
79:9 84:10 88:2 89:4
90:19 108:1,1
stopped
54:20,22 79:10 80:6
82:17 83:9,14 84:2
84:7,17,18,20 85:2
85:9,18 87:17,20
105:12
stopping
82:15
store
44:19
stores
44:18
street
1:13 27:8
stretch
8:2
strike
43:5,14 56:17,19
90:9 98:10,14
125:6 136:2
striked
98:11
striking
82:15
struck
54:6,10 55:2,5 59:21
65 20 73:9 74:11
76:6 77:12,14,14
77:17,19,22,23
78:3,8 79:15 83:3
83:4 98:12
stuff
10:16 40:9 43:11
44:11 58:4 61:22
65:24 72:14 88:6
93:13 96:6 134:15
134:16,21
stupid
44:7,13
subject
32:9,20 33:19 34:7
submitted
121:22 138:17,17
139:8
subscribed
138:18
suburbs
36:9
successions
75:20
suffer

93:4 95:2
**suffered**
95:23 97:10 134:13
134:23 135:5
136:9
**summer**
133:5,6,7
**supervisor**
29:17
**supplemental**
38:20
**support**
38:16,23 39:3 45:1
**supposed**
112:22 131:17
132:20,24
**sure**
26:4 52:4 61:8 62:19
63:5 64:2 78:6
87:11,13 91:18
102:7 123:4 132:1
132:2,3,9 135:17
**surroundings**
45:15 49:3
**sustain**
33:24
**swear**
3:24
**swing**
58:18
**swinging**
70:20 71:3
**sworn**
4:1,4,7 138:18 139:4
**swung**
59:15
**system**
93:8

**T**

**t**
2:10
**table**
109:11 125:12
**take**
5:7 8:1 16:3 27:24
52:21 70:22 72:3
109:13 110:4,15
125:8 127:21
136:15
**taken**
1:9 8:20,23 138:9
**talk**
13:22 24:17 33:10
96:4,6,12 97:7
104:17,24 127:23
135:16
**talked**
46:7 47:23 52:12
95:13 96:5,17 97:22
100:5,9 104:14
105:1,8,22 130:17
**talking**
7:3 11:15 17:19 28:2
99:8 100:1 101:19
102:13,22 114:13
133:15
**tall**
47:3 49:23 50:1,7
**taller**
50:13
**taperecorder**
5:21
**tattoos**
47:5 50:10,12
**tax**
30:14
**tech**
26:20 27:5,10,13
28:4,8,12,24 44:20
**tedesco**
3:11 11:11 54:16,16
55:3,21 56:3,11,20
57:2 62:3,18 63:19

63:20 64:10 68:19
71:23 100:9 102:1
102:9 104:14,17
105:8,10,14,24,24
106:1,4,7 107:2,8
107:12,19 110:10
113:22 116:1
**telephone**
33:1,14 39:18
**television**
46:20
**tell**
9:6,13 11:7 12:11
13:24 14:10 15:7
16:7,14 18:7,17,21
19:3,6,9,12 20:2
26:18 28:3 37:16
45:10 47:12,19
52:7 54:8 55:10
62:3,11 97:9 98:18
101:3,12 104:2,11
107:1 108:12,15
108:18 125:19
131:12 133:22
135:11
**telling**
11:10 20:22 21:17
70:3 72:11 73:1
82:18 95:16 98:22
100:12 103:7
108:9
**ten**
20:18 21:4 88:2
**tenten**
55:22 57:11
**term**
46:16 97:19
**terminated**
44:1,3,4
**termination**
44:14
**testified**
4:4
**testify**
139:4
**testimony**
136:18 139:6
**thank**
37:13 51:15 104:5
111:8,15 124:20
125:17
**thats**
5:21 7:20 12:18 31:7
33:22 34:2 42:19
44:19 47:23 48:3
49:1,11 57:9 59:11
59:16 60:7 64:8
65:17 66:5 67:9
68:6,12,13,15,21
68:22 69:19 71:6
72:10,21 73:10,19
73:21 74:1 75:15
76:23 79:20 80:12
81:18 82:20,24
83:9,15 84:1,3,4
84:11,13,22 85:5
85:18,19 87:16,17
88:2,6,24 89:8
91:1 99:15,15
103:13 101:19
102:11 103:24
104:15,21 105:6,8
105:22 110:16,17
114:13 115:16
116:4 119:1
121:24 122:22
123:3 130:5,5
125:15,18,21,24
133:23 134:20
**theirself**
68:7
**theres**
6:18 33:24 39:2
57:13,15 68:5 69:9

**theyre**
69:14 101:18
**thing**
4:17 26:11 49:11
07:24 103:7,8
104:13,15,21
116:8
**things**
20:14 34:9 95:14,15
96:5,13 134:1
**think**
6:24 18:7 25:21 27:3
29:20 30:7,19
31:22 36:22 43:2
44:3 53:10 58:8,17
61:22 62:22,22,24
63:3,8 65:8 75:8
76:10,11 77:13
81:3,9,9,10 87:7
87:10 88:1 91:16
98:6 101:17 106:6
112:20 115:6
120:13 121:9
122:22 134:5
**third**
116:14
**thornridge**
42:7,15
**thought**
75:2 129:9 130:5
**threat**
80:15,19
**threatened**
116:1 127:6
**three**
15:4,5 23:14 36:11
76:3 81:7 87:3
129:21
**thumb**
23:20
**ticket**
92:8,9 129:14,15,23
130:4
**tickets**
129:21
**tier**
15:12 46:18 48:12
74:12 79:17 81:14
93:13
**tightness**
134:19
**time**
3:21 7:10,10 14:10
14:17 15:2 16:19
22:4,5 24:24 25:5
25:6,23 26:4 28:16
28:19,22 30:15
45:17,20 51:10
54:3 55:20 56:6
60:9,14,15 61:18
67:23 70:7,9 71:9
72:4,6,8,9 74:7,10
78:20 79:1,6,7,9
82:5,14 85:14 86:4
86:5 87:21 88:3,15
88:20 89:3,4 90:11
90:12 93:18 98:7,7
98:8,20 99:11,22
99:23,24 100:2,4
104:20 105:15
112:23 126:3
135:16 136:12
**timely**
25:20
**times**
6:22 24:20,22 67:4
69:21 74:9 100:14
100:17 104:23
**tire**
27:14
**tired**
72:21
**today**
6:6 8:11,18 9:2 11:2

92:11,15,21 93:1
94:20
**todays**
9:9
**told**
15:10,11,14,15,16
16:14,19,20,21,22
17:1,3 18:8,11,12
18:23 20:9,12,23
21:24 33:17 35:19
46:5,24 47:20 48:1
48:3,4,24 49:2
50:22 61:17 62:16
71:8,20 72:12
99:12 102:20,22
103:13 104:20
105:10,10,12
107:4,4,4,5,6,10
107:22,24,24
108:8,8,10 130:1
131:14 132:19
133:15
**top**
123:24
**trail**
26:11
**transcribing**
4:21
**transcript**
5:24 6:8 40:3 138:10
139:5
**trays**
14:19 100:8 104:20
105:5,8,19,22
106:14,22
**treated**
95:10
**treatment**
95:22 97:3 134:12
**trick**
103:9
**tried**
58:17,18 59:12,17
65:4,16 68:11
73:16
**true**
6:5 12:12 13:11
114:19 117:19
121:15 139:6
**trust**
93:20 94:16,23
**truth**
9:7 139:4
**truthfully**
8:11,15
**try**
20:24 47:14 66:5
72:20 75:2 98:1
**trying**
15:22 17:12 29:20
48:6,15,17,23 53:6
57:21 65:14 68:15
70:16 78:13 86:1
87:8 89:9 103:9
105:11
**turn**
25:13,14 60:2 111:4
117:21
**turned**
46:6 56:21 57:1,2
71:19
**tv**
45:13 46:6,11 50:17
50:22 58:12 61:14
61:16 65:3,3
**twentysome**
46:22 101:11
**twice**
71:10 86:3
**two**
18:15 20:17 21:3
27:11 38:9 49:16
50:3,6 56:1 58:5,7
60:20,23 64:1 66:7

67:6,12,17,19,21
68:2,8 71:12 76:5
87:2 95:6 103:22
116:4,6,7,11
120:11 121:1,10
121:24
**type**
36:11 97:17,22

**U**

**uhhuh**
4:23 78:1,17 113:3
119:24
**unaware**
40:23
**understand**
4:22 5:1,17 6:1,10,14
6:17,19 7:9,12 9:1
9:4,7 41:9 51:22
125:14 126:7
134:1,9
**understood**
7:20
**unfortunately**
8:3
**uniforms**
103:22
**united**
1:1 138:1
**unprof**
112:21
**unprofessional**
111:2 112:19 114:2
116:1
**unrelated**
96:15
**unsure**
6:20
**use**
8:5 82:9 97:18
118:18
**usually**
26:7,9 57:13 93:18

**V**

**various**
12:15
**verbalize**
4:19 51:12 52:4
**victim**
126:2
**victims**
2:13,14
**video**
10:10,13,18,22 70:10
**visiting**
51:7 54:14
**vocational**
42:12
**voluntary**
126:14
**vs**
1:5 3:4 138:5

**W**

**w2**
30:12,18
**wages**
27:16 28:3 30:4,6
**wait**
19:15 27:19 72:20
**waited**
131:17,19
**waiting**
119:10 130:4
**waive**
6:13 26:3 136:19,20
**waived**
139:8
**walk**
8:2
**walked**

67:6,12,17,19,21
68:2,8 71:12 76:5
87:2 95:6 103:22
116:4,6,7,11
120:11 121:1,10
121:24

45:11,12 46:6 52:12
**walking**
15:22 17:7 50:22
**wall**
46:7 59:4
**want**
6:7,12 13:7,22 14:3
25:17 40:18 41:5
46:18 66:20
102:23 103:1
104:11 110:15
112:11 117:21
118:17 119:21
124:21 125:13
127:23 136:21,22
**wanted**
24:18 49:4,5 91:19
**wasnt**
16:17 17:12 21:5
22:5 44:12 47:6
48:10 49:2 50:22
53:10 55:13,19,21
57:5 59:23 61:24
62:6 68:2 70:19
71:14 72:2,11 73:5
76:18 80:18 83:6,7
84:9 85:13 86:4
88:20 89:2,3 91:13
93:16,17 99:7
100:13 107:13
112:22 128:22
129:13 130:6
**watch**
46:9,10,11 47:1,13
47:21 64:6,7 78:13
94:18 101:10,11
**watched**
46:5
**watching**
45:13,14,24 46:20
50:17,21,23 55:11
79:7 94:23
**water**
8:4,7
**watson**
26:22 27:1 29:2,3,5,6
29:8,11,16 42:17
42:22,24 43:23
**waved**
15:18
**way**
22:2,3 33:10 40:19
45:6 57:9 59:11,18
65:16,21 66:4
68:11,15 70:21
86:8 90:9 126:15
130:5
**ways**
103:6
**weapons**
68:6 74:22 78:15
**wed**
35:1
**week**
48:10,10 96:22,23
**weeks**
20:17 21:3 96:2,24
**went**
29:13 30:7 42:17
44:17 45:12 55:18
56:17 58:2 73:20
76:18 77:15 90:19
95:12 125:9 130:1
**west**
1:13
**weve**
3:17,19
**whats**
30:24 35:21 39:16
41:24 96:18 109:2
124:22 125:21
131:17
**whereof**
139:16

**white**
17:2,4 62:15 63:2
103:22,22 104:21
105:9
**window**
71:19
**wish**
126:3
**witness**
2:4 3:22,24 4:1,3
11:23 19:16 22:22
23:12 33:9 109:5
111:14 113:11
115:2 116:24
117:8 118:4
119:15 121:8
123:17 125:2
126:2,22 127:15
136:21 139:6,16
**word**
30:8
**words**
6:4 107:17,18,20
126:8
**work**
27:9,14,15 29:1,3,7
29:15 42:22 43:15
106:22
**worked**
26:20,21,22 27:5
28:4,8,12 29:16
42:24 43:3
**worker**
25:12
**workers**
106:13,21,23,24
121:2
**working**
28:24 42:21 43:4
44:16,19
**works**
4:15 32:2
**wouldnt**
16:23 33:10 50:18
79:15 83:19 134:2
**write**
25:12 116:7
**written**
5:23 122:24 123:1
**wrongs**
11:16
**wrote**
13:9,11 122:24 123:3

**X**

**x**
2:2,10 37:10
**xray**
134:15
**xrays**
134:20

**Y**

**yall**
68:3 71:21 72:17
80:12 103:24
**yeah**
27:3,21 28:17 31:11
34:16 43:19,23
44:4 46:18 51:6,11
52:18,20,23,23
53:18,20 55:7 56:8
56:15 58:7,9,16,21
59:2 60:21 61:2,5
63:9 65:8,14,23
66:10 67:8,14
73:13,23 75:14,17
75:21,24 76:1
77:18,18,18 79:10
79:11,11,19 80:1,2
80:3,4 81:10 82:5
84:9 87:15,15,23
88:6,20,24 89:12

89:12,22,23,24
90:5,5 91:6,14
92:2,5,8,9 93:15
93:23,24 94:9,10
94:11,11,12 95:14
96:14 97:17
100:20,22 101:9
101:11 102:3,6,15
105:21 106:2,10
112:10 113:24,24
114:3,3,21 115:8
115:19 116:10,13
119:1,1,1,1,2
120:16,18 121:2,5
121:13,16 122:5,5
122:10,13,20
123:11,21 124:4,9
124:11,11 129:22
131:7 133:8,11,15
134:5
**year**
42:8
**years**
18:15 27:9,11 29:3,7
36:11 44:22 95:6
**yesterday**
49:10 70:11
**young**
44:5
**youre**
6:23 11:15 16:4
20:16 21:17,18
27:22 32:7,23
33:13,18 34:5,6
39:23 40:14 41:2
46:14 50:2,15,17
52:19,22 53:1,5,15
54:2,6,11 55:1
58:19,24 60:10,12
62:18,19 63:5 64:2
65:12 73:10 81:22
81:22 82:4 87:11
89:15 100:1,23,24
101:5 102:7 114:1
114:13 124:13
132:2 135:12
**youve**
4:7 23:20 34:14
37:16 42:1 44:21
74:8,12 109:20

**Z**

**0**

**00**
14:1,9,12,18,21,23
15:1,4,8 16:5,8,15
16:17,18,19 18:9
30:7 48:16,17
50:16,19,20 52:8
104:19 105:1,17
105:17
**00ish**
14:18 105:18
**00something**
14:13 15:1,6
**01**
11:24 22:23 109:6
117:9 125:3
**084004197**
1:12 139:19

**1**

**1**
2:12 11:21,22 12:4
12:17,20 13:11
109:13
**10**
1:15 3:21 28:7,15
72:9 73:8 74:2,6
74:13,15
**109**
2:13

**10th**
117:23 118:10
122:11 123:9,22
**117**
2:14
**11th**
110:22
**12**
2:12 28:7,15 67:10
69:9 125:22,22
**125**
2:14 110:17
**12587**
124:1
**126**
111:5
**127**
112:12,13
**128**
113:1
**129**
113:17
**12th**
11:17 13:20,23 14:1
16:9,16 18:9 21:21
45:5 47:10 65:22
78:5,8,15 81:14
91:11 92:12
104:12 111:6
112:14 127:10
134:13,24 135:19
135:23 136:9
**13**
1:5 3:6 113:16 138:5
**131**
115:16,17
**132**
115:16
**133**
115:16 116:15
**134**
119:22
**137**
117:22
**138**
124:10
**13th**
91:23
**14**
112:3,4
**142nd**
27:6,8
**147th**
27:2 43:1
**15**
2:14 25:21 72:10
73:8,14 74:15
88:11,16 90:3
**15638**
37:20
**15th**
117:15 120:2
**16**
114:22
**164**
9:23
**16th**
114:7 116:20
**17**
43:16,24
**18**
15:3
**18th**
111:10 128:14
**19th**
139:17
**1b**
20:14
**1c**
48:13,14 130:3
**1d**
54:17
**1st**
113:2

**2**

**2**
2:13 22:20,21 23:3
109:14 116:9,9
**20**
51:9
**2004**
31:3
**2005**
31:3 43:2,15
**2006**
24:6,8 25:6 42:9 43:3
**2007**
29:9 30:11 42:22
43:4 44:22
**2008**
27:4 28:4,8,11 29:9
30:11,19 42:22
**2009**
24:5,10,14 28:10,13
29:1
**2010**
28:5,9
**2011**
28:18,23 18:24 1
25:2,7 26:17 28:10
28:13 44:23
**2012**
2:14 11:17 13:20,24
14:1 16:16 18:10
21:21 45:5 47:10
65:22 78:5,8,15
81:15 91:11,23
92:12 104:12
110:22 111:6,10
112:14 113:2,6,18
114:7,22 115:21
116:20 117:15,23
118:10 120:2
122:11 123:9,22
123:24 128:4,9,14
128:20 129:3,10
129:16 134:13,24
135:19,24 136:10
**201212587**
117:16
**201212816**
120:6
**20128442**
110:23
**20128876**
112:16
**20129435**
113:19
**20129982**
115:21 116:16
**2013**
13:1 120:22 130:12
130:15 133:5,7
**2014**
1:14 11:24 22:23
109:6 117:9 125:3
138:9,19 139:17
**2016**
139:20
**23**
2:13
**24**
112:1,3
**2421**
1:5 3:6 113:16 138:5
**24th**
23:18 24:1 113:18
**27**
126:24
**28**
139:20
**2834**
1:13
**29**
128:4
**296**
10:3
**2nd**

13:1 115:20 128:9
130:13

**3**

**3**
2:13 15:4 48:17
109:3,4,17 110:3
125:9
**30**
88:16 89:14,20,22
90:3 139:9,10
**31**
1:14 11:24 22:23
109:6 117:9 125:3
138:9
**31st**
1:13
**34184**
37:12
**36**
36:4

**4**

**4**
2:7,14 117:7,13
**42**
27:8
**48**
3:21
**4th**
113:6 128:20,22
129:3,5,10,15
130:6

**5**

**5**
2:14 124:22 125:1,16
127:22
**50**
30:7
**500**
1:21
**54**
1:15

**6**

**6**
14:12,13,23 15:1,1,6
15:8 16:5,8,15,17
16:18,19 18:9 37:5
50:16,19,20 52:8
105:1
**60602**
1:22

**7**

**7**
37:5 48:16

**8**

**8**
14:1,9,18,18,21 30:7
104:19 105:17,17
105:18
**88**
37:5

**9**

**9**
3:19 30:7
**9th**
120:22