# EXHIBIT F

## Declaration of Sergeant Galiardo

I, Sergeant Anthony Galiardo, declare that the following is based upon my personal, firsthand knowledge that I can testify to, and that if I were called to testify, my testimony would be as follows:

1. I am currently employed with the Cook County Department of Corrections and have been so employed for 16.5 years.

2. I am currently a sergeant within the Cook County Department of Corrections, and was working in that capacity on September 12, 2012.

3. At approximately 20:45 hours, a 10-10 call was made for all available officers to respond to Division 9 Tier 1-C. I was not working in Tier 1-C, but responded from another location within the building.

4. I am familiar with Division IX, and it is the Maximum Security Division of the Cook County Jail that houses violent offenders, offenders charged with violent crimes, and detainees with disciplinary issues within the jail.

5. Prior to entering the dayroom officers were verbally notified that at least one detainee was armed with a metal shank.

6. When there is a fight in progress, correctional staff are prohibited from entering the area until there are a sufficient number of officers present, and only after a video camera is present and a "go order" (authorization to enter) is given by a supervisor.

7. I viewed a video recording clip of the incident, which is a recording of events that took place prior to correctional staff entering the dayroom on September 12, 2012. The recording clip was labeled Incident No. 120008535; clip 8.

8. I will testify that the above recording is true and accurate, and that said recordings are kept by the Sheriff's Office in the ordinary course of business.

9. In addition, I personally recorded interviews of several detainees who provided information as to what took place on September 12, 2012, and further recorded the refusal of Mr. Montjoy to enter protective custody or prosecute anyone for the incident. These clips were labeled Incident No. 12008535; clips 9-13.

10. I will testify that this recording is true and accurate, and is a recording kept in the ordinary course of business as well.

11. I did not deploy any O/C spray (commonly referred to as mace or pepper spray) at Mr. Montjoy or any other detainees on September 12, 2012.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed this** 30 July 14

*[signature]* Sgt Galiardo #1115
Sergeant Anthony Galiardo