# United States District Court

Adam Montjoy
Plaintiff

v.

Sgt. Gallardo, et al
Defendant

Case No: 13C02421

Honorable John Robert Blakey

**FILED**
FEB 12 2015
FEB 12 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

I recieved a letter on Jan 30, 2015 from the court saying that I have a new Judge and I have ten Days to file a Joint Reassignment Status Report. I am a pretrial Detainee at Cook County Jail. My suit is against officers here. I am currently pro se. I did not recieve the letter in time to make the ten day Deadline. The Date on the notification of Docket entry made by the Clerk says Wednesday January 21, 2015, The mail is postmarked January 22, 2015. I have not been contacted by the defendants attorney to confer and file a report, since Joint means both parties, I am not sure what to do that's why I am writing this letter. I wrote a grievance here at Cook county Jail about receiving the mail so late. The county keeps a log book that you have to sign and date to show when you recieve legal mail. That can be provided by subpoena if need be. I would like to know the reason why my case was switched to another Judge also I would like to know what I should do next. Thank you for your patience, can you please send me an update. Can you also send me a copy of this letter. Sincerely for my records. Thank you.

Adam Mont[joy]
20110324174