UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Adam Montjoy
        Plaintiff,

v.                Case No.: 1:13−cv−02421
                Honorable John Robert Blakey

Sgt. Gallardo, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 24, 2016:

  MINUTE entry before the Honorable John Robert Blakey: Pursuant to the representation of the parties, the case has settled. The agreed oral motion to reset the status hearing is granted. The status hearing previously set for 3/8/2016 is stricken and reset for 4/6/2016 at 9:45 a.m. in Courtroom 1725. The status will be stricken if Parties file dismissal papers prior to the next hearing. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.